IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AMEC CONSTRUCTION MANAGEMENT, INC. (f/k/a Morse Diesel International, Inc.), Plaintiff, | ) |
| v. | ) No. 06-867C ) (Judge Braden) |
| UNITED STATES, Defendant. | ) |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant respectfully requests, pursuant to Rule 6(a) of the Rules of the Court of Federal Claims ("RCFC"), that the Court grant an unopposed enlargement of time of 35 days from February 19, 2008, to March 25, 2007, for defendant to prepare and provide to plaintiff a privilege log in response to its first request for production of documents. This is the first request for an enlargement of time for this purpose. Defendant's counsel informed plaintiff's counsel of this motion, and plaintiff's counsel does not oppose this motion.

On January 16, 2008, plaintiff served its first request for production of documents in this case, including 45 requests. On February 19, 2008, defendant provided plaintiff with a timely response to its request for production of documents (copy attached). Defendant's counsel and the agency require at least an additional 35 days to complete their review of numerous documents, determine whether individual documents should be designated as privileged, and prepare a privilege log for such documents. Further, since receipt of the plaintiff's first request for production of documents, defendant's counsel was required among other things to prepare an appeal memorandum for the Solicitor General and also must prepare to argue two cases in the United States Court of Appeals for the Federal Circuit on March 5, 2008 (Fed. Cir. Nos. 2007-

5011 and 2007-5099). Defendant's counsel is required to review extensive factual records to prepare for the arguments in those appeals. Accordingly, defendant respectfully requests that the Court grant this unopposed motion and allow an enlargement of time to and including March 25, 2008, for defendant to prepare and provide to plaintiff a privilege log in response to plaintiff's first request for production of documents.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

s/Jeanne E. Davidson
JEANNE E. DAVIDSON

s/Domenique Kirchner
DOMENIQUE KIRCHNER
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street N.W.
Washington, D.C. 20530
Tele: (202) 307-1111
Attorneys for Defendant

Of Counsel:
TRACY L. HILMER
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice

ERIC L. MILLER
Office of the Inspector General
General Services Administration

CATHERINE CROW
General Services Administration
February 19, 2008