# In the United States Court of Federal Claims

No. 06-867C
Filed: February 20, 2008

| | |
|---|---|
| AMEC CONSTRUCTION MANAGEMENT, INC., f/k/a MORSE DIESEL INTERNATIONAL, INC., | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

Pursuant to Rule of the Court of Federal Claims 6(a), Defendant's Unopposed Motion for Enlargement of Time for 35 days is granted. Therefore, Defendant will respond to Plaintiff's first request for production of documents on or before March 25, 2008.

**IT IS SO ORDERED.**

s/Susan G. Braden
SUSAN G. BRADEN
Judge