IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMEC CONSTRUCTION MANAGEMENT, INC. (f/k/a Morse Diesel International, Inc.), | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-867C |
| | ) | (Judge Braden) |
| UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Defendant respectfully requests, pursuant to Rule 6(a) of the Rules of the Court of Federal Claims ("RCFC"), that the Court grant an enlargement of time of seven days from March 25, 2008 to April 1, 2008, for defendant to prepare and provide to plaintiff a privilege log in response to its first request for production of documents. This is the second request for an enlargement of time for this purpose. Defendant's counsel has attempted to contact plaintiff's counsel and discuss this motion for enlargement of time, but has not been able to do so.

On January 16, 2008, plaintiff served its first request for production of documents in this case, including 45 requests. Previously, defendant had provided plaintiff with CDRoms containing copies of approximately 74 boxes of documents. On October 19, 2007, defendant had also provided plaintiff with copies of another box of documents. On February 8, 2008, defendant provided plaintiff with CDRoms containing copies of an additional 10 boxes of documents. On February 11, 2008, defendant provided plaintiff with copies of documents relating to a board case involving DKW Construction, a Phase III contractor. On February 14, 2008, defendant provided plaintiff with CDRoms containing copies of drawings relating to the St. Louis Courthouse Phase II and Phase III contracts. On February 29, 2008, defendant provided plaintiff with CDRoms containing copies of an additional 44 boxes of documents. On

March 15, 2008, defendant provided plaintiff with copies of additional documents from the GSA Office of Inspector General (GSA OIG). On March 21, 2008, defendant provided plaintiff with copies of documents relating to a board case involving Jensen Electric, a Phase III contractor. On March 25, 2008, defendant provided plaintiff with copies of handwritten notes of Georgann Butler and another seven boxes of documents. In sum, defendant's counsel, with the assistance of agency counsel, has already reviewed and provided to plaintiff in excess of approximately 137 boxes of documents.

In addition, defendant's counsel had to travel to Kansas City, MO, to review boxes of documents before their inspection and review by plaintiff's counsel. Defendant's counsel has notified plaintiff's counsel that the GSA boxes of documents stored in Kansas City, MO, are available for their inspection and copying, but she has not yet heard from plaintiff's counsel as to when they wish to inspect such documents.

Defendant's counsel and the agency are continuing to review documents as they are copied and are producing them to plaintiff and require at least an additional seven days to complete their review of numerous documents, determine whether individual documents should be designated as privileged, and prepare a privilege log for such documents.

Further, since receipt of the plaintiff's first request for production of documents, defendant's counsel was required among other things to prepare an appeal memorandum for the Solicitor General and also argued two cases in the United States Court of Appeals for the Federal Circuit on March 5, 2008 (Fed. Cir. Nos. 2007-5011 and 2007-5099). Defendant's counsel was required to review extensive factual records to prepare for the arguments of those appeals. In addition, in a bid protest proceeding, L-3 Communications Integrated Systems, Inc. v. United States, Fed. Cl. 06-396, Government counsel had to prepare and file an affidavit of the

contracting officer on February 20, 2008, and must prepare and file a response to plaintiff's motion to supplement the administrative record by March 31, 2008.

Accordingly, defendant respectfully requests that the Court grant this motion and allow a seven-day enlargement of time to and including April 1, 2008, for defendant to prepare and provide to plaintiff a privilege log in response to plaintiff’s first request for production of documents.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

s/Jeanne E. Davidson
JEANNE E. DAVIDSON

s/Domenique Kirchner
DOMENIQUE KIRCHNER
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street N.W.
Washington, D.C. 20530
Tele: (202) 307-1111
Attorneys for Defendant

Of Counsel:
TRACY L. HILMER
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice

ERIC L. MILLER
Office of the Inspector General
General Services Administration

CATHERINE CROW
General Services Administration

March 25, 2008