IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMEC CONSTRUCTION MANAGEMENT, INC. (f/k/a Morse Diesel International, Inc., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-867C (Judge Braden) |
| UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Defendant respectfully requests, pursuant to Rule 6(a) of the Rules of the Court of Federal Claims ("RCFC"), that the Court grant an enlargement of time from March 25, 2008 to April 9, 2008, for defendant to prepare and provide to plaintiff a privilege log in response to its first request for production of documents. This is the third request for an enlargement of time for this purpose. On March 25, 2008, defendant filed a motion for an enlargement of time from March 25, 2008 to April 1, 2008, for this purpose, and the Court has not yet ruled on that motion. Defendant's counsel contacted plaintiff's counsel to discuss this and its prior motion for enlargement of time, but defendant's counsel has not been able to discuss these motions with plaintiff's counsel.

As also detailed in our earlier motion, on January 16, 2008, plaintiff served its first request for production of documents in this case, including 45 requests. Previously, defendant had provided plaintiff with CDRoms containing copies of approximately 74 boxes of documents. On October 19, 2007, defendant had also provided plaintiff with copies of another box of documents. On February 8, 2008, defendant provided plaintiff with CDRoms containing copies of an additional 10 boxes of documents. On February 11, 2008, defendant provided plaintiff

with copies of documents relating to a board case involving DKW Construction, a Phase III contractor. On February 14, 2008, defendant provided plaintiff with CDRoms containing copies of drawings relating to the St. Louis Courthouse Phase I, Phase II, and Phase III contracts. On February 29, 2008, defendant provided plaintiff with CDRoms containing copies of an additional 44 boxes of documents. On March 15, 2008, defendant provided plaintiff with copies of additional documents from the GSA Office of Inspector General (GSA OIG). On March 21, 2008, defendant provided plaintiff with copies of documents relating to a board case involving Jensen Electric, a Phase III contractor. On March 24, 2008, defendant provided plaintiff with copies of additional email messages. On March 25, 2008, defendant provided plaintiff with copies of handwritten notes of Georgann Butler and seven boxes of other documents. On March 27, 2008, defendant provided plaintiff with another set of documents. In sum, defendant's counsel, with the assistance of agency counsel, has already reviewed and provided to plaintiff in excess of approximately 137 boxes of documents.

In addition, defendant's counsel had to travel to Kansas City, MO, to review boxes of documents before their inspection and review by plaintiff's counsel. Defendant's counsel has notified plaintiff's counsel that the GSA boxes of documents stored in Kansas City, MO, are available for their inspection and copying, but she has not yet heard from plaintiff's counsel as to when they wish to inspect such documents.

Defendant's counsel and the agency are continuing to review documents as they are copied and are producing them to plaintiff. In addition, Government counsel is reviewing each and every document for which the Government is asserting privileges, and has been working numerous extra hours to complete her review of the documents and preparation of the privilege

log. Defendant requires at least until April 9, 2008 to complete its review of numerous documents, determine whether individual documents should be designated as privileged, and prepare a privilege log for such documents.[1] Accordingly, defendant respectfully requests that the Court grant this motion and allow an enlargement of time to and including April 9, 2008, for defendant to prepare and provide to plaintiff a privilege log in response to plaintiff's first request for production of documents.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

s/Jeanne E. Davidson
JEANNE E. DAVIDSON

s/Domenique Kirchner
DOMENIQUE KIRCHNER
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street N.W.
Washington, D.C. 20530
Tele: (202) 307-1111
Attorneys for Defendant

---

[1] In addition, since receipt of the plaintiff's first request for production of documents, defendant's counsel was required among other things to prepare an appeal memorandum for the Solicitor General and also argued two cases in the United States Court of Appeals for the Federal Circuit on March 5, 2008 (Fed. Cir. Nos. 2007-5011 and 2007-5099). Defendant's counsel was required to review extensive factual records to prepare for the arguments of those appeals. In addition, in a bid protest proceeding, L-3 Communications Integrated Systems, Inc. v. United States, Fed. Cl. 06-396, Government counsel prepared and filed an affidavit of the contracting officer on February 20, 2008, and a 25-page opposition to plaintiff's motion to supplement the administrative record, which she filed on March 31, 2008.

Of Counsel:
TRACY L. HILMER
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice

ERIC L. MILLER
Office of the Inspector General
General Services Administration

CATHERINE CROW
General Services Administration

April 1, 2008