# In the United States Court of Federal Claims

No. 06-867C
Filed: April 7, 2008

| | |
|---|---|
| AMEC CONSTRUCTION MANAGEMENT, INC., f/k/a MORSE DIESEL INTERNATIONAL, INC., | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

**ORDER**

Defendant's March 25, 2008 and April 1, 2008 Motions for Enlargement of Time are granted. Therefore, Defendant will respond to Plaintiff's first request for production of documents on or before April 9, 2008.

**IT IS SO ORDERED.**

s/Susan G. Braden
SUSAN G. BRADEN
Judge