IN THE UNITED STATES COURT OF FEDERAL CLAIMS

AMEC CONSTRUCTION MANAGEMENT, INC. )
(f/k/a Morse Diesel International, Inc.), )
)
Plaintiff, )
)
v. ) No. 06-867C
) (Judge Braden)
UNITED STATES, )
)
Defendant. )
)

DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Defendant respectfully requests, pursuant to Rule 6(a) of the Rules of the Court of Federal Claims ("RCFC"), that the Court grant an enlargement of time of three days from May 27, 2008, to May 30, 2008, for defendant to prepare and serve its responses to plaintiff's first set of interrogatories. This is the first request for an enlargement of time for this purpose. Defendant's counsel informed plaintiff's counsel of this motion, and it is defendant's counsel's understanding that plaintiff opposes this motion.

On April 23, 2008, plaintiff served its first set of interrogatories in this case. Defendant's counsel and the agency require at least an additional three days to prepare their responses to plaintiff's first set of interrogatories. Plaintiff's interrogatories are wide-ranging. Further, since receipt of the plaintiff's first set of interrogatories, defendant's counsel was required among other things to (1) prepare and file a motion for rehearing in Carlsen v. United States and Shea v. United States, Fed. Cir. Nos. 2007-5011 and 2007-5099 (filed April 23, 2008); (2) prepare and file a motion to dismiss in L-3 Communications Integrated v. United States, Fed. Cl. No. 06-396 (filed April 25, 2008 (sealed) and May 5, 2008 (redacted copy)); (3) prepare and file a motion for default judgment in United States v. Scotia Pharmeceuticals et al., CIT No. 03-00658 (filed

May 8, 2008); and (4) prepare and file a settlement status report in Morse Diesel Int'l v. United States, Fed. Cl. No. 99-279 and consolidated cases (filed May 13, 2008). Defendant's counsel was on leave on May 9, 2008 for personal reasons. Defendant's counsel was required to be in Kansas City, MO, on May 14-16, 2008, to assist the agency in their preparation of defendant's documents for their production to the plaintiff's counsel in this case, and also was required to be in Kansas City, MO, on May 19 and 20, 2008 to advise the agency in their production of documents for the plaintiff's counsel in this case. Defendant's counsel also had to review documents and prepare responses to the plaintiff's requests for production of documents in this case that were directed to Martin A. Hom and Terry Page; those responses were served on plaintiff on May 27, 2008. Accordingly, defendant respectfully requests that the Court grant this motion and allow an enlargement of time of three days to and including May 30, 2008, for defendant to respond to plaintiff's first set of interrogatories.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

s/Jeanne E. Davidson
JEANNE E. DAVIDSON

s/Domenique Kirchner
DOMENIQUE KIRCHNER
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street N.W.
Washington, D.C. 20530
Tele: (202) 307-1111
Attorneys for Defendant

Of Counsel:

TRACY L. HILMER
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice

ERIC L. MILLER
Office of the Inspector General
General Services Administration

CATHERINE CROW
General Services Administration
May 27, 2008