# In the United States Court of Federal Claims

No. 06-867C
Filed: May 28, 2008

******************************************
*
AMEC CONSTRUCTION MANAGEMENT, *
INC., f/k/a MORSE DIESEL *
INTERNATIONAL, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
******************************************

**ORDER**

Defendant's May 27, 2008 Motion for Enlargement of Time is granted. Therefore, Defendant will respond to Plaintiff's first set of interrogatories on or before May 30, 2008.

**IT IS SO ORDERED.**

s/Susan G. Braden
SUSAN G. BRADEN
Judge