# EXHIBIT A

10:28:43

10:50:39 THE VIDEOGRAPHER: Today is Wednesday, June 25th, 2008, the time is 8:50 a.m.

10:50:47 We are at the offices of Paul Hastings, 3579 Valley Centre Drive, San Diego, California, for the videotape deposition of Martin Hom in the case of AMIC Construction Incorporated, f/k/a Morse Diesel International Incorporated, versus the United States, in the United States Court of Federal Claims, case number 06-867.

10:51:16 The videographer is Yoosup Chang and the court reporter is Helen Mitchell. We are with Winter Reporting, located at east -- 60 East 42nd Street, New York, New York.

10:51:29 Now, will counsel please introduce yourselves.

10:51:31 MR. BEHRE: Kirby Behre on behalf of AMIC.

10:51:34 Mr. van Alstyne: Adam van Alstyne on behalf of AMIC.

♀

2

11:35:37 A My belief is it was about
11:35:38 98 percent complete -- 96-98, so I believe that
11:35:42 was a good number.
11:35:47 Q Were you aware that many of the
11:35:48 larger subcontracts on Phase III were time and
11:35:53 material contracts?
11:35:54 A Yes.
11:35:55 Q And that's a disfavored method of
11:35:57 contracting, isn't it?
11:35:59 A Not necessary --
11:36:00 MS. KIRCHNER: Objection,
11:36:01 ambiguous.
11:36:02 A Not necessarily.
11:36:04 Q Well, according to the FAR, it's
11:36:06 not a method that's to be used except in limited
11:36:09 circumstances; right?
11:36:10 A If you show me the FAR clause, I
11:36:12 can read it.
11:36:13 Q You're not --
11:36:14 A I'm not sure.
11:36:15 Q -- familiar with that clause?

♀



11:36:17 A Not after eight years out of the
11:36:19 government.
11:37:09 Q Mr. Hom, before today were you
11:37:10 aware that the govenment had rejected your
11:37:14 calculation in the final decision we just looked
11:37:18 at?

11:37:20 A I don't know that I would use the
11:37:21 term "rejected."
11:37:26 Q Were you aware that it had been
11:37:27 corrected?
11:37:28 A I had an understanding that
11:37:29 another final decision had been issued.
11:37:33 Q And before today -- well, up to
11:37:36 today, are you aware of how much that final
11:37:39 decision has been amended by?
11:37:41 A No.
11:37:44 Q In preparation for your testimony
11:37:45 here today, did you do anything?
11:37:47 A I met with counsel.
11:37:49 Q And during the course of your
11:37:50 preparation, did you look at any of the final
11:37:51 decisions?
11:37:52 A No, other than the one I drafted
11:37:58 of January 2006.

♀

26

11:37:59 Q And so up to this moment, you had
11:38:05 no idea how much the government changed the
11:38:06 number that you derived?
11:38:08 A I still don't know, unless you
11:38:10 tell me. (Marked).
11:38:15 Q Showing you what's been marked as
11:38:17 Hom Exhibit No. 4. Can you look at that exhibit
11:38:21 and see if you can identify it.
11:38:34 (Pause)

11:38:42 A It appears to be an e-mail from
11:38:44 Karen Poole to Brent Daubach, which attachments,
11:38:48 and with a copy to myself.
11:38:54 Q And looking at the spreadsheet
11:38:55 that's contained at Bates numbers A A LRR one 00
11:39:02 owe eight and nine SR-RS, is that the
11:39:06 spreadsheet that you just referenced a few
11:39:07 moments ago, containing the 42 million-dollar
11:39:10 figure?
11:39:16 A Yes.
11:39:29 Q And, in fact, looking at Hom
11:39:32 Exhibit No. 2, footnote number two, the figure
11:39:37 of 42 million, 57 owe thousand, $838 and nine
11:39:45 cents SR-RS is in that footnote, and that
11:39:48 corresponds to the penny with Hom Exhibit No. 4



