# EXHIBIT B

**Martin A. Hom**

**From:** karen.poole@gsa.gov
**Sent:** Wednesday, January 11, 2006 7:26 AM
**To:** Brent.Daubach@jacobs.com
**Cc:** Martin A. Hom; Chris.Gummere@jacobs.com; Georgann.Butler@GSA.gov
**Subject:** Fw: TFE Courthouse - PIII

2002-01-17 Phase III payments ... Sept 2002 ontractors status.x..

Brent,

Good morning. I hope you are doing well.

Do you have a more current version of the attached spreadsheets prepared by Jacobs for Phase III of Eagleton?

(See attached file: 2002-01-17 Phase III payments to Domenique.xls.xls.xls) (See attached file: Sept 2002 contractors status.xls)

Karen Poole
Program Evaluation Officer
Director, Program Evaluation Staff
GSA Federal Technology Service - Heartland Region (6T)
Phone: (816) 823-2309
Fax: (816) 823-5935
Karen.Poole@gsa.gov

CREATING A SUCCESSFUL FUTURE AT GSA
by living our values everyday and working together to achieve our goals.
Achiever Developer Individualization Input Maximizer

----- Forwarded by Karen A. Poole/6T/R06/GSA/GOV on 01/11/2006 09:20 AM -----

| | | |
|---|---|---|
| "Martin A. Hom" <MHom@aalrr.com> | | To |
| | karen.poole@gsa.gov | |
| 01/09/2006 04:57 PM | | cc |
| | | Subject |
| | TFE Courthouse - PIII | |

Karen -

Could you please forward the spreadsheet that you have regarding the Phase III costs to Brent and ask if he has an updated version. Thanks.

Marty

EXHIBIT
Hom 4

Martin A. Hom
Atkinson, Andelson, Loya, Ruud & Romo
11440 West Bernardo Court, Suite 174
San Diego, California 92127
(858) 485-9526 (858) 485-9412 - facsimile

www.aalrr.com
Navigating your course

==================================
This email message is for the sole use of the intended recipient(s) and may contain privileged and confidential information. Any unauthorized review, use, disclosure or distribution is prohibited.

If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. Thank you.

For additional information, please visit our website at www.aalrr.com.

Jacobs Facilities, Inc.

# THOMAS F. EAGLETON UNITED STATES COURTHOUSE
# PHASE III PROJECTS - REPORT (September 2002)

## CASH FLOW SUMMARY

| | | |
|---|---|---|
| ORIGINAL PHASE III CONTRACTS | $ | 24,126,228.00 |
| PHASE III CHANGE ORDERS | $ | 15,773,709.26 |
| **TOTAL VALUE OF PHASE III CONTRACTS** | **$** | **39,899,937.26** |
| PHASE III PAID TO DATE (through 01/25/2002) | $ | 39,528,028.00 |
| **PHASE III AMOUNT REMAINING** | **$** | **371,909.26** |

| | | |
|---|---|---|
| TOTAL VALUE OF PHASE III CONTRACTS | $ | 39,899,937.26 |
| PROJECTION TO COMPLETE PHASE III | $ | (175,179.48) |
| **PROJECTED TOTAL TO COMPLETE PHASE III** | **$** | **39,724,757.78** |

