# EXHIBIT C

**From:** thomas.barnard@gsa.gov
**To:** terry.page@jacobs.com;
**CC:** karen.poole@gsa.gov; johnf.walsh@gsa.gov;
**Subject:** Fw: Audits conducted since termination of MDI - June 1999
**Date:** Wednesday, May 02, 2007 1:10:59 PM
**Attachments:** Contract Audits on St. Louis Courthouse.doc

---

Terry,

Per our discussions, please see attached e-mail to Domeinque.

John Walsh is getting her the audit workpapers for the 22 audits shown in the Word attachment. I'm with you....looking at some of those, I am like "Dang, that was ten years ago"....it is tough remembering. Holler if you need any help....I can provide the actual audit reports if it is OK with Dominque...let me know. Good talking to you again !

Tom
816-926-8602
----- Forwarded by Thomas R. Barnard/JA-6/CO/GSA/GOV on 05/02/2007 12:58 PM -----

Thomas R.
Barnard/JA-6/CO/G
SA/GOV
To
domenique.kirchner@usdoj.gov
cc
04/23/2007 10:55 AM
John F. Walsh/JA-6/CO/GSA/GOV@GSA, Eric L. Miller/JC/CO/GSA/GOV@GSA
Subject
Audits conducted since termination of MDI - June 1999

Hi Domenique !

Pursuant to your request, please find attached a listing of those audits which our office conducted of construction contractors who performed work on the St. Louis Courthouse from the date that MDI was terminated, June 16, 1999. Based on our discussions, I also identified those audits that show John Walsh as a participant (auditor) associated with the subject review. Further, John was promoted to Audit Manager in April 2000 and there are some audits that have him signing the report in that capacity.

Since there are 22 audit reports, I will start sending them (after this e-mail) in groups of five with copies to Eric....they are all in Word...holler at me if you have any questions.

Tom

816-926-8602

(See attached file: Contract Audits on St. Louis Courthouse.doc)