# EXHIBIT D

**From:** Domenique.Kirchner@usdoj.gov <Domenique.Kirchner@usdoj.gov>
**Sent:** Wednesday, June 28, 2006 9:26 AM
**To:** georgann.butler@gsa.gov <georgann.butler@gsa.gov>
**Subject:** RE: AMEC Request for Reprocurement Documents

---

I would say continue you as you have been. But if you can put some additional resources on it that would be great. You need to figure out how long it will take the way you are proceeding. Some estimate of time to complete. Also we will need to get a copy also of what you provide. Disc would probably be fine for us.

-----Original Message-----
From: georgann.butler@gsa.gov [mailto:georgann.butler@gsa.gov]
Sent: Tuesday, June 27, 2006 5:41 PM
To: Kirchner, Domenique (CIV); dalton.phillips@gsa.gov
Cc: mark.warnick@gsa.gov
Subject: AMEC Request for Reprocurement Documents

Domenique -

I have been receiving calls from AMEC's lawyers requesting our documentation for the reprocurement costs we listed in our Final Decision.
I only have one person working part time in collecting and making copies of those documents in order to scan them to a CD. They are wanting a date I will have them for them. I previously was advised by Sam Skare to take my time. Now that Sam is gone I would like to know if I need to do a full bench press to get these done or continue as I have been. Please advise.

I hope you haven't been soaked and floated away with all the rain you have been having.

Georgann Butler
Chief, Construction Acquisition Branch I
GSA (6PCA-I)
Phone: 816-823-4918
Fax: 816-823-5931
email: georgann.butler@gsa.gov
Restorative/Consistency/Harmony/Learner/Focus