**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **AMEC CONSTRUCTION MANAGEMENT, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 06-867C** |
| | ) | |
| **THE UNITED STATES,** | ) | **(Judge Braden)** |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S NOTICE OF ERRATA**

Defendant respectfully notifies the Court of an errata in "Defendant's Motion For In Camera Inspection And Protective Order," dated July 8, 2008. Specifically, on page 6, the retirement date for Anne Anderson was erroneous; the correct date for the effective date of her retirement is December 31, 1999. On July 8, 2008, defendant's counsel did not have available to her the retirement form for Ms. Anderson. That record has been located and a copy provided to plaintiff.

In addition, defendant's counsel recently obtained copies of additional performance appraisals for GSA employee Georgann Butler and includes them within the relief requested in the Government's motion, dated July 8, 2008. Those performance appraisals are as follows:

Georgann Butler

(5a) Performance appraisal, 10/01/2002-9/30/2003

(5b) Performance appraisal, 10/01/2001-9/30/2002

(5c) Performance appraisal, 10/02/2000-9/30/2001

(5d) Performance appraisal, 10/01/1999-9/30/2000

(5e) Performance appraisal, 12/20/1998-9/30/1999.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

s/Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/ Domenique Kirchner
DOMENIQUE KIRCHNER
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-1111
Fax: (202) 514-8624
Attorneys for Defendant

Of Counsel:
TRACY L. HILMER
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice

ERIC L. MILLER
Office of the Inspector General
General Services Administration

CATHERINE CROW
General Services Administration
July 14, 2008