# EXHIBIT 2

Paul Hastings

Paul, Hastings, Janofsky & Walker LLP
875 15th Street, N.W. • Washington, DC 20005
telephone 202 551 1700 • facsimile 202 551 1705 • www.paulhastings.com

Atlanta
Beijing
Brussels
Chicago
Frankfurt
Hong Kong
London
Los Angeles
Milan
New York
Orange County
Palo Alto
Paris
San Diego
San Francisco
Shanghai
Tokyo
Washington, DC

(202) 551-1779
daniellepierce@paulhastings.com

VIA EMAIL AND U.S. MAIL

37903.00006

July 11, 2008

Domenique Kirchner
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit – 8th Floor
1100 L Street N.W.
Washington, DC 20530

Re: AMEC Construction Management, Inc., f/k/a *Morse Diesel International, Inc. v. United States*, Case No. 06-867

Dear Domenique:

We have received your letter of July 9, 2008 regarding deposition scheduling issues, and we are concerned about your proposed scheduling. Based on your representation regarding Ms. Butler's health, we will take Georgann Butler's deposition on August 20th and 21st. We will depose Linda Phillips on July 23, 2008, as was previously scheduled.

As to the depositions of Paul Laskowske and Graham Harwood, we understood the Government's position is, and always has been, that Phase II of the construction is irrelevant to the reprocurement case. We gather however, that the Government has reevaluated its position since Laskowske and Harwood were not on the site during Phase III and obviously played no role in the calculation of the excess reprocurement costs. With that understanding, we are working towards arranging dates and times for those depositions. We have received documents from Mr. Laskowske, but it is unlikely that we can produce all responsive materials by July 18th.

Our prior letter of July 9, 2008 indicated that you may not contact former or current employees of MDI without our permission or without communicating with the lawyer who represented that person in the past. In the case of Mr. Laskowske, who was represented by counsel for MDI/ACMI at the time of his prior depositions, you should have contacted us before having any communications with him directly. As for Mr. Harwood, who had his own counsel when he was previously deposed, we are in the process of determining whether his prior counsel will continue to represent him at this time. We will update you as soon as we can, but we cannot say now that his deposition will definitely occur on the date that you noticed.

Paul Hastings



As you know, we have already provided you with access to more than 120 boxes of documents of materials related to the Warner Consulting Company's report. The great majority of those boxes contain copies of historical documents from MDI/ACMI's Phase II; thus you already have access to a large amount of documents from ACMI's files. We are continuing to work on creating an index as to the rest of the MDI/ACMI documents, and we intend to update you on that issue next week.

Please let us know as soon as possible whether Georgann Butler will be available on August 19th and 20th and when you would like to schedule the ACMI deposition.

Sincerely,

Danielle W. Pierce
for PAUL, HASTINGS, JANOFSKY & WALKER LLP

LEGAL_US_E # 80163889.1 37903.00006