# EXHIBIT 5

**From:** thomas.barnard@gsa.gov
**To:** terry.page@jacobs.com;
**CC:** karen.poole@gsa.gov; johnf.walsh@gsa.gov;
**Subject:** Fw: Audits conducted since termination of MDI - June 1999
**Date:** Wednesday, May 02, 2007 1:10:59 PM
**Attachments:** Contract Audits on St. Louis Courthouse.doc

---

Terry,

Per our discussions, please see attached e-mail to Domeinque.

John Walsh is getting her the audit workpapers for the 22 audits shown in the Word attachment. I'm with you....looking at some of those, I am like "Dang, that was ten years ago"....it is tough remembering. Holler if you need any help....I can provide the actual audit reports if it is OK with Dominque...let me know. Good talking to you again !

Tom
816-926-8602
----- Forwarded by Thomas R. Barnard/JA-6/CO/GSA/GOV on 05/02/2007 12:58 PM
-----

Thomas R. Barnard/JA-6/CO/GSA/GOV
04/23/2007 10:55 AM

To
domenique.kirchner@usdoj.gov

cc
John F. Walsh/JA-6/CO/GSA/GOV@GSA, Eric L. Miller/JC/CO/GSA/GOV@GSA

Subject
Audits conducted since termination of MDI - June 1999