Paul Hastings
ATTORNEYS

Paul, Hastings, Janofsky & Walker LLP
875 15th Street, N.W. • Washington, DC 20005
telephone 202 551 1700 • facsimile 202 551 1705 • www.paulhastings.com

Atlanta
Beijing
Brussels
Chicago
Frankfurt
Hong Kong
London
Los Angeles
Milan
New York
Orange County
Palo Alto
Paris
San Diego
San Francisco
Shanghai
Tokyo
Washington, DC

(202) 551-1719
kirbybehre@paulhastings.com

July 9, 2008 37903.00006

**VIA E-MAIL AND U.S. MAIL**

Domenique Kirchner, Esq.
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L St., N.W.; 8th Floor
Washington, D.C. 20530

Re: AMEC Construction Management, Inc.,
f/k/a *Morse Diesel International, Inc. v. United States*, Case No. 06-867

Dear Domenique:

As discussed on July 7, 2008, we will take Linda Phillips' deposition on Thursday, July 24, 2008, and the first day of Georgann Butler's deposition on Friday, July 25, 2008.

As you know, we requested two days for Ms. Butler's deposition due to her central role as contracting officer, including issuing revised decisions as recently as last week. On our call you stated that due to Ms. Butler's current medical condition with her eyesight, she may not be able to sit for her deposition for two consecutive days. Given your statement that Ms. Butler's medical condition may affect her ability to testify, please provide us with additional information regarding Ms. Butler's medical condition so that we can evaluate whether we must take her deposition now to avoid a worsening in her condition which would preclude a deposition after July. For instance, please advise us if her condition is expected to improve or worsen over time. We still anticipate that we will need a second day for Ms. Butler's deposition, and we will confer with you about scheduling the second day after we receive the additional information regarding her medical condition. We renew our offer to take these depositions in D.C.

During our July 7 discussion, you were unwilling to agree on dates for the other depositions currently noticed for the last week of July because (i) you indicated that CRSS/Jacobs and Cotton & Company would be objecting in some form and (ii) you were not sure if you would proceed with the depositions you noticed if the Court granted an enlargement of time. Please advise the dates you are available to take the depositions you noticed for the last week of July.

PaulHastings
ATTORNEYS



Additionally, we informed you on the July 7 call that you inappropriately contacted ACMI former employee Paul Laskowske regarding the subpoena you sent to him. As Mr. Laskowske was represented by counsel for ACMI at his prior deposition, you should have known that Mr. Laskowske was likely represented by counsel for ACMI for purposes of any future deposition relating to the St. Louis Courthouse project. We reiterate that you are not permitted to contact Mr. Laskowske or any other former or current employee of ACMI without first speaking to me.

Sincerely,

Kirby D. Behre /by CH

Kirby D. Behre
of PAUL, HASTINGS, JANOFSKY & WALKER LLP

LEGAL_US_E # 80089239.1