Paul Hastings
ATTORNEYS

Paul, Hastings, Janofsky & Walker LLP
875 15th Street, N.W. • Washington, DC 20005
telephone 202 551 1700 • facsimile 202 551 1705 • www.paulhastings.com

Atlanta
Beijing
Brussels
Chicago
Frankfurt
Hong Kong
London
Los Angeles
Milan
New York
Orange County
Palo Alto
Paris
San Diego
San Francisco
Shanghai
Tokyo
Washington, DC

(202) 551-1719
kirbybehre@paulhastings.com

July 18, 2008 37903.00006

**VIA E-MAIL AND U.S. MAIL**

Domenique Kirchner, Esq.
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L St., N.W.; 8th Floor
Washington, D.C. 20530

Re: AMEC Construction Management, Inc.,
f/k/a *Morse Diesel International, Inc. v. United States*, Case No. 06-867

Dear Domenique:

As we stated on our telephone conference yesterday, it is critical that we receive Linda Phillips' e-mail in electronic format immediately because her deposition is scheduled for only two business days from today on July 23, 2008. Three months ago, in a telephone conference on April 14, 2008 and again in an April 28, 2008 letter, we requested that you produce all electronic documents in electronic format. In your May 13, 2008 letter you agreed to produce electronic copies of hard copy email previously produced in a Lotus Notes electronic format.

For every other deposition we have taken you have produced on the very eve of the deposition enormous volumes of electronic data and e-mails from the deponent. Your last-minute electronic productions are in violation of the Rules of the Court and have prejudiced our ability to take complete depositions of Terry Page, Karen Poole, and Martin Hom. Yet again you are refusing to timely provide electronic copies of data until the day before the deposition.

We demand again that you immediately produce electronic copies of Linda Phillips' e-mail as we first requested over three months ago. We will reluctantly proceed with Linda Phillips' deposition on July 23 because all of the arrangements for the deposition are already made. However, we will hold the deposition open due to your failure to produce documents critical to the deposition.

Paul Hastings
ATTORNEYS



Additionally, in our conference call yesterday, you were unable to provide any further information about Georgann Butler's medical condition. In your July 9, 2008 letter, you stated that you would provide more information regarding Georgann Butler's medical condition on July 16. Yet we did not receive any information from you on July 16 or during our call yesterday. Since you raised the issue of Ms. Butler's medical condition when you advised us that medical issues prevented her from being deposed on July 24 and 25 as noticed by ACMI, we request a written proffer from you that there is no reason that we must take Ms. Butler's deposition on an expedited basis to guard against a worsening of her medical condition. Please provide that written proffer immediately.

With respect to the Rule 30(b)(6) deposition of Cotton & Co., yesterday during our call you agreed to produce Sandra Hadley as the deponent on the topics in the notice relating to work Cotton & Co. did regarding reprocurement costs for the St. Louis Courthouse. We do not intend to question the witness on the subjects of the depositions taken previously. We understand that you assert Cotton & Co. was formally engaged in June 2007 to do work on the reprocurement costs. However, we are entitled to confirm from the witness that Cotton & Co. was not involved in Phase II or Phase III or other aspects of the Courthouse project. We are also entitled to question the witness about any work performed prior to June 2007 that was later used, relied on, or taken into consideration during the work on the reprocurement costs. Additionally, to the extent the witness identifies any other work done by Cotton & Co. during any other time periods or in any other capacity that relates to the work on the reprocurement costs, we are entitled to inquire about that work. We propose to take the Cotton & Co. deposition on Wednesday, September 3, 2008.

Sincerely,

Kirby D. Behre

Kirby D. Behre
of PAUL, HASTINGS, JANOFSKY & WALKER LLP

LEGAL_US_E # 80191109.2