PaulHastings

Paul, Hastings, Janofsky & Walker LLP
875 15th Street, N.W. • Washington, DC 20005
telephone 202 551 1700 • facsimile 202 551 1705 • www.paulhastings.com

Atlanta
Beijing
Brussels
Chicago
Frankfurt
Hong Kong
London
Los Angeles
Milan
New York
Orange County
Palo Alto
Paris
San Diego
San Francisco
Shanghai
Tokyo
Washington, DC

(202) 551-1719
kirbybehre@paulhastings.com

April 28, 2008 37903.00006

**VIA E-MAIL AND U.S. MAIL**

Domenique Kirchner, Esq.
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L St., N.W.; 8th Floor
Washington, D.C. 20530

Re: AMEC Construction Management, Inc.,
f/k/a *Morse Diesel International, Inc. v. United States*, Case No. 06-867

Dear Domenique:

I am writing to memorialize various issues we discussed on April 14 on our conference call regarding the reprocurement case.

During our call, we identified two main issues regarding the government's document productions that need to be rectified. First, we requested that you provide all electronic documents, such as e-mails and spreadsheets, in electronic format. You have produced electronic documents only in hard copy format, and many e-mails do not include their attachments. Some spreadsheets do not contain all of the data in the cells of the spreadsheet, resulting in missing data. The documents you produced include an email from Georgann Butler in which she explained that she was "advised . . . to take her time" producing documents and Karan Poole explained that "Marty suggested NOT providing an electronic copy of the PTI information to AMEC, but to provide the hard copies only." These emails are attached hereto as Exhibit A (Bates numbered GSA 112304, GSA 102791-92). At a minimum, this evidently purposeful refusal to produce data in electronic format is troubling.

You advised us for the first time on the call that e-mails and electronic documents were manually printed from computers that are currently being stored in Kansas City. As you know, the Rules of this Court require: "A party who produces documents for inspection shall produce them as they are kept in the usual course of business . . ." RCFC 34. Your responses to our requests for production make no mention of these computers.
Please identify the individuals who used those computers so that we can determine how to proceed on this issue.

PaulHastings
ATTORNEYS



You agreed to consult with the government's technology department in order to determine a method by which you can produce all responsive e-mail and electronic documents to us in electronic format in compliance with the Rules. To the extent that any electronic documents are password-protected or otherwise encrypted we are available discuss methods to resolve those issues so that affected documents can be produced in electronic format.

You agreed to provide us with an index of the boxes of documents that are in Kansas City that indicates which of them have been previously produced. Please send us that index as soon as possible, as we will need it prior to our review of the documents. We would like to review the boxes in Kansas City on May 6 and 7. Please let us know if that date is acceptable.

We proposed the following expert discovery schedule: government's expert report due September 1, 2008; ACMI's expert report due September 15, 2008; government's rebuttal report due October 1, 2008; close of all discovery November 1, 2008; dispositive motions due 90 days later, or February 1, 2009. Please let us know whether these dates are acceptable so we can propose a joint expert discovery schedule to the Court.

Finally, we discussed several documents the government produced that appear to have been produced from Martin Hom's law firm and other documents bearing the "Attorney Client Privileged" legend. Examples of such documents are all documents bearing the prefix AALRR and those bates numbered GSA 118240-41, GSA 118266-229, and possibly GSA 118233-235, but this list may not be exhaustive. We encouraged you to review the government's production in order to confirm that other potentially privileged documents were not inadvertently produced. You indicated that you would look into the issue. On April 15, 2008, you confirmed that the Government intended to produce the documents with the prefix AALRR.

We remain available to discuss all of these issues relating to discovery in this case, and we fully anticipate being able to conclude discovery on time in accordance with the Court's September 19, 2007 Scheduling Order.

Sincerely,

Kirby D. Behre
of PAUL, HASTINGS, JANOFSKY & WALKER LLP

LEGAL_US_E # 79005155.3

**From:** Domenique.Kirchner@usdoj.gov <Domenique.Kirchner@usdoj.gov>
**Sent:** Wednesday, June 28, 2006 9:26 AM
**To:** georgann.butler@gsa.gov <georgann.butler@gsa.gov>
**Subject:** RE: AMEC Request for Reprocurement Documents

---

I would say continue you as you have been. But if you can put some additional resources on it that would be great. You need to figure out how long it will take the way you are proceeding. Some estimate of time to complete. Also we will need to get a copy also of what you provide. Disc would probably be fine for us.

-----Original Message-----
From: georgann.butler@gsa.gov [mailto:georgann.butler@gsa.gov]
Sent: Tuesday, June 27, 2006 5:41 PM
To: Kirchner, Domenique (CIV); dalton.phillips@gsa.gov
Cc: mark.warnick@gsa.gov
Subject: AMEC Request for Reprocurement Documents

Domenique -

I have been receiving calls from AMEC's lawyers requesting our documentation for the reprocurement costs we listed in our Final Decision.
I only have one person working part time in collecting and making copies of those documents in order to scan them to a CD. They are wanting a date I will have them for them. I previously was advised by Sam Skare to take my time. Now that Sam is gone I would like to know if I need to do a full bench press to get these done or continue as I have been. Please advise.

I hope you haven't been soaked and floated away with all the rain you have been having.

Georgann Butler
Chief, Construction Acquisition Branch I
GSA (6PCA-I)
Phone: 816-823-4918
Fax: 816-823-5931
email: georgann.butler@gsa.gov
Restorative/Consistency/Harmony/Learner/Focus

**From:** Karen A. Poole
**Sent:** Thursday, February 26, 2004 12:05 PM
**To:** Martin Hom <mhom@aalrr.com>
**Subject:** Post Termination Issues (PTIs) on STL
**Attach:** Demand 1 Correspondence.pdf;Demand 2 Deferment Granted.pdf

---

FYI.

Karen Poole
Contracting Officer
Property Development Division (6PC)
Phone: (816) 823-4920
Fax: (816) 823-5935
Karen.Poole@gsa.gov

CREATING A SUCCESSFUL FUTURE AT GSA
by living our values everyday and working together to achieve our goals.

----- Forwarded by Karen A. Poole/6P/R06/GSA/GOV on 02/26/2004 11:05 AM -----

Karen A. Poole
02/26/2004 11:04 AM

To: John F. Walsh/JA-6/CO/GSA/GOV
cc:
Subject: Post Termination Issues (PTIs) on STL

John,

Good morning. I am bringing down a copy of the CD that contains Post Termination Issues (PTIs) 2 through 7. PTI 1 and 2 have already been issued as "Demand 1" and "Demand 2" against AMEC. As PTI 1 (Demand 1) is not on the CD, I am attaching all of the relevant correspondence via scanned copies. It is 94 pages.

PTI 2 (Demand 2) supporting documentation is already on the CD, but here is a copy of the final granting of deferment of the debt as I know that was what Dom really was needing.

Marty suggested NOT providing an electronic copy of the PTI information to AMEC, but provide the hard copies only. That is if we elect to submit our "claim" for our costs incurred at this point in time.

Karen Poole
Contracting Officer

Property Development Division (6PC)
Phone: (816) 823-4920
Fax: (816) 823-5935
Karen.Poole@gsa.gov

CREATING A SUCCESSFUL FUTURE AT GSA
by living our values everyday and working together to achieve our goals.