# In the United States Court of Federal Claims

No. 06-867C
Filed: July 23, 2008

*****************************************
*
AMEC CONSTRUCTION MANAGEMENT, *
INC., f/k/a MORSE DIESEL *
INTERNATIONAL, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*****************************************

**ORDER**

Pursuant to the July 22, 2008 telephone conference, the court will convene a telephone conference regarding discovery on July 28, 2008 at 3:00 p.m. Eastern.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**