U. S. Department of Justice

JED:DKirchner
154-06-867

Tele: (202) 307-1111
Fax: (202) 514-8624

*Washington, D.C. 20530*

June 23, 2008

Kirby Behre
Paul, Hastings, Janofsky & Walker LLP
875 15th Street N.W.
Washington, D.C. 20005
Tele: (202) 551-1779
Fax: (202) 551-0119
By email and regular mail

Re: AMEC Construction Management, Inc. v. United States, Fed. Cl. No. 06-867C

Dear Mr. Behre:

Please immediately provide an index of plaintiff's documents, and let me know where you are making plaintiff's documents available for our inspection, review and copying so that I may review them beginning on June 30, 2008.

Very truly yours,

Domenique Kirchner
Senior Trial Counsel
Commercial Litigation Branch