# In the United States Court of Federal Claims

No. 06-867C
Filed: August 4, 2008

*****************************************
AMEC CONSTRUCTION MANAGEMENT, INC., f/k/a MORSE DIESEL INTERNATIONAL, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
*****************************************

**ORDER**

Pursuant to the July 28, 2008 telephone conference, the court enters the following order:

1. The Government's July 8, 2008 Motion For In Camera Inspection And Protective Order is granted, in part. The Government has provided the court with the documents for *in camera* review. After review, the court will rule on the need for an additional protective order.

2. Plaintiff's July 25, 2008 Cross-Motion To Compel is moot based on the court's ruling regarding the Government's July 8, 2008 Motion For In Camera Inspection And Protective Order.

3. The Government's July 18, 2008 Motion To Compel And Request For The Court's Expedited Consideration is granted, in part. Based on the parties' representations at the July 22 and 28, 2008 telephone status conferences, Plaintiff has produced sufficient documents for the Government to begin the deposition of Mr. Paul Laskowske on July 31, 2008. On or before August 11, 2008, however, Plaintiff will provide the court with a partial index of the 1,000 "boxes of company files that were stored in warehouses at various locations at various times." *See* 7/24/08 TR 8; *see also* 7/28/08 TR 40.

4. Plaintiff's July 21, 2008 Motion For Clarification is granted. Fact discovery ends on October 1, 2008 for both parties.

The court will contact the parties on August 12, 2008 to schedule a telephone conference.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**