**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **AMEC CONSTRUCTION MANAGEMENT, INC. (f/k/a/ Morse Diesel International, Inc.)**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**UNITED STATES,**<br><br>**Defendant.** | **No.: 06-867**<br>**(Judge Braden)** |

**PLAINTIFFS' PROPOSAL CONCERNING SCHEDULING ORDER ON EXPERT DISCOVERY**

In accordance with the Court's instructions during the July 28, 2008 telephone status conference, Plaintiff submits the attached proposed order regarding expert discovery.

Respectfully submitted,

s/ James D. Wareham

JAMES D. WAREHAM
Paul, Hastings, Janofsky & Walker LLP
875 Fifteenth Street, N.W.
Washington, D.C. 20005
Tel: 202-551-1728
Fax: 202-551-0128
Attorney of Record for Plaintiff

Of Counsel:
Kirby D. Behre
Danielle W. Pierce
Paul, Hastings, Janofsky & Walker LLP
875 Fifteenth Street, N.W.
Washington, D.C. 20005

August 12, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that this 12th day of August 2008 I caused a copy of the foregoing Proposed Order on Expert Discover was served by ECF upon counsel for the Defendant as follows:

Dominique Kirchner
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street N.W.
Washington, DC 20530

/s/Danielle Pierce
Danielle Pierce