**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**AMEC CONSTRUCTION MANAGEMENT, INC.**
**(f/k/a/ Morse Diesel International, Inc.)**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

**No.: 06-867**
**(Judge Braden)**

**PROPOSED SCHEDULING ORDER ON EXPERT DISCOVERY**

Upon consideration of the materials submitted by the parties concerning expert discovery and the discussions with counsel during the July 28, 2008 telephone status conference, the Court hereby orders the following schedule for expert discovery:

1. Defendant will serve expert reports on Plaintiff on November 26, 2008.
2. Plaintiff will serve expert reports on Defendant on December 17, 2008.
3. Plaintiff will take a deposition of each of Defendant's experts; Defendant will take a deposition of each of Plaintiff's experts. These depositions are in addition the 10 depositions permitted under the Rule 30 of this Court.
4. Expert discovery, including expert depositions, will close on January 23, 2009.
5. Dispositive motions will be filed no later than 90 days after the close of expert discovery.

**IT IS SO ORDERED.**

______________________ ____________________________________

Date **SUSAN G. BRADEN**
**Judge**