# In the United States Court of Federal Claims

No. 06-867C
Filed: August 13, 2008

| | |
|---|---|
| AMEC CONSTRUCTION MANAGEMENT, INC., f/k/a MORSE DIESEL INTERNATIONAL, INC., | |
| Plaintiff, | |
| v. | |
| THE UNITED STATES, | |
| Defendant. | |

**ORDER**

Pursuant to the July 28, 2008 telephone conference and materials submitted by the parties regarding expert discovery, the court enters the following order:

1. The Government will serve expert reports on Plaintiff on November 26, 2008.

2. Plaintiff will serve expert reports on the Government on December 17, 2008.

3. Plaintiff will take a deposition of each of the Government's experts and the Government will take a deposition of each of Plaintiff's experts. These depositions are in addition the 10 depositions permitted under the Rule of the United States Court of Federal Claims 30.

4. Expert discovery, including expert depositions, will close on January 23, 2009.

5. Dispositive motions will be filed no later than 90 days after the close of expert discovery.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**