# In the United States Court of Federal Claims

No. 06-867C
Filed: August 26, 2008

| | |
|---|---|
| ****************************************** | |
| | * |
| AMEC CONSTRUCTION MANAGEMENT, INC., f/k/a MORSE DIESEL INTERNATIONAL, INC., | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |
| ****************************************** | |

**ORDER**

Pursuant to the August 19, 2008 telephone conference and materials submitted by the parties regarding discovery, the court enters the following order:

1. The court has determined that the documents the Government produced to the court for *in camera* review, pursuant to the August 13, 2008 Order and the Government's July 8, 2008 Motion For *In Camera* Inspection, are privileged. *See* 8/19/08 TR at 6.

2. The Government's July 18, 2008 Motion To Compel is granted, in part. Plaintiff will provide the Government with indices "A" and "B" of the 1,000 "boxes of company files that were stored in warehouses at various locations at various times." *See* 7/24/08 TR at 8; *see also* 8/19/08 TR at 17.

3. The court will convene a telephone status conference on August 27, 2008 at 2:00 p.m. EDT.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**