# EXHIBIT 1

# (L. Phillips Depo. Exh. 8)

cc:
Official File: 6PCA-I
Reading Files: LR(T. Hawkins/D. Phillips/C. Crow) 6L(Warnlok) 6A 6P 6PC 6PCE(L. Phillips)
6ADB(K. Poole) DOJ(Kirchner/Hilmer)
6PCA-I:GButler:816-823-4918:6-23-08 GB/Stichse/Litigation/Final Decision – Excess
Reprocurement Costs

CERTIFIED MAIL – RETURN RECEIPT REQUESTED

JUL - 2 2008

David Leonard, President
AMEC Construction Management, Inc.
2200 Fletcher Ave.
Fort Lee, New Jersey 07025

Re: **Thomas F. Eagleton United States Courthouse, St. Louis, MO**
**Contract No. GS06P95GZC0501 – Phase II (NMO37113) –**
**Recomputation of Final Decision**

Dear Mr. Leonard:

Upon further review of my documents, I discovered additional needed revisions and, therefore, am making revisions in the computation of the costs assessed against AMEC in my final decision dated March 21, 2006, which is currently the subject of litigation in case number 06-867C before the U.S. Court of Federal Claims.

A copy of the spreadsheet with the changed cells identified and the list of the changes with the reasons for such are attached.

My recomputation is as follows:

**Sum of Expenditures to Complete Project:**

1. **Sum of all Phase III contracts** $51,240,152.86

During Phase III, GSA completed AMEC's remaining Phase II contract work. This figure accounts for all costs incurred during Phase III, including excess reprocurement costs and the costs to fix defective work and reprocure missing materials.

2. **Estimated Cost to Repair Curtainwall Mullion** $342,955.06

SUBTOTAL A (sum of Lines 1 and 2) $51,583,107.92

**Of the total Phase III and estimated costs, the following are not charged to AMEC:**

EXHIBIT
Phillips 8
7/23/08

| | | |
|---|---|---|
| 3. | **Cash Recovered Phase III Overpayments from Audits** | ($170,554.42) |
| 4. | **GSA Initiated Changes** | ($6,770,328.04) |
| 5. | **Other**<br>Issues and/or modifications between MDI and subcontractor only | ($403,593.56) |
| | **SUBTOTAL B** (subtotal A minus lines 3-5) | $44,238,631.90 |
| 6. | **MDI Phase II Contract Balance** | ($24,540,463.49) |
| | **SUBTOTAL C** (subtotal B minus line 6) | $19,698,168.41 |
| **The following was assessed for liquidated damages:** | | |
| 7. | **Liquidated Damages (6/1/99-5/17/00)** | $ 1,760,000.00 |
| | **SUBTOTAL D** (sum of Subtotal C and Line 7) | $21,458,168.41 |
| **The following is subtracted:** | | |
| 8. | **MDI Phase II Progress Retainage (FAR 49.406)** | ($ 3,456,906.37) |
| | **SUBTOTAL E** (sum of line 8) | ($ 3,456,906.37) |
| **TOTAL ASSESSED** (subtotal D minus subtotal E) | | **$18,001,262.04** |

Sincerely,

Georgann Butler 7/2/08

Georgann Butler
Contracting Officer
Construction Acquisition Branch I
Project Management Division
Public Buildings Services (6PCA-I)

2 Atchs:
1. Changed Spreadsheet
2. Reasons for Spreadsheet Changes

cc: Seaboard Surety Company (Bond No. 320442-95)
One Tower Square
Hartford, CT 06183

American Home Assurance Company (Bond No. 16-07-23)
70 Pine Street
New York, NY 10270

Steven W. Schoenhaar
St. Paul Fire & Marine Insurance Company
385 Washington St.
St. Paul, MN 55102

James D. Wareham, Esq.
Paul Hastings Janofsky & Walker, LLP
875 15th Street, NW
Washington, DC 20005

Concur/Approved for Legal Sufficiency:

_______________________ Date JULY 2, 2008
Regional Counsel (6L)

Concur:

_______________________ Date 7-2-08
Cy Houston
Director, Project Management Division (6PC)

Concur:

_______________________ Date 7/2/08
for Mary Ruwwe
Assistant Regional Administrator (6P)