# EXHIBIT 2

**From:** Karen A. Poole
**Sent:** Thursday, October 21, 2004 8:44 AM
**To:** Domenique Kirchner <Domenique.Kirchner@usdoj.gov>
**Subject:**

---

Domenique,

John recently sent an email to you with informatio on the total amount of the excess reprocurement costs. It was approximately 10.3. Do you happen to still have that email? I am out of town and so is John Walsh and I need that figure.

Also do you happen to know the value assigned to the summary judgement. I was just curious about that dollar amount.

Thanks!

---

Sent from my BlackBerry Wireless Handheld