# EXHIBIT 4

## (M. Hom Depo. Exh. 10, T. Page Depo. Exh. 5, L. Phillips Depo. Exh. 4, K. Poole Depo. Exh. 2)

GSA

GSA Heartland Region

CERTIFIED MAIL – RETURN RECEIPT REQUESTED

MAY 01 2006

David Leonard, President
AMEC Construction Management, Inc.
1633 Broadway, 24th Floor
New York, New York 10019-6708

Re: Demand for Debt Repayment (Claim No. 6P95501C) under Contract No. GS06P95GZC0501 for the Thomas F. Eagleton U.S. Courthouse, St. Louis, Missouri (NMO37113)

Dear Mr. Leonard:

On September 25, 1995, the above referenced contract was awarded to Morse Diesel International (MDI) for $165,102,792.18 (ACT No. P37348638). On June 16, 1999, MDI was terminated for default (TFD). MDI has since changed its name to AMEC Construction Management, Inc. (AMEC). At the time of the default, modifications had been issued in the amount of $7,817,227.49 bringing the contract total to $172,920,019.67.

As of the date of termination, payments in the amount of $148,379,556.18 had been made to MDI. Retainage in the amount of $5,799,143 had been withheld from MDI in accordance with FAR 52.232-5(e) for lack of progress, and for field observation notices (FONs) that required corrective action.

Upon issuance of the TFD, GSA began contracting with MDI's former subcontractors to complete the work on above referenced contract. Work was substantially complete on May 18, 2000.

EXHIBIT
tabbies
Phillips 4 ID
7/23/08

U.S. General Services Administration
1500 East Bannister Road
Kansas City, MO 64131-3088
www.gsa.gov

GSA's first debt repayment demand (Claim No. 6P95501A) was issued on October 31, 2000 in the amount of $1,760,000 for liquidated damages from June 1, 1999 through May 17, 2000. GSA's second debt repayment demand (Claim No. 6P95501B) was issued on June 21, 2001 in the amount of $1,534,968.34 for increased manpower of Helmuth Obata and Kassabaum, the Architect-Engineer (A-E), and Jacobs Facilities, Inc. (f.k.a. CRSS) the Construction Manager (CM). This is GSA's third debt repayment demand (Claim No. 6P95501C) for the following items totaling $28,496,731.05:

| | | |
|---|---|---|
| 1. | Excess costs to complete Phase II work | $18,030,374.59 |
| 2. | Corrective work from June1999 through October 2000 | $ 5,575,977.98 |
| 3. | Damages caused by FTU hose failure | $ 468,654.97 |
| 4. | Corrective work after October 2000 | $ 580,049.29 |
| 5. | Curtainwall repairs | $ 432,520.16 |
| 6. | Removal of trash and debris and repair of the new plaza site | $ 115,541.00 |
| 7. | Clean and seal exterior precast | $ 729,159.00 |
| 8. | Testing and balance of HVAC system | $ 1,391,954.00 |
| 9. | Fire safety issues | $ 632,076.00 |
| 10. | Elevator repairs | $ 199,469.00 |
| 11. | Estimate of repairs to curtainwall members damaged in storage | $ 342,955.06 |
| | FINAL DECISION CORRECTED AMOUNT | $30,031,699.39 |

The Government hereby demands payment in the amount of $28,496,723.05. Full payment must be remitted within thirty (30) days from the date of this demand to the following address:

General Services Administration
PBS Accounts Receivable and Financial Analysis
Division (7BCA), 192X Claim
P.O. Box 845023
Dallas, TX 75284-5023

Payment must be made by certified check or bank check, payable to the "General Services Administration" with a reference to Claim No. 6P95501C. A copy of this letter should accompany your check. A copy of the check should also be forwarded to my attention.

Any amounts not paid within 30 days from the date of the demand letter will bear interest from the date of this demand letter. The interest rate shall be the rate established by the Secretary of the Treasury, for the period affected, under Public Law 92-41.

The Government hereby reserves all rights and remedies provided by law or by contract, including but not limited to the charging of applicable administration expenses, penalties and debt collection costs.

The amount of this demand is for the total amount of the eleven (11) items listed above only. The Government hereby reserves the right to demand such costs to AMEC/MDI and all other rights and remedies to which it is entitled by law or by contract.

Sincerely,

Georgann Butler

Georgann Butler
Contracting Officer
Construction Acquisition I Branch
Project Management Division
Public Buildings Services (6PCA-I)

cc:

General Services Administration
PBS Accounts Receivable Group (7BCAR)
Attn: Debra Fisher
819 Taylor Street
Ft. Worth, TX 76123

Mr. Steven W. Schoenhaar
St. Paul Fire and Marine
5801 Centennial Way
P.O. Box 1138
Baltimore, MD 21203-1138

Seaboard Surety Company (Bond No. 320442-95)
111 Schilling Road
Hunt Valley, MD 21031

American Home Assurance Company (Bond No. 16-07-23)
70 Pine Street
New York, NY 10270

James D. Wareham, Esq.
Paul Hastings Janofsky & Walker, LLP
875 15th Street, NW
Washington, DC 20005