# EXHIBIT 5

## (M. Hom Depo. Exh. 11, T. Page Depo. Exh. 6, L. Phillips Depo. Exh. 5, K. Poole Depo. Exh. 3)

GSA

GSA Heartland Region

OCT 10 2006 CERTIFIED MAIL – RETURN RECEIPT REQUESTED

David Leonard, President
AMEC Construction Management, Inc.
1633 Broadway, 24th Floor
New York, NY 10019-6708

**Re: Revised Demand for Debt Repayment (GSA Financial Claim No. 6P95501C) under Contract No. GS06P95GZC0501 for the Thomas F. Eagleton U.S. Courthouse, St. Louis, Missouri (Project Control No. NMO37113)**

Dear Mr. Leonard:

On September 25, 1995, the General Services Administration (GSA) awarded the above-referenced contract to Morse Diesel International (MDI) for $165,102,791.18 (ACT No. P37348638).[1] On June 16, 1999, GSA terminated the contract for default (Default). At the time of the Default, the parties had executed modifications in the amount of $7,817,227.49, for a total contract amount of $172,920,019.67. In accordance with FAR 52.232-5(e), GSA had withheld $5,799,143 as retainage for lack of progress and for remedial work described in field observation notices (FONs). As of the date of termination, GSA had paid MDI $148,379,556.18.

After the Default, GSA contracted with MDI's former subcontractors to complete the work on the above referenced contract. Work was substantially complete on May 18, 2000.

As a result of the Default, GSA assessed certain damages against MDI and made demands for payment. GSA's first debt repayment demand (GSA Financial Claim No. 6P95501A) was issued on October 31, 2000, in the amount of $1,760,000 for liquidated damages from June 1, 1999 through May 17, 2000. GSA's second debt repayment demand (GSA Financial Claim No. 6P95501B) was issued on June 21, 2001, in the amount of $1,534,968.34 for increased manpower of Helmuth Obata and Kassabaum, the Architect-Engineer (A-E), and Jacobs Facilities, Inc. (f.k.a. CRSS), the Construction Manager (CM).

By this letter, GSA is hereby issuing a third demand for repayment of debt in the amount of $28,496,731.05 (GSA Financial Claim No. 6P95501C), which was the subject of a contracting officer's final decision dated March 21, 2006. This third debt is broken down as follows:

[1] MDI has since changed its name to AMEC Construction Management, Inc. (AMEC).

U.S. General Services Administration
1500 East Bannister Road
Kansas City, MO 64131-3088
www.gsa.gov

EXHIBIT
Phillips 5
7/23/08

| | | |
|---|---|---|
| 1. | Excess costs to complete Phase II work | $18,030,374.59 |
| 2. | Corrective work from June 1999 through October 2000 | $ 5,575,977.98 |
| 3. | Damages caused by FTU hose failure | $ 466,654.97 |
| 4. | Corrective work after October 2000 | $ 580,049.29 |
| 5. | Curtainwall repairs | $ 432,520.16 |
| 6. | Removal of trash and debris and repair of the new plaza site | $ 115,541.00 |
| 7. | Clean and seal exterior precast | $ 729,159.00 |
| 8. | Testing and balance of HVAC system | $ 1,391,954.00 |
| 9. | Fire safety issues | $ 632,076.00 |
| 10. | Elevator repairs | $ 199,469.00 |
| 11. | Estimate of repairs to curtainwall members damaged in storage | $ 342,955.06 |
| | Demand Amount | $ 28,496,731.05 |

Full payment must be remitted within thirty (30) days from the date of this revised demand to the following address:

General Services Administration
PBS Accounts Receivable and Financial Analysis
Division (7BCA), 192X Claim
P.O. Box 845023
Dallas, TX 75284-5023

Payment must be made by certified check or bank check, payable to the "General Services Administration" with a reference to GSA Financial Claim No. 6P95501C. A copy of this letter should accompany your check. A copy of the check should also be forwarded to my attention.

Any amounts not paid within 30 days from the date of the demand letter will bear interest from the date of this revised demand letter. The interest rate shall be the rate established by the Secretary of the Treasury, for the period affected, under Public Law 92-41.

If the debts represented by all three demand letters (6P95501A, 6P95501B, 6P95501C) are not paid within 30 days of this notice, GSA intends to collect the debt through administrative and tax refund offsets.

Upon request and reasonable notice, the GSA will provide you with an opportunity to inspect and copy the records relevant to the debt.

If you believe that any of the debts are not past due or are not legally enforceable, please present any evidence you have to this office and GSA will review it and determine its merits.

If you are unable to repay the debt in a lump sum payment, please contact this office to enter into a written repayment agreement with GSA.

The Government hereby reserves all rights and remedies provided by law or by contract, including but not limited to the charging of applicable administration expenses, penalties and debt collection costs.

The amount of this demand is for the total amount of the eleven (11) items listed above only. The Government hereby reserves the right to demand such costs to AMEC/MDI and all other rights and remedies to which it is entitled by law or by contract.

Sincerely,

Georgann Butler

Georgann Butler
Contracting Officer
Construction Acquisition I Branch
Project Management Division
Public Buildings Service (6PCA-I)

cc: General Services Administration
PBS Accounts Receivable Group (7BCAR)
Attn: Debra Fisher
819 Taylor Street
Ft. Worth, TX 76123

Seaboard Surety Company (Bond No. 320442-95)
111 Schilling Road
Hunt Valley, MD 21031

American Home Assurance Company (Bond No. 16-07-23)
70 Pine Street
New York, NY 10270

Mr. Steven W. Schoenhaar
St. Paul Fire & Marine
5801 Centennial Way
P.O. Box 1138
Baltimore, MD 21203-1138

James D. Wareham, Esq.
Paul Hastings Janofsky & Walker, LLP
875 15th Street, NW
Washington, DC 20005