# EXHIBIT 7

## (M. Hom Depo. Exh. 12, T. Page Depo. Exh. 7, L. Phillips Depo. Exh. 7, K. Poole Depo. Exh. 4)

GSA

GSA Heartland Region

CERTIFIED MAIL – RETURN RECEIPT REQUESTED

AUG 9 2007

David Leonard, President
AMEC Construction Management, Inc.
2200 Fletcher Ave.
Fort Lee, New Jersey 07025

**Re: Thomas F. Eagleton United States Courthouse, St. Louis, MO**
**Contract No. GS06P95GZC0501 – Phase II (NMO37113) –**
**Recomputation of Final Decision**

Dear Mr. Leonard:

As per my April 24, 2007 letter regarding this subject, I am correcting errors in the computation of the costs assessed against AMEC in my final decision dated March 21, 2006, which is currently the subject of litigation in case number 06-867C before the U.S. Court of Federal Claims.

Under my recomputation, the costs assessed to AMEC are based on FAR 52.249-10 – Default (Fixed Price Construction) APR 1984), FAR 52.246-12 – Inspection of Construction (JUL 1986), and FAR 52.212-5 – Liquidated Damages – Construction (APR 1984) which, respectively, authorize the Government to assess excess reprocurement costs, backcharge the contractor for the costs to repair defective work, and assess liquidated damages.

My recomputation is as follows:

**Sum of Expenditures to Complete Project:**

1. **Sum of all Phase III contracts** $50,861,540.09

   During Phase III, GSA completed AMEC's remaining Phase II contract work. This figure accounts for all costs incurred during Phase III, including excess reprocurement costs and the costs to fix defective work and reprocure missing materials.

2. **Estimated Cost to Repair Curtainwall Mullion** $342,955.06

   **SUBTOTAL A** (sum of Lines 1 and 2) $51,204,495.15

**Of the total Phase III and estimated costs, the following are not charged to AMEC:**

3. **Cash Recovered Phase III Overpayments from Audits** ($104,924.60)

U.S. General Services Administration
1500 East Bannister Road
Kansas City, MO 64131-3088
www.gsa.gov

EXHIBIT
Phillips 7
1/23/08

| | | |
|---|---|---|
| 4. | **GSA Initiated Changes** | ($7,371,897.10) |
| 5. | **Other** | ($146,592.56) |
| | Issues and/or modifications between MDI and subcontractor only | |
| | **SUBTOTAL B** (subtotal A minus lines 3-5) | $43,581,080.89 |
| 6. | **MDI Phase II Contract Balance** | ($24,540,463.49) |
| | **SUBTOTAL C** (subtotal B minus line 6) | $19,040,617.40 |
| **The following was assessed for liquidated damages:** | | |
| 7. | **Liquidated Damages (6/1/99-5/17/00)** | $ 1,760,000.00 |
| | **SUBTOTAL D** (sum of Subtotal C and Line 7) | $20,800,617.40 |
| **The following is subtracted:** | | |
| 8. | **MDI Phase II Progress Retainage (FAR 49.406)** | ($ 3,456,906.37) |
| | **SUBTOTAL E** (sum of line 8) | ($ 3,456,906.37) |
| **TOTAL ASSESSED** (subtotal D minus subtotal E) | | **$17,343,711.03** |

Sincerely,

Georgann Butler 8/9/07

Georgann Butler
Contracting Officer
Construction Acquisition Branch I
Project Management Division
Public Buildings Services (6PCA-I)

cc: Seaboard Surety Company (Bond No. 320442-95)
One Tower Square
Hartford, CT 06183

American Home Assurance Company (Bond No. 16-07-23)
70 Pine Street
New York, NJ 10270

Steven W. Schoenhaar
St. Paul Fire & Marine Insurance Company
385 Washington St.
St. Paul, MN 55102

James D. Wareham, Esq.
Paul Hastings Janofsky & Walker, LLP
875 15th Street, NW
Washington, DC 20005