# EXHIBIT 10

## (M. Hom Depo. Exh. 17, L. Phillips Depo. Exh. 27)

**From:** georgann.butler@gsa.gov
**Sent:** Friday, April 20, 2007 2:42 PM
**To:** Haddock, Roger <roger.haddock@jacobs.com>; mhom@aalrr.com; brent.daubach@royals.com; r2herron@sbcglobal.net; Gummere, Christopher <chris.gummere@jacobs.com>; Page, Terry <terry.page@jacobs.com>
**Cc:** linda.phillips@gsa.gov; karen.poole@gsa.gov; domenique.kirchner@usdoj.gov; catherine.crow@gsa.gov
**Subject:** My Notes from Eagleton Meeting
**Attach:** 4-18 thru 19-07 DOJ Mtg Notes.doc

---

Please let me know if I have captured anything in error.

Georgann Butler
Chief, Construction Acquisition Branch I
GSA (6PCA-I)
Phone: 816-823-4918
Fax: 816-823-5931
email: georgann.butler@gsa.gov
Restorative/Consistency/Harmony/Learner/Focus



EXHIBIT
Hom 17
6/25/08