# EXHIBIT 11

## (L. Phillips Depo. Exh. 26)

**From:** georgann.butler@gsa.gov
**Sent:** Tuesday, February 20, 2007 3:10 PM
**To:** Haddock, Roger <roger.haddock@jacobs.com>
**Cc:** karen.poole@gsa.gov; linda.phillips@gsa.gov; johnf.walsh@gsa.gov; catherine.crow@gsa.gov; domenique.kirchner@usdoj.gov
**Subject:** MDI Reprocurement Claim

---

Hi Roger! I understand you were contacted about the judge's findings regarding MDI's claims.

But no time to celebrate as Domenique (DOJ) wants as all to become very familiar with what we have listed for reprocurement costs as there is a "very good" chance we and others (such as Chris Gummere, Brent Daubach - and I need to know how/who to contact for Brent, etc.) will be asked to give depositions regarding this subject. Therefore, in order to be prepared, Catherine Crow (works with Dalton Phillips/Chip Morris) wants to meet with all of us at once, if possible, to go over our supporting documents.

I think Terry Page and Chris Gummere worked on documentation for reprocurement claim items 1-6 and Chris Gummere and Brent Daubach worked on items 7-11. Based on Catherine's request, I need to know what dates in March/April 2007 would work for you and your group. We can meet in St. Louis if it works better for you. Let me know.

Please let me know when, who and where works for you.

Georgann Butler
Chief, Construction Acquisition Branch I
GSA (6PCA-I)
Phone: 816-823-4918
Fax: 816-823-5931
email: georgann.butler@gsa.gov
Restorative/Consistency/Harmony/Learner/Focus

EXHIBIT
Phillips 26
7/23/08