11:39:54 at the last page of the exhibit in the fourth --
11:39:58 at the bottom of the fourth column; correct?
11:39:59 A It appears do so, yes.
11:40:10 Q And what, if anything, did you do
11:40:11 to, for lack of a better term, look behind this
11:40:19 spreadsheet to determine the accuracy of the
11:40:21 numbers contained therein?
11:40:25 A I contacted the GSA people and
11:40:28 asked them if that was a good number, and I
11:40:30 think my response was yes.
11:40:59 Q Looking at Exhibit No. 4, the
11:41:00 e-mail string that you just referenced that's

the cover to the attachment, at the bottom of the first page, that's A A LRR one 00 '05, you are e-mailing SR-RS Karen Poole, asking, and I quote, "could you please forward the spreadsheet that you have regarding the Phase III costs to Brent, and ask if he has an updated version. Thanks."

Do you recall whether or not you ever received an updated version from the one that you received, which is attached to this Exhibit?

A No, I believe my response was --

28

that I got back was this was the best number they had.

Q And so this is in January of owe six, and the attachment, if you look at the icon at the top of page A A LRR, the icon indicates September of two, doesn't it?

MS. KIRCHNER: Can you just tell me which page you're on again?

MR. BEHRE: Page A L -- A A LLR one 00 '05, the first page of Exhibit 4. SR-RS.

MS. KIRCHNER: Okay.

Okay, thank you.

Q There's two icons, one for a spreadsheet dated 1/17/02, and the other dated

11:42:31 September '02.
11:42:33 A That's what it says, yes.
11:42:36 Q And so the -- that would be the
11:42:41 most current information as of January '06,
11:42:44 something dated '02?
11:42:46 A That's what was represented to me,
11:42:47 yes.
11:43:00 Q Going back to what we just
11:43:01 discussed a few moments ago, what did you do



11:43:03 more specifically to prepare for your deposition
11:43:05 here today?
11:43:05 A I met with counsel.
11:43:07 Q How many times?
11:43:10 A One.
11:43:11 Q For how long?
11:43:13 A All day yesterday.
11:43:15 Q Who was present?
11:43:17 A Miss Kirchner, Miss Crow.
11:43:20 Q Anyone else?
11:43:20 A No.
11:43:21 Q During the course of that
11:43:23 preparation, did you review any documents?
11:43:26 A Some.
11:43:28 Q And during the course of that
11:43:29 preparation, did you attempt to locate or locate
11:43:34 any documents that you might have that are
11:43:36 responsive to the subpoena you received?

11:43:41 A When I looked through the
11:43:42 documents that I had produced to the Department
11:43:43 of Justice, I realized that there was a contract
11:43:47 provision, it was the T4D clause, it was
11:43:50 two-sided, and only one side was copied. So I
11:43:54 ultimately went back and pulled the entire



11:43:56 volume that I had and probably referred to, and
11:43:59 that was given to you this morning.
11:44:13 Q Can you tell us -- you received a
11:44:15 copy of the subpoena in this matter, didn't you?
11:44:18 A Miss Kirchner provided one to me,
11:44:21 yes.
11:44:21 Q And part of that subpoena required
11:44:22 you to produce certain documents; is that right?
11:44:25 A Yes.
11:44:26 Q What effort did you make to locate
11:44:27 the documents that were subpoenaed?
11:44:29 A I went through all my files, I
11:44:32 went through all my e-mails, and provided
11:44:33 altogether responsive documents to Miss
11:44:34 Kirchner.
11:44:38 Q As part of your effort to respond
11:44:39 to that subpoena, did you make any effort to
11:44:41 contact your former law firm to obtain their
11:44:44 files regarding the case?
11:44:45 A No.
11:44:48 Q When you left that law firm, did

12:23:55 Q Oh, I'm sorry.
12:23:57 A And I believe that our trip to St.
12:24:00 Louis was to ensure that we had all of the
12:24:03 issues that we wanted to seek compensation for,
12:24:06 and that was the purpose of the meeting.
12:24:29 Q When was work completed on Phase
12:24:30 III of the courthouse project?
12:24:32 A I do not know.
12:24:33 Q Do you recall approximately when?
12:24:34 A I do not know.
12:24:35 Q Was it completed when you were at
12:24:37 the government?
12:24:40 A I take that back. I misspoke.
12:24:45 I believe it was substantially
12:24:46 complete in May of 2000.
12:24:54 Q And assuming that the completion
12:24:55 date was somewhere around May of 2000, do you
12:24:58 know why it took approximately five years for
12:25:00 the government, or, I should say, six years for
12:25:03 the government to issue a final decision on
12:25:06 excess costs of reprocurement?
12:25:07 A I do hot know.
12:25:13 Q Based on your ten years at the
12:25:14 government, does that strike you as an