| | |
|---|---|
| **PHASE III PERCENT OF CONTRACTS PAID TO DATE** | **99.07%** |

AALRR 10007

ST. LOUIS PAYMENTS — DATE January 17, 2002

| PAYMENTS CONTRACTOR | SCOPE OF SERVICES | TOTAL PAYMENTS | CURRENT CONTRACT | % COMPL | $ REMAINING IN CONTRACT |
|---|---|---|---|---|---|
| ADAMS LANDSCAPE | LANDSCAPING | 308,046.09 | 308,046.09 | | 0.00 |
| AHAL | SLAB FLATWORK | 812,502.00 | 820,502.00 | 99.02% | 8,000.00 |
| ARCH BRONZE STUDIO | CUSTOM PLAQUE | 9,686.00 | 9,686.00 | | 0.00 |
| ARCH GRAPHICS | SIGNS | 292,198.64 | 292,198.64 | | 0.00 |
| A.F. BECKER CO. | TOILET PARTITIONS | 70,234.56 | 70,234.56 | | 0.00 |
| AMERICAN METAL PROD | | 31,384.66 | 31,384.66 | | 0.00 |
| ANDREW GRANING | SITE PHOTOS (P) | 4,400.00 | 5,000.00 | 88.00% | 600.00 |
| BEC | Electric work | 1,660.84 | 1,660.84 | | 0.00 |
| B&K TUCKPOINTING | CAULKING | 81,000.00 | 81,000.00 | | 0.00 |
| B&K TUCKPOINTING | CAULKING | 160,457.71 | 160,457.71 | | 0.00 |
| BICK GROUP | ACCESS FLOOR | 79,134.47 | 79,134.47 | | 0.00 |
| BI-STATE LOADING DOCK | DOCK LEVELER | 1,610.92 | 1,610.92 | | 0.00 |
| CASSILLY | GREAT SEAL | 37,045.00 | 37,045.00 | | 0.00 |
| CASWELL INT CO. | FIRING RANGE | 10,975.00 | 10,975.00 | | 0.00 |
| CMR | GENL CONSTR | 2,882,117.67 | 3,050,000.00 | 94.50% | 167,882.33 |
| COMM. WOODWORK | INSTALL WD DOORS | 76,700.28 | 91,833.17 | 83.52% | 15,132.89 |
| CORRIGAN | MECH WORK | 4,260,000.00 | 4,260,000.00 | | 0.00 |
| CUPPLES | CURTAINWALL | 636,575.00 | 646,049.00 | 98.53% | 9,474.00 |
| CUSTOM CURTAINWALL | | 32,739.00 | 35,000.00 | 93.54% | 2,261.00 |
| CUSTOM CURTAINWALL | | 21,000.00 | 21,000.00 | | 0.00 |
| DAVITCO | WINDOW WASHING | 57,235.00 | 57,235.00 | | 0.00 |
| DBI | STONE INSPECTION | 64,346.00 | 64,346.00 | | 0.00 |
| DHP | ORNAMENTAL METAL | 1,340,829.84 | 1,440,829.84 | 93.06% | 100,000.00 |
| DKW | PAINTING | 124,229.82 | 195,000.00 | 63.71% | 70,770.18 |
| DKW | PAINTING | 244,913.00 | 287,972.00 | 85.05% | 43,059.00 |
| DKW | PAINTING | 1,743,913.06 | 1,750,000.00 | 99.65% | 6,086.94 |
| E. BEAUBOIS | MILLWORK | 1,649,725.82 | 1,649,725.82 | | 0.00 |
| FABRI-TECH SHT MTL | SS ROOF | 15,317.00 | 15,342.00 | 99.84% | 25.00 |
| FIRE ASSURANCE | FIRE PROTECTION | 1,639,577.70 | 1,669,263.00 | 98.22% | 29,685.30 |
| FOREMAN FABRICATORS | SS GATES | 10,015.00 | 10,015.00 | | 0.00 |
| GARTLAND | IRRIGATION SYS | 80,406.91 | 80,406.91 | | 0.00 |
| GATE BLUEGRASS | PRECAST | 135,557.00 | 135,557.00 | | 0.00 |
| G.L. DEHART | TRASH COMPACTORS | 15,375.00 | 15,375.00 | | 0.00 |