♀



12:25:15 excessively long period of time to wait before

12:25:18 issuing a final decision on excess costs of
12:25:20 reprocurement?
12:25:20 A No.
12:25:22 Q It doesn't? Why not?
12:25:24 A It could have been lingering
12:25:25 issues. I don't know when final completion was.
12:25:28 There could have been lingering issues own
12:25:30 project close out, there might have been audits
12:25:31 that needed to be done, I'm not sure.
12:25:35 Sometimes those things take a
12:25:37 while.
12:25:37 Q And in this case, six years?
12:25:39 A I don't know.
12:25:54 Q Approximately how much time would
12:25:55 you estimate you spent drafting the final
12:25:56 decision for Miss Poole's signature.
12:26:03 MS. KIRCHNER: You said Miss
12:26:04 Poole's signature, Kirby.
12:26:07 MR. BEHRE: I'm sorry.
12:26:07 Q For Miss Butler's signature.
12:26:09 A The actual drafting, I'm not sure.
12:26:13 I know there's an entry that probably says two
12:26:15 or three hours, but a lot of the time was spent

56

12:26:18 prepping, reviewing the documents, kind of
12:26:21 formulating in my mind how it was going to be
12:26:23 laid out. So if you want the actual time,
12:26:26 probably three hours. Time spent reviewing the

12:26:30 documents and getting it firmed up in my mind
12:26:33 how I was going to do it, I'm not sure; ten-20
12:26:37 hours, maybe more.
12:26:47 Q Looking at page 10224 of Exhibit
12:26:52 5, your time entries for December --
12:26:55 A Hang on a second.
12:26:56 Q -- '06?
12:27:00 A Hang on a sec.
12:27:03 Okay, I'm with you.
12:27:04 Q Your entry for December 13, '06
12:27:06 indicates "reviewed documentation prepared by JF
12:27:09 I."
12:27:10 Who is J F I?
12:27:12 A Jacobs.
12:27:12 Q And second entry on December 13,
12:27:14 '06 indicates correspondence, got PWUT her RE
12:27:19 post termination issue and back up
12:27:21 documentation.
12:27:22 Do you recall what it was that you
12:27:23 were missing that you were corresponding about?



12:27:32 A I believe my cursory review of PTI
12:27:35 issues seven through eleven I had located or I
12:27:38 had noticed that there were a couple of -- or an
12:27:41 issue missing. I think my question was, to
12:27:45 Georgan Butler, I don't see that back up,
12:27:48 what's -- you know, I didn't know what was going
12:27:50 on.

12:27:51 Q Well, why in December of '06 are
12:27:53 you even considering those issues since the
12:27:56 final decision was issued in March of '06?
12:28:06 A I think some other issues arose in
12:28:08 that meeting that I was in that I testified to
12:28:09 earlier in April of '07.
12:28:15 MS. KIRCHNER: He's asking about
12:28:15 December of 2006.
12:28:17 THE WITNESS: Oh.
12:28:21 A Oh, I remember. I'm sorry, I
12:28:23 misspoke.
12:28:24 In December '05 we identified the
12:28:27 other issues that I testified about earlier in
12:28:32 the final decisions, HV, testing of balance, et
12:28:36 cetera, et cetera. I don't think I got the
12:28:37 documentation on -- the back up documentation on
12:28:40 those issues in hand until December of '06.



12:28:46 Q Well, the final decision is dated
12:28:48 March 21st, 2006; correct?
12:28:50 A Yes.
12:28:51 Q And you've testified you've never
12:28:52 until today seen that final decision; correct?
12:28:54 A In that form.
12:28:56 Q In the final signed form; correct?
12:28:58 A Yes.
12:29:01 Q And after the date of that final
12:29:02 decision you were still doing work to what end?