| GOLTERMAN & SABO | ACCOUSTICAL | 466,966.80 | 466,966.80 | | 0.00 |
| HENRY TRANSPORTATION | CARPET TILE STORAGE | 6,816.00 | 7,000.00 | 97.37% | 184.00 |
| HOFF CONSTRUCTION | | 1,967.00 | 1,967.00 | | 0.00 |
| INTERIOR CONCEPTS | CHAMBERS MILLWORK | 136,522.00 | 136,522.00 | | 0.00 |
| INTERIOR DIMENSION | JURY CHAIRS | 36,448.00 | 36,448.00 | | 0.00 |
| JENSEN ELECTRIC | MISC ELEC WORK | 239,575.00 | 239,600.00 | 99.99% | 25.00 |
| JENSEN ELECTRIC | MISC ELEC WORK | 11,738.70 | 50,000.00 | 23.48% | 38,261.30 |
| JENSEN ELECTRIC | MISC ELEC WORK | 81,000.00 | 81,000.00 | | 0.00 |
| JENSEN ELECTRIC | MISC ELEC WORK | 183,936.04 | 200,000.00 | 91.97% | 16,063.96 |
| JENSEN ELECTRIC | MISC ELEC WORK | 36,150.04 | 36,150.04 | | 0.00 |
| JENSEN ELECTRIC | MISC ELEC WORK | 54,674.09 | 54,674.09 | | 0.00 |
| JENSEN ELECTRIC | MISC ELEC WORK | 6,575.00 | 6,600.00 | 99.62% | 25.00 |
| JENSEN ELECTRIC | MISC ELEC WORK | 49,838.60 | 49,838.60 | | 0.00 |
| JENSEN ELECTRIC | MISC ELEC WORK | 2,825.77 | 2,825.77 | | 0.00 |
| JENSEN ELECTRIC | MISC ELEC WORK | 30,887.68 | 30,887.68 | | 0.00 |
| JENSEN ELECTRIC | MISC ELEC WORK | 15,000.00 | 15,000.00 | | 0.00 |
| JENSEN ELECTRIC | MISC ELEC WORK | 10,291.40 | 10,291.40 | | 0.00 |
| JENSEN ELECTRIC | MISC ELEC WORK | 31,252.68 | 31,252.68 | | 0.00 |
| JENSEN ELECTRIC | MISC ELEC WORK | 16,315.00 | 16,741.41 | 97.45% | 426.41 |
| JENSEN ELECTRIC | MISC ELEC WORK | 29,748.44 | 30,000.00 | 99.16% | 251.56 |
| JENSEN ELECTRIC | MISC ELEC WORK | 1,242.19 | 7,000.00 | 17.75% | 5,757.81 |
| JENSEN ELECTRIC | MISC ELEC WORK | 18,500.11 | 18,500.11 | | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| JENSEN ELECTRIC | MISC ELEC WORK | 2,360.17 | 2,360.17 | | 0.00 |
| JENSEN ELECTRIC | MISC ELEC WORK | 5,510.37 | 5,771.00 | 95.48% | 260.63 |
| JENSEN ELECTRIC | MISC ELEC WORK | 5,323.55 | 8,000.00 | 66.54% | 2,676.45 |
| JENSEN ELECTRIC | MISC ELEC WORK | 20,790.18 | 20,790.18 | | 0.00 |
| JENSEN ELECTRIC | MISC ELEC WORK | 55,414.55 | 80,000.00 | 69.27% | 24,585.45 |
| JENSEN ELECTRIC | MISC ELEC WORK | 80,000.00 | 80,000.00 | | 0.00 |
| JENSEN ELECTRIC | MISC ELEC WORK | 47,423.87 | 47,423.87 | | 0.00 |
| JENSEN ELECTRIC | MISC ELEC WORK | 51,935.03 | 51,935.03 | | 0.00 |
| JENSEN ELECTRIC | MISC ELEC WORK | 94,584.45 | 94,584.45 | | 0.00 |
| JENSEN ELECTRIC | MISC ELEC WORK | 6,100.00 | 6,100.00 | | 0.00 |
| JENSEN ELECTRIC | MISC ELEC WORK | 6,100.00 | 6,100.00 | | 0.00 |
| JENSEN ELECTRIC | MISC ELEC WORK | 11,349.49 | 11,349.49 | | 0.00 |
| JOHNSON CONTROLS | CONTROLS | 70,770.81 | 75,000.00 | 94.36% | 4,229.19 |
| KING PRODUCTS | DIRECTORIES | 173,900.00 | 173,900.00 | | 0.00 |
| LEES CARPET | CARPET | 238,317.21 | 239,217.91 | 99.62% | 900.70 |
| LEONARD MASONRY | MASONRY | 2,888,435.00 | 2,889,994.00 | 99.95% | 1,559.00 |
| MERAMEC NURSERY | SHRUB REPLACEMENT | 23,069.00 | 23,069.00 | | 0.00 |
| MONTGOMERY KONE | ELEVATOR REPAIRS | 9,460.11 | 9,460.11 | | 0.00 |
| MONTGOMERY KONE | ELEVATOR | 2,510,953.14 | 2,720,000.00 | 92.31% | 209,046.86 |
| MURRAY ENTERPRISES | ORNAMENTAL FENCING | 23,776.00 | 23,776.00 | | 0.00 |
| NIEHAUS | | 281,370.62 | 405,176.00 | 69.44% | 123,805.38 |
| NIEHAUS | DRYWALL/CARPENTRY | 5,784,127.84 | 5,818,100.28 | 99.42% | 33,972.44 |
| NIEHAUS | | 295,264.68 | 295,264.68 | | 0.00 |
| NIEHAUS | | 481,731.72 | 516,644.20 | 93.24% | 34,912.48 |
| NIEHAUS | | 38,617.00 | 38,617.00 | | 0.00 |
| NIEHAUS | | 9,350.00 | 9,350.00 | | 0.00 |
| OVERHEAD DOOR | ROLLING STEEL DOORS | 36,643.00 | 36,643.00 | | 0.00 |
| OVERLY DOOR CO. | SS DOORS | 37,599.00 | 37,599.00 | | 0.00 |
| PAULY JAIL | CELL FRONTS | 237,535.41 | 244,100.00 | 97.31% | 6,564.59 |
| PAINT SMITHS | PAINT FINTUBE | 0.00 | 9,419.16 | 0.00% | 9,419.16 |
| POLE TECH | FLAG POLE | 12,500.00 | 12,500.00 | | 0.00 |
| PORTA KING | SECURITY BOOTH | 16,830.00 | 16,830.00 | | 0.00 |
| RIVER CITY ELEVATOR | WHEELCHAIR LIFTS | 6,706.09 | 6,706.09 | | 0.00 |
| ROBERT TOWELL | COMMISSIONING | 71,343.43 | 85,200.00 | 83.74% | 13,856.57 |
| THE SHARON CO. LTD. | STEEL STAIRS | 4,230.00 | 4,230.00 | | 0.00 |
| T.L.SHIELD & ASSOC, INC. | BUTTONS | 645.31 | 645.31 | | 0.00 |
| SACHS | ELEC WORK | 441.29 | 441.29 | | 0.00 |
| SACHS | ELEC WORK | 7,405,869.87 | 7,405,869.87 | | 0.00 |
| SERVCO CO. | KITCHEN EQUIPMENT | 23,484.00 | 23,484.00 | | 0.00 |
| SIMPLEX TIME RECORDER | FIRE ALARM | 53,328.00 | 54,128.00 | 98.52% | 800.00 |
| SIMPLEX TIME RECORDER | FIRE ALARM | 31,325.13 | 31,325.13 | | 0.00 |
| STD. FIRE PROTECTION | FIRE SPRINKLERS | 10,000.00 | 10,000.00 | | 0.00 |
| STANLEY ACCESS | TURNSTILE GRATES | 152,823.00 | 152,823.00 | | 0.00 |
| TECH COATINGS | EPOXY COATINGS | 0.00 | 0.00 | | 0.00 |
| VENETIAN TERRAZZO | TERRAZZO | 1,078,819.66 | 1,078,819.66 | | 0.00 |
| WAREHOUSE DES. | LOCKERS/BENCHES | 8,817.00 | 8,817.00 | | 0.00 |
| WBH | METAL DOORS/FRAMES | 584,997.00 | 607,735.00 | 96.26% | 22,738.00 |
| WESTERN | WATERPROOFING | 178,388.00 | 178,388.00 | | 0.00 |
| Total Phase III | | $41,567,539.51 | $42,570,838.09 | 97.64% | $1,003,298.58 |