# EXHIBIT 12

## (Hom Depo. Exh. 16)

**Martin A. Hom**

**From:** karen.poole@gsa.gov
**Sent:** Friday, April 20, 2007 9:49 AM
**To:** Brent Daubach; PageT@pasadenaisd.org; Martin A. Hom
**Cc:** Georgann.Butler@GSA.gov; Domenique.Kirchner@usdoj.gov; catherine.crow@gsa.gov; Kris.Hundsdorfer@gsa.gov; Chris.Gummere@jacobs.com; bob.herron
**Subject:** Items of Possible Interest for Excess Reprocurement Costs/PTIs Analysis for St. Louis Courthouse

FTU Final List GSA.xls (106 KB... | FTUleaks.xls (21 KB) | 2002-03-20 Tenant Info for FTU... | pic03187.jpg (24 KB) | Mechanical roblems.xls (21 KB..

All,

Georgann and I thank you for taking the time to attend the meeting with us, Domenique Kirchner and Catherine Crow in St. Louis this week. We appreciate the hard work and effort everyone put in. It was wonderful seeing everyone again.

While in St. Louis, we talked with GSA's Kris Hundsdorfer regarding information she might have on Robert Towell. She did provide us additional information and I gave that information to Domenique for her decision to distribute to the team or not.

After our meeting, Kris provided information on additional topics of interest (FTUs and Air Handlers) that may be relevant to our excess reprocurement costs and Post Termination Issues (PTIs). I am providing those below on behalf of Georgann. These items Kris had forwarded should be considered when detailing the excess reprocurement costs/PTIs. Please ensure you take time review these items in your analysis.

Under separate e-mail, Kris advised of another e-mail she had and would forward. I have attached that e-mail in its contents to the very bottom of this e-mail so you have all information in one place. Kris further advised that as you perform your analysis and find you are needing additional documentation, she may have relevant information in her files as to what work has been performed on the courthouse since its completion. If you provide her with a specific construction related issue, she can research the topic and provide you with the information that she has on file.

Karen Poole
Acting Regional Acquisition Executive
GSA Office of Business & Support Services (6ADB)
Phone: (816) 926-7268
Fax: (816) 823-5935
Karen.Poole@gsa.gov

CREATING A SUCCESSFUL FUTURE AT GSA by living our values everyday and working together to achieve our goals.

Next Small Business K.C. Networking Breakfast: May 1, 2007
7:15 a.m. $12 at the door
Clarion at Sports Complex, I-70 and Blue Ridge Cutoff
Online registration available at: http://r6.gsa.gov/breakfast/

----- Forwarded by Karen A. Poole/6T/R06/GSA/GOV on 04/20/2007 11:22 AM -----

Kris M. Hundsdorfer/6PEC- To

EXHIBIT
Hom 16 ID
6/25/08



AALRR 10268

D/R06/GSA/GOV

04/19/2007 01:08 PM

Karen A. Poole/6T/R06/GSA/GOV@GSA, Georgann Butler/6PC/R06/GSA/GOV@GSA

cc

Subject

Paperwork

I'm sorry I missed you as you left the Eagleton Courthouse today. Below is some more information that you might be interested in receiving concerning the Thomas F. Eagleton Courthouse.

(See attached file: FTU Final List GSA.xls)(See attached file: FTUleaks.xls)(See attached file: 2002-03-20 Tenant Info for FTU Hose Damage.doc)

I found the booklet that included pictures of the cracks in the precast panels but could not locate a soft copy of this information in my computer.

I will also check my archives in email to provide assistance.

Thanks,

(Embedded image moved to file: pic03187.jpg)

---

Here is the second e-mail:

Kris M. Hundsdorfer/6PMC-SS/R06/GSA/GOV
Sent by: Kris M. Hundsdorfer

04/19/2007 01:20 PM

To

Karen A. Poole/6T/R06/GSA/GOV@GSA, Georgann Butler/6PC/R06/GSA/GOV@GSA

cc

Subject

RE: Equipment not Operating (Document link: Karen A. Poole)

Below is another email I located concerning items corrected after occupancy.

Thanks,

Kris

AALRR 10269

"Terry Page"
<terry.page@crssc
.com>

03/22/2001 01:39
PM

Please respond to
terry.page@crssc.
com

To
kris.hundsdorfer@gsa.gov
cc

Subject
RE: Equipment not Operating

See Attached
-----Original Message-----
From: kris.hundsdorfer@gsa.gov [mailto:kris.hundsdorfer@gsa.gov]
Sent: Wednesday, March 21, 2001 5:43 PM
To: Page, Terry
Cc: brian.barnett@gsa.gov; mark.zajac@gsa.gov; richard.magill@gsa.gov
Subject: Equipment not Operating

LB&B has received a $20,000 order to repair/complete the HVAC system. We need to prioritize what work should be accomplished under this order. Any suggestions?
------ Forwarded by Kris M. Hundsdorfer/6P/R06/GSA/GOV on 03/21/2001 05:41 PM -----

"Fred L
Broemmer"
<broemmer@jun
o.com>

03/21/2001
04:48
PM

To: terry.page@jacobs.com
cc: brian.barnett@gsa.gov,
kris.hundsdorfer@gsa.gov, dr2352@msn.com,
pfee@lbbassociates.com
Subject: Equipment not Operating

Terry,

Air Handlers AHU-B1C, D & H are not operable. Their installation has never been completed. Smoke & fire dampers still need to be installed as well as software to make them work. They do not have any JCI control installed. They have never been commissioned. AHU-B1E does not operate properly and shuts down. The exhaust fan for the firing range does not work. It has never been wired up. Please let me know what you want to do about getting these things completed.

Fred

(See attached file: Mechanical problems.xls)

AALRR 10270

THOMAS F. EAGLTON U.S. COURTHOUSE
FAN TERMINAL UNITS

WEEKLY SCHEDULE 1/21/2002

| | ROOM NO. | FTU NO. | NOTES | SCHEDULED REPAIR DATE | ACTUAL REPAIR DATE | INSPECTED BY |
|---|---|---|---|---|---|---|
| 1 | B1.354 | 1B02 | | 1/2/2002 | 1/2/2002 | Ken-Quality |
| 2 | B1.357 | 1B04 | | 1/2/2002 | 1/3/2002 | Ken-Quality |
| 3 | B1.360 | 1B05 | | 12/26/2001 | 1/3/2002 | Ken-Quality |
| 4 | 1M.118 | MD08 | | 12/26/2001 | 12/28/2001 | Ken-Quality |
| 5 | 1M.118 | MD10 | | 12/26/2001 | 12/28/2001 | Ken-Quality |
| 6 | 1M.123 | MD01 | | 12/26/2001 | 12/27/2001 | Ken-Quality |
| 7 | 1M.138 | MD07 | | 1/2/2002 | 12/22/2002 | Ken-Quality |
| 8 | 1M.138 | MD11 | | 12/26/2001 | 12/27/2001 | Ken-Quality |
| 9 | 1M.348 | MD06 | | 12/26/2001 | 12/27/2001 | Ken-Quality |
| 10 | 1M.350 | MD13 | Com Prior to this Contract | 12/26/2001 | 12/26/2001 | Ken-Quality |
| 11 | 1M.353 | MD16 | Com Prior to this Contract | 1/2/2002 | 1/2/2002 | Ken-Quality |
| 12 | 1.126 | 1B12 | No Reheat Coil | 1/8/2002 | 1/7/2001 | Ken-Quality |
| 13 | 1.126 | 1B13 | No Reheat Coil | 1/8/2002 | 1/7/2002 | Ken-Quality |
| 14 | 1.126 | 1F03 | | 12/22/2001 | 12/22/2001 | Ken-Quality |
| 15 | 1.132 | 1B01 | No Reheat Coil | 1/8/2002 | 1/8/2002 | Ken-Quality |
| 16 | 1.132 | 1B05 | | 1/8/2002 | 1/8/2002 | Ken-Quality |
| 17 | 1.159 | 1K02 | | 12/22/2001 | 12/22/2001 | Ken-Quality |
| 18 | 1.162 | 1G02 | | 12/22/2001 | 12/22/2001 | Ken-Quality |
| 19 | 1.168 | 1G05 | | 12/22/2001 | 12/22/2001 | Ken-Quality |
| 20 | 1.169 | 1G06 | | 12/22/2001 | 12/22/2001 | Ken-Quality |
| 21 | 1.185 | 1F01 | | 12/22/2001 | 12/26/2001 | Ken-Quality |
| 22 | 1.3 | MC01 | | 12/22/2001 | 12/22/2001 | Ken-Quality |
| 23 | 1.3 | MC02 | | 12/22/2001 | 12/22/2001 | Ken-Quality |
| 24 | 1.308 | MC03 | | 12/21/2001 | 12/21/2001 | Ken-Quality |
| 25 | 1.308 | MC04 | | 12/21/2001 | 12/22/2001 | Ken-Quality |
| 26 | 1.308 | MC05 | | 12/21/2001 | 12/22/2001 | Ken-Quality |
| 27 | 1.308 | MC06 | | 12/21/2001 | 12/21/2001 | Ken-Quality |
| 28 | 1.308 | MC07 | | 12/21/2001 | 12/21/2001 | Ken-Quality |
| 29 | 1.308 | MC09 | | 12/21/2001 | 12/21/2001 | Ken-Quality |
| 30 | 1.308 | MC10 | | 12/21/2001 | 12/21/2001 | Ken-Quality |
| 31 | 1.31 | MC11 | | 12/26/2001 | 12/22/2001 | Ken-Quality |
| 32 | 1.316 | MC13 | | 12/26/2001 | 12/22/2001 | Ken-Quality |
| 33 | 1.323 | MC14 | | 12/26/2001 | 12/26/2001 | Ken-Quality |
| 34 | 1.401 | 1C12 | Com Prior to this Contract | | 2/22/2002 | Ken-Quality |
| 35 | 1.401 | 1C13 | | 12/26/2001 | 12/26/2001 | Ken-Quality |
| 36 | 1.406 | 1C07 | Hard Connection | | 12/26/2001 | Ken-Quality |
| 37 | 1.406 | 1C08 | Hard Connection | | 12/26/2001 | Ken-Quality |
| 38 | 1.406 | 1C09 | Hard Connection | | 12/26/2001 | Ken-Quality |
| 39 | 1.406 | 1C10 | Hard Connection | | 12/26/2001 | Ken-Quality |
| 40 | 1.406 | 1C11 | Hard Connection | | 12/26/2001 | Ken-Quality |
| 41 | 1.417 | 1C02 | Hard Connection | | 12/26/2001 | Ken-Quality |
| 42 | 1.417 | 1C04 | Hard Connection | | 12/26/2001 | Ken-Quality |
| 43 | 1.417 | 1C05 | Hard Connection | | 12/26/2001 | Ken-Quality |
| 44 | 1.417 | 1C06 | Hard Connection | | 12/26/2001 | Ken-Quality |
| 45 | 1.439 | 1C16 | **LEAKED 2-11-02** | | 2/8/2002 & 2/1 | Ken-Quality |
| 46 | 2.148 | 203 | Not shown on drawing. | 1/8/2002 | 1/11/2002 | Ken-Quality |
| 47 | 2.3 | 218 | | 12/27/2001 | 12/28/2001 | Ken-Quality |
| 48 | 2.3 | 219 | | 12/27/2001 | 12/27/2001 | Ken-Quality |
| 49 | 2.3 | 223 | | 12/27/2001 | 12/28/2001 | Ken-Quality |
| 50 | Marshal Control Rm | 208 | New (Not on List) | 12/27/2001 | 12/27/2001 | Ken-Quality |

AALRR 10271

THOMAS F. EAGLTON U.S. COURTHOUSE
FAN TERMINAL UNITS

WEEKLY SCHEDULE 1/21/2002

| | ROOM NO. | FTU NO. | NOTES | SCHEDULED REPAIR DATE | ACTUAL REPAIR DATE | INSPECTED BY |
|---|---|---|---|---|---|---|
| 51 | 2.302 | 209 | | 12/27/2001 | 12/29/2001 | Ken-Quality |
| 52 | 2.302 | 212 | No Reheat Coil | 1/8/2002 | 12/29/2002 | Ken-Quality |
| 53 | 2.302 | 220 | **UNION LEAKING 2-1-02** | 12/27/2001 | 12/27/2001 | Ken-Quality |
| 54 | 2.302 | 224 | | 1/8/2002 | 12/29/2001 | Ken-Quality |
| 55 | 2.302 | 225 | Hard Connection | | 12/28/2001 | Ken-Quality |
| 56 | 2.307 | 227 | Hard Connection | | 12/28/2001 | Ken-Quality |
| 57 | 2.307 | 249 | Hard Connection | | 12/28/2001 | Ken-Quality |
| 58 | 2.31 | 226 | | 12/27/2001 | 12/28/2001 | Ken-Quality |
| 59 | 2.311 | 228 | | 12/27/2001 | 12/28/2001 | Ken-Quality |
| 60 | 2.312 | 213 | | 12/27/2001 | 12/28/2001 | Ken-Quality |
| 61 | 2.313 | 229 | Hard Connection | | 12/28/2001 | Ken-Quality |
| 62 | 2.313 | 230 | | 12/27/2001 | 12/28/2001 | Ken-Quality |
| 63 | 2.313 | 231 | | 12/27/2001 | 12/27/2001 | Ken-Quality |
| 64 | 2.313 | 233 | | 12/28/2001 | 12/27/2001 | Ken-Quality |
| 65 | 2.313 | 234 | Com Prior to this Contract | 1/2/2002 | 1/2/2002 | Ken-Quality |
| 66 | 2.319 | 232 | New (Not on List) | 12/27/2001 | 12/27/2001 | Ken-Quality |
| 67 | 2.323 | 235 | **ELBOW JOINT LEAK 1-29-02** | 12/28/2001 | 12/26/2001 | Ken-Quality |
| 68 | 2.323 | 236 | | 12/28/2001 | 12/26/2001 | Ken-Quality |
| 69 | 2.325 | 237 | | 12/28/2001 | 12/26/2001 | Ken-Quality |
| 70 | 2.325 | 238 | New (Not on List) | 12/27/2001 | 12/27/2001 | Ken-Quality |
| 71 | 2.331 | 239 | | 12/28/2001 | 12/26/2001 | Ken-Quality |
| 72 | 2.345 | 241 | | 12/28/2001 | 12/28/2001 | Ken-Quality |
| 73 | 2.352 | 248 | New (Not on List) | 12/27/2001 | 12/27/2001 | Ken-Quality |
| 74 | 2.363 | 243 | | 12/28/2001 | 12/28/2001 | Ken-Quality |
| 75 | 2.374 | 246 | | 12/28/2001 | 12/27/2001 | Ken-Quality |
| 76 | 2.377 | 242 | | 12/28/2001 | 12/27/2001 | Ken-Quality |
| 77 | 2.378 | 245 | | 12/28/2001 | 12/26/2001 | Ken-Quality |
| 78 | 2.38 | 244 | | 12/28/2001 | 12/28/2001 | Ken-Quality |
| 79 | 3.124 | 317 | No Reheat Coil | 1/2/2002 | 12/31/2001 | Ken-Quality |
| 80 | 3.134 | 323 | Hard Connection | | 12/31/2001 | Ken-Quality |
| 81 | 3.139 | 326 | Hard Connection | | 12/31/2001 | Ken-Quality |
| 82 | 3.144 | 309 | No Reheat Coil | 1/2/2002 | 12/31/2001 | Ken-Quality |
| 83 | 3.144 | 313 | | 1/2/2002 | 12/31/2001 | Ken-Quality |
| 84 | 3.147 | 301 | No Reheat Coil | 1/2/2002 | 12/31/2001 | Ken-Quality |
| 85 | 3.147 | 310 | No Reheat Coil | 1/2/2002 | 12/31/2001 | Ken-Quality |
| 86 | 3.148 | 308 | No Reheat Coil | 1/2/2002 | 12/31/2001 | Ken-Quality |
| 87 | 3.3 | 351 | | 12/29/2001 | 12/31/2001 | Ken-Quality |
| 88 | 3.3 | 352 | | 12/29/2001 | 12/29/2001 | Ken-Quality |
| 89 | 3.301 | 353 | | 12/29/2001 | 12/31/2001 | Ken-Quality |
| 90 | 3.301 | 354 | | 12/29/2001 | 12/31/2001 | Ken-Quality |
| 91 | 3.301 | 355 | | 12/29/2001 | 12/29/2001 | Ken-Quality |
| 92 | 3.311 | 328 | | 1/3/2002 | 12/31/2001 | Ken-Quality |
| 93 | 3.314 | 331 | | 1/2/2002 | 12/31/2001 | Ken-Quality |
| 94 | 3.315 | 358 | No Reheat Coil | 1/3/2002 | 12/31/2001 | Ken-Quality |
| 95 | 3.316 | 329 | | 1/2/2002 | 12/29/2001 | Ken-Quality |
| 96 | 3.316 | 330 | | 1/2/2002 | 12/31/2001 | Ken-Quality |
| 97 | 3.332 | 342 | | 1/8/2002 | 12/31/2001 | Ken-Quality |
| 98 | 3.336 | 344 | | 1/2/2002 | 12/31/2001 | Ken-Quality |
| 99 | 3.336 | 345 | | 1/2/2002 | 12/31/2001 | Ken-Quality |
| 100 | 4.116 | 401 | No Reheat Coil | 1/3/2002 | 1/2/2002 | Ken-Quality |

AALRR 10272

THOMAS F. EAGLTON U.S. COURTHOUSE
FAN TERMINAL UNITS

WEEKLY SCHEDULE 1/21/2002

| | ROOM NO. | FTU NO. | NOTES | SCHEDULED REPAIR DATE | ACTUAL REPAIR DATE | INSPECTED BY |
|---|---|---|---|---|---|---|
| 101 | 4.309 | 426 | | 1/3/2002 | 1/2/2002 | Ken-Quality |
| 102 | 4.31 | 425 | No Reheat Coil | 1/3/2002 | 1/2/2002 | Ken-Quality |
| 103 | 4.313 | 428 | | 1/3/2002 | 1/2/2002 | Ken-Quality |
| 104 | 4.318 | 431 | | 1/3/2002 | 1/2/2002 | Ken-Quality |
| 105 | 4.319 | 427 | | 1/3/2002 | 12/31/2001 | Ken-Quality |
| 106 | 4.324 | 440 | No Reheat Coil | 1/3/2002 | 1/2/2002 | Ken-Quality |
| 107 | 4.335 | 432 | | 1/3/2002 | 1/2/2002 | Ken-Quality |
| 108 | 4.335 | 433 | | 1/3/2002 | 1/2/2002 | Ken-Quality |
| 109 | 4.344 | 437 | | 1/3/2002 | 1/2/2002 | Ken-Quality |
| 110 | 4.346 | 436 | | 1/3/2002 | 1/2/2002 | Ken-Quality |
| 111 | 4.352 | 405 | | 1/3/2002 | 12/29/2001 | Ken-Quality |
| 112 | 4.359 | 411 | | 1/3/2002 | 1/2/2002 | Ken-Quality |
| 113 | 4.36 | 409 | | 1/3/2002 | 12/29/2001 | Ken-Quality |
| 114 | 4.364 | 408 | | 1/3/2002 | 12/29/2001 | Ken-Quality |
| 115 | 4.366 | 412 | | 1/3/2002 | 12/29/2001 | Ken-Quality |
| 116 | 4.366 | 414 | | 1/3/2002 | 12/28/2001 | Ken-Quality |
| 117 | 4.368 | 418 | | 1/3/2002 | 12/29/2001 | Ken-Quality |
| 118 | 4.374 | 420 | | 1/3/2002 | 12/29/2001 | Ken-Quality |
| 119 | 4.378 | 416 | | 1/3/2002 | 12/31/2001 | Ken-Quality |
| 120 | 4.379 | 417 | | 1/3/2002 | 12/29/2001 | Ken-Quality |
| 121 | 4.387 | 421 | | 1/3/2002 | 12/29/2001 | Ken-Quality |
| 122 | 4.389 | 439 | | 1/4/2002 | 1/2/2002 | Ken-Quality |
| 123 | 4.39 | 422 | | 1/4/2002 | 1/2/2002 | Ken-Quality |
| 124 | 4.393 | 424 | | 1/4/2002 | 1/2/2002 | Ken-Quality |
| 125 | 5.105 | 510 | | 1/4/2002 | 1/2/2002 | Ken-Quality |
| 126 | 5.116 | 506 | | 1/4/2002 | 1/3/2002 | Ken-Quality |
| 127 | 5.131 | 513 | | 1/4/2002 | 1/3/2002 | Ken-Quality |
| 128 | 5.132 | 515 | | 1/4/2002 | 1/2/2002 | Ken-Quality |
| 129 | 5.133 | 518 | | 1/4/2002 | 1/2/2002 | Ken-Quality |
| 130 | 5.141 | 517 | | 1/4/2002 | 1/3/2002 | Ken-Quality |
| 131 | 5.144 | 529 | | 1/4/2002 | 1/3/2002 | Ken-Quality |
| 132 | 5.145 | 512 | | 1/4/2002 | 1/3/2002 | Ken-Quality |
| 133 | 5.145 | 514 | | 1/4/2002 | 1/3/2002 | Ken-Quality |
| 134 | 5.154 | 526 | | 1/4/2002 | 1/3/2002 | Ken-Quality |
| 135 | 5.157 | 525 | | 1/4/2002 | 1/3/2002 | Ken-Quality |
| 136 | 5.159 | 508 | | 1/4/2002 | 1/3/2002 | Ken-Quality |
| 137 | 5.159 | 509 | | 1/4/2002 | 1/3/2002 | Ken-Quality |
| 138 | 5.159 | 535 | | 1/5/2002 | 1/3/2002 | Ken-Quality |
| 139 | 5.163 | 523 | | 1/5/2002 | 1/3/2002 | Ken-Quality |
| 140 | 5.163 | 536 | | 1/5/2002 | 1/2/2002 | Ken-Quality |
| 141 | 5.301 | 541 | | 1/5/2002 | 1/2/2002 | Ken-Quality |
| 142 | 5.308 | 542 | | 1/5/2002 | 1/2/2002 | Ken-Quality |
| 143 | 6.118 | 601 | No Reheat Coil | 1/5/2002 | 1/4/2002 | Ken-Quality |
| 144 | 6.301 | 603 | | 1/5/2002 | 1/4/2002 | Ken-Quality |
| 145 | 6.308 | 604 | | 1/5/2002 | 1/4/2002 | Ken-Quality |
| 146 | 6.315 | 605 | | 1/5/2002 | 1/4/2002 | Ken-Quality |
| 147 | 6.322 | 606 | | 1/5/2002 | 1/4/2002 | Ken-Quality |
| 148 | 6.322 | 607 | | 1/5/2002 | 1/4/2002 | Ken-Quality |
| 149 | 6.326 | 608 | | 1/5/2002 | 1/4/2002 | Ken-Quality |
| 150 | 6.333 | 610 | | 1/5/2002 | 1/4/2002 | Ken-Quality |

THOMAS F. EAGLTON U.S. COURTHOUSE
FAN TERMINAL UNITS

WEEKLY SCHEDULE 1/21/2002

| | ROOM NO. | FTU NO. | NOTES | SCHEDULED REPAIR DATE | ACTUAL REPAIR DATE | INSPECTED BY |
|---|---|---|---|---|---|---|
| 151 | 6.341 | 611 | | 1/5/2002 | 1/4/2002 | Ken-Quality |
| 152 | 6.347 | 613 | | 1/5/2002 | 1/4/2002 | Ken-Quality |
| 153 | 6.359 | 616 | | 1/5/2002 | 1/4/2002 | Ken-Quality |
| 154 | 7.122 | 722 | | 1/8/2002 | 1/4/2002 | Ken-Quality |
| 155 | 7.127 | 738 | | 1/7/2002 | 1/4/2002 | Ken-Quality |
| 156 | 7.131 | 703 | | 1/7/2002 | 1/4/2002 | Ken-Quality |
| 157 | 7.131 | 707 | | 1/7/2002 | 1/4/2002 | Ken-Quality |
| 158 | 7.139 | 710 | | 1/7/2002 | 1/5/2002 | Ken-Quality |
| 159 | 7.141 | 711 | | 1/7/2002 | 1/5/2002 | Ken-Quality |
| 160 | 7.141 | 713 | | 1/7/2002 | 1/5/2002 | Ken-Quality |
| 161 | 7.146 | 715 | | 1/7/2002 | 1/5/2002 | Ken-Quality |
| 162 | 7.147 | 718 | | 1/7/2002 | 1/5/2002 | Ken-Quality |
| 163 | 7.149 | 716 | | 1/7/2002 | 1/5/2002 | Ken-Quality |
| 164 | 7.151 | 728 | No Reheat Coil | 1/7/2002 | 1/5/2002 | Ken-Quality |
| 165 | 7.153 | 731 | Com Prior to this Contract | 1/7/2002 | 1/7/2002 | Ken-Quality |
| 166 | 7.155 | 717 | | 1/7/2002 | 1/5/2002 | Ken-Quality |
| 167 | 7.156 | 730 | | 1/7/2002 | 1/5/2002 | Ken-Quality |
| 168 | 7.162 | 714 | | 1/7/2002 | 1/5/2002 | Ken-Quality |
| 169 | 7.164 | 729 | | 1/7/2002 | 1/5/2002 | Ken-Quality |
| 170 | 7.167 | 734 | | 1/7/2002 | 1/5/2002 | Ken-Quality |
| 171 | 7.167 | 737 | | 1/8/2002 | 1/5/2002 | Ken-Quality |
| 172 | 7.17 | 733 | | 1/8/2002 | 1/5/2002 | Ken-Quality |
| 173 | 7.17 | 735 | | 1/8/2002 | 1/5/2002 | Ken-Quality |
| 174 | 7.172 | 736 | | 1/8/2002 | 1/4/2002 | Ken-Quality |
| 175 | 7.172 | 708 | | 1/8/2002 | 1/4/2002 | Ken-Quality |
| 176 | 9.125 | 935 | | 1/7/2002 | 1/7/2002 | Ken-Quality |
| 177 | 9.127 | 907 | Origionally #903 on list | 1/7/2002 | 1/7/2002 | Ken-Quality |
| 178 | 9.129 | 904 | | 1/7/2002 | 1/7/2002 | Ken-Quality |
| 179 | 9.136 | 902 | | 1/7/2002 | 1/7/2002 | Ken-Quality |
| 180 | 9.142 | 911 | | 1/7/2002 | 1/7/2002 | Ken-Quality |
| 181 | 9.142 | 913 | | 1/7/2002 | 1/7/2002 | Ken-Quality |
| 182 | 9.143 | 908 | | 1/7/2002 | 1/7/2002 | Ken-Quality |
| 183 | 9.148 | 916 | | 1/7/2002 | 1/7/2002 | Ken-Quality |
| 184 | 9.154 | 928 | | 1/7/2002 | 1/7/2002 | Ken-Quality |
| 185 | 9.157 | 910 | | 1/7/2002 | 1/7/2002 | Ken-Quality |
| 186 | 9.157 | 912 | | 1/7/2002 | 1/7/2002 | Ken-Quality |
| 187 | 9.157 | 934 | | 1/7/2002 | 1/7/2002 | Ken-Quality |
| 188 | 9.166 | 914 | | 1/7/2002 | 1/7/2002 | Ken-Quality |
| 189 | 9.168 | 930 | | 1/7/2002 | 1/7/2002 | Ken-Quality |
| 190 | 9.168 | 932 | | 1/7/2002 | 1/7/2002 | Ken-Quality |
| 191 | 9.171 | 929 | | 1/7/2002 | 1/7/2002 | Ken-Quality |
| 192 | 9.173 | 901 | Origionally #906 on list | 1/7/2002 | 1/8/2002 | Ken-Quality |
| 193 | 9.173 | 931 | | 1/7/2002 | 1/8/2002 | Ken-Quality |
| 194 | 10.136 | 1025 | | 1/8/2002 | 1/8/2002 | Ken-Quality |
| 195 | 10.137 | 1026 | | 1/8/2002 | 1/9/2002 | Ken-Quality |
| 196 | 10.155 | 1002 | | 1/8/2002 | 1/10/2002 | Ken-Quality |
| 197 | 10.161 | 1006 | | 1/8/2002 | 1/8/2002 | Ken-Quality |
| 198 | 10.161 | 1001 | | 1/9/2002 | 1/8/2002 | Ken-Quality |
| 199 | 10.163 | 1009 | | 1/9/2002 | 1/8/2002 | Ken-Quality |
| 200 | 10.163 | 1003 | | 1/9/2002 | 1/8/2002 | Ken-Quality |

THOMAS F. EAGLTON U.S. COURTHOUSE
FAN TERMINAL UNITS

WEEKLY SCHEDULE 1/21/2002

| | ROOM NO. | FTU NO. | NOTES | SCHEDULED REPAIR DATE | ACTUAL REPAIR DATE | INSPECTED BY |
|---|---|---|---|---|---|---|
| 201 | 10.164 | 1007 | | 1/9/2002 | 1/8/2002 | Ken-Quality |
| 202 | 10.166 | 1030 | | 1/9/2002 | 1/10/2002 | Ken-Quality |
| 203 | 10.167 | 1050 | | 1/9/2002 | 1/9/2002 | Ken-Quality |
| 204 | 10.167 | 1035 | | 1/9/2002 | 1/9/2002 | Ken-Quality |
| 205 | 10.167 | 1038 | | 1/9/2002 | 1/9/2002 | Ken-Quality |
| 206 | 10.17 | 1010 | | 1/9/2002 | 1/9/2002 | Ken-Quality |
| 207 | 10.175 | 1036 | | 1/9/2002 | 1/10/2002 | Ken-Quality |
| 208 | 10.175 | 1037 | | 1/9/2002 | 1/9/2002 | Ken-Quality |
| 209 | 10.182 | 1032 | | 1/9/2002 | 1/8/2002 | Ken-Quality |
| 210 | 10.186 | 1015 | | 1/9/2002 | 1/8/2002 | Ken-Quality |
| 211 | 10.186 | 1033 | | 1/9/2002 | 1/8/2002 | Ken-Quality |
| 212 | 11.117 | 1139 | | 1/9/2002 | 1/10/2002 | Ken-Quality |
| 213 | 11.164 | 1162 | Hard Connection | 1/10/2002 | 1/10/2002 | Ken-Quality |
| 214 | 11.307 | 1142 | | 1/10/2002 | 1/9/2002 | Ken-Quality |
| 215 | 11.317 | 1144 | | 1/10/2002 | 1/9/2002 | Ken-Quality |
| 216 | 11.318 | 1145 | Repaired under this contract | 1/10/2002 | 1/9/2002 | Ken-Quality |
| 217 | 11.321 | 1146 | | 1/10/2002 | 1/9/2002 | Ken-Quality |
| 218 | 11.324 | 1147 | | 1/10/2002 | 1/9/2002 | Ken-Quality |
| 219 | 11.324 | 1148 | | 1/10/2002 | 1/9/2002 | Ken-Quality |
| 220 | 11.324 | 1149 | | 1/10/2002 | 1/9/2002 | Ken-Quality |
| 221 | 11.324 | 1150 | | 1/10/2002 | 1/9/2002 | Ken-Quality |
| 222 | 11.324 | 1151 | | 1/10/2002 | 1/9/2002 | Ken-Quality |
| 223 | 11.339 | 1153 | | 1/10/2002 | 1/9/2002 | Ken-Quality |
| 224 | 11.369 | 1158 | | 1/10/2002 | 1/9/2002 | Ken-Quality |
| 225 | 12.111 | 1224 | | 1/10/2002 | 1/10/2002 | Ken-Quality |
| 226 | 12.139 | 1241 | | 1/10/2002 | 1/10/2002 | Ken-Quality |
| 227 | 12.148 | 1213 | | 1/10/2002 | 1/10/2002 | Ken-Quality |
| 228 | 12.148 | 1214 | | 1/10/2002 | 1/10/2002 | Ken-Quality |
| 229 | 12.151 | 1212 | | 1/11/2002 | 1/10/2002 | Ken-Quality |
| 230 | 12.155 | 1202 | | 1/11/2002 | 1/11/2002 | Ken-Quality |
| 231 | 12.155 | 1204 | | 1/11/2002 | 1/11/2002 | Ken-Quality |
| 232 | 12.161 | 1201 | No Reheat Coil | 1/11/2002 | 1/11/2002 | Ken-Quality |
| 233 | 12.161 | 1206 | | 1/11/2002 | 1/11/2002 | Ken-Quality |
| 234 | 12.163 | 1203 | | 1/11/2002 | 1/11/2002 | Ken-Quality |
| 235 | 12.164 | 1209 | | 1/11/2002 | 1/11/2002 | Ken-Quality |
| 236 | 12.165 | 1215 | | 1/11/2002 | 1/10/2002 | Ken-Quality |
| 237 | 12.166 | 1230 | | 1/11/2002 | 1/10/2002 | Ken-Quality |
| 238 | 12.167 | 1235 | | 1/11/2002 | 1/11/2002 | Ken-Quality |
| 239 | 12.167 | 1238 | | 1/11/2002 | 1/10/2002 | Ken-Quality |
| 240 | 12.167 | 1250 | | 1/11/2002 | 1/11/2002 | Ken-Quality |
| 241 | 12.178 | 1232 | | 1/11/2002 | 1/10/2002 | Ken-Quality |
| 242 | 12.178 | 1217 | | 1/11/2002 | 1/10/2002 | Ken-Quality |
| 243 | Hall @ North Court | 1236 | | 1/11/2002 | 1/11/2002 | Ken-Quality |
| 244 | Hall @ North Court | 1237 | | 1/11/2002 | 1/11/2002 | Ken-Quality |
| 245 | 12th floor | 1218 | New (Not on List) | | 1/10/2002 | Ken-Quality |
| 246 | 12th floor | 1216 | New (Not on List) | | 1/10/2002 | Ken-Quality |
| 247 | Hall - Level 13 | 1338 | | 1/12/2002 | 1/17/2002 | Ken-Quality |
| 248 | 13.128 | 1324 | | 1/12/2002 | 1/14/2002 | Ken-Quality |
| 249 | 13.138 | 1301 | | 1/12/2002 | 1/14/2002 | Ken-Quality |
| 250 | 13.14 | 1307 | | 1/12/2002 | 1/14/2002 | Ken-Quality |

THOMAS F. EAGLTON U.S. COURTHOUSE
FAN TERMINAL UNITS

WEEKLY SCHEDULE 1/21/2002

| | ROOM NO. | FTU NO. | NOTES | SCHEDULED REPAIR DATE | ACTUAL REPAIR DATE | INSPECTED BY |
|---|---|---|---|---|---|---|
| 251 | 13.162 | 1318 | | 1/12/2002 | 1/12/2002 | Ken-Quality |
| 252 | 13.163 | 1328 | | 1/12/2002 | 1/14/2002 | Ken-Quality |
| 253 | 13.17 | 1317 | | 1/12/2002 | 1/12/2002 | Ken-Quality |
| 254 | 13.172 | 1329 | | 1/12/2002 | 1/12/2002 | Ken-Quality |
| 255 | 13.176 | 1312 | | 1/12/2002 | 1/12/2002 | Ken-Quality |
| 256 | 13.177 | 1330 | | 1/12/2002 | 1/12/2002 | Ken-Quality |
| 257 | 13.19 | 1308 | | 1/12/2002 | 1/14/2002 | Ken-Quality |
| 258 | 13.19 | 1309 | | 1/12/2002 | 1/14/2002 | Ken-Quality |
| 259 | 13.19 | 1336 | | 1/12/2002 | 1/14/2002 | Ken-Quality |
| 260 | 13.3 | 1333 | | 1/12/2002 | 1/14/2002 | Ken-Quality |
| 261 | 14.117 | 1424 | | 1/12/2002 | 1/11/2002 | Ken-Quality |
| 262 | 14.139 | 1441 | | 1/12/2002 | 1/11/2002 | Ken-Quality |
| 263 | 14.152 | 1412 | | 1/14/2002 | 1/12/2002 | Ken-Quality |
| 264 | 14.153 | 1413 | | 1/14/2002 | 1/12/2002 | Ken-Quality |
| 265 | 14.153 | 1414 | | 1/14/2002 | 1/12/2002 | Ken-Quality |
| 266 | 14.153 | 1418 | | 1/14/2002 | 1/12/2002 | Ken-Quality |
| 267 | 14.158 | 1401 | | 1/14/2002 | 1/11/2002 | Ken-Quality |
| 268 | 14.162 | 1409 | | 1/14/2002 | 1/12/2002 | Ken-Quality |
| 269 | 14.166 | 1430 | | 1/14/2002 | 1/16/2002 | Ken-Quality |
| 270 | 14.167 | 1435 | | 1/14/2002 | 1/15/2002 | Ken-Quality |
| 271 | 14.167 | 1438 | | 1/14/2002 | 1/12/2002 | Ken-Quality |
| 272 | 14.17 | 1410 | | 1/14/2002 | 1/15/2002 | Ken-Quality |
| 273 | 14.17 | 1411 | | 1/14/2002 | 1/15/2002 | Ken-Quality |
| 274 | 14.175 | 1437 | | 1/14/2002 | 1/12/2002 | Ken-Quality |
| 275 | 14.175 | 1436 | | 1/14/2002 | 1/15/2002 | Ken-Quality |
| 276 | 14.182 | 1432 | | 1/14/2002 | 1/11/2002 | Ken-Quality |
| 277 | 14.186 | 1433 | | 1/14/2002 | 1/11/2002 | Ken-Quality |
| 278 | 14.186 | 1415 | | 1/14/2002 | 1/12/2002 | Ken-Quality |
| 279 | 15.11 | 1523 | | 1/15/2002 | 1/14/2002 | Ken-Quality |
| 280 | 15.138 | 1501 | | 1/15/2002 | 1/15/2002 | Ken-Quality |
| 281 | 15.138 | 1506 | | 1/15/2002 | 1/15/2002 | Ken-Quality |
| 282 | 15.14 | 1503 | | 1/15/2002 | 1/15/2002 | Ken-Quality |
| 283 | 15.147 | 1504 | | 1/15/2002 | 1/15/2002 | Ken-Quality |
| 284 | 15.147 | 1502 | | 1/15/2002 | 1/15/2002 | Ken-Quality |
| 285 | 15.153 | 1511 | | 1/15/2002 | 1/14/2002 | Ken-Quality |
| 286 | 15.154 | 1510 | | 1/15/2002 | 1/14/2002 | Ken-Quality |
| 287 | 15.163 | 1528 | | 1/15/2002 | 1/15/2002 | Ken-Quality |
| 288 | 15.175 | 1514 | | 1/15/2002 | 1/12/2002 | Ken-Quality |
| 289 | 15.176 | 1512 | | 1/15/2002 | 1/12/2002 | Ken-Quality |
| 290 | 15.177 | 1530 | | 1/15/2002 | 1/12/2002 | Ken-Quality |
| 291 | 15.188 | 1533 | | 1/15/2002 | 1/14/2002 | Ken-Quality |
| 292 | 15.19 | 1509 | | 1/15/2002 | 1/15/2002 | Ken-Quality |
| 293 | 15.19 | 1536 | | 1/15/2002 | 1/15/2002 | Ken-Quality |
| 294 | 15.19 | 1508 | | 1/15/2002 | 1/14/2002 | Ken-Quality |
| 295 | Hall @ North Court | 1534 | | 1/16/2002 | 1/14/2002 | Ken-Quality |
| 296 | Hall @ North Court | 1537 | | 1/16/2002 | 1/14/2002 | Ken-Quality |
| 297 | Hall @ 190 and 188 | 1538 | | 1/16/2002 | 1/16/2002 | Ken-Quality |
| 298 | 16.111 | 1624 | | 1/16/2002 | 1/16/2002 | Ken-Quality |
| 299 | 16.124 | 1625 | | 1/16/2002 | 1/16/2002 | Ken-Quality |
| 300 | 16.144 | 1618 | | 1/16/2002 | 1/17/2002 | Ken-Quality |

THOMAS F. EAGLTON U.S. COURTHOUSE
FAN TERMINAL UNITS

WEEKLY SCHEDULE 1/21/2002

| | ROOM NO. | FTU NO. | NOTES | SCHEDULED REPAIR DATE | ACTUAL REPAIR DATE | INSPECTED BY |
|---|---|---|---|---|---|---|
| 301 | 16.149 | 1616 | | 1/16/2002 | 1/17/2002 | Ken-Quality |
| 302 | 16.155 | 1604 | | 1/16/2002 | 1/17/2002 | Ken-Quality |
| 303 | 16.155 | 1602 | | 1/16/2002 | 1/17/2002 | Ken-Quality |
| 304 | 16.161 | 1601 | | 1/16/2002 | 1/17/2002 | Ken-Quality |
| 305 | 16.161 | 1606 | | 1/16/2002 | 1/17/2002 | Ken-Quality |
| 306 | 16.163 | 1603 | | 1/16/2002 | 1/16/2002 | Ken-Quality |
| 307 | 16.163 | 1609 | | 1/16/2002 | 1/16/2002 | Ken-Quality |
| 308 | 16.164 | 1607 | | 1/16/2002 | 1/17/2002 | Ken-Quality |
| 309 | 16.166 | 1630 | | 1/16/2002 | 1/16/2002 | Ken-Quality |
| 310 | 16.168 | 1615 | | 1/16/2002 | 1/16/2002 | Ken-Quality |
| 311 | 16.168 | 1633 | | 1/17/2002 | 1/16/2002 | Ken-Quality |
| 312 | 16.169 | 1639 | | 1/17/2002 | 1/17/2002 | Ken-Quality |
| 313 | 16.17 | 1611 | | 1/17/2002 | 1/17/2002 | Ken-Quality |
| 314 | 16.182 | 1632 | | 1/17/2002 | 1/16/2002 | Ken-Quality |
| 315 | Hall @ South Court | 1636 | | 1/17/2002 | 1/16/2002 | Ken-Quality |
| 316 | Hall @ South Court | 1637 | | 1/17/2002 | 1/17/2002 | Ken-Quality |
| 317 | 17.128 | 1724 | | 1/17/2002 | 1/17/2002 | Ken-Quality |
| 318 | 17.138 | 1701 | | 1/17/2002 | 1/17/2002 | Ken-Quality |
| 319 | 17.138 | 1706 | | 1/17/2002 | 1/17/2002 | Ken-Quality |
| 320 | 17.14 | 1707 | | 1/17/2002 | 1/17/2002 | Ken-Quality |
| 321 | 17.147 | 1702 | | 1/17/2002 | 1/17/2002 | Ken-Quality |
| 322 | 17.172 | 1729 | | 1/17/2002 | 1/17/2002 | Ken-Quality |
| 323 | 17.174 | 1730 | | 1/17/2002 | 1/17/2002 | Ken-Quality |
| 324 | 17.176 | 1714 | LEAKED AFTER REPIPED 1-21-02 | 1/17/2002 | 1/17/2002 | Ken-Quality |
| 325 | 17.176 | 1712 | | 1/17/2002 | 1/17/2002 | Ken-Quality |
| 326 | 17.176 | 1717 | | 1/17/2002 | 1/17/2002 | Ken-Quality |
| 327 | 17.188 | 1733 | | 1/18/2002 | 1/17/2002 | Ken-Quality |
| 328 | 17.188 | 1735 | | 1/18/2002 | 1/17/2002 | Ken-Quality |
| 329 | 17.19 | 1708 | | 1/18/2002 | 1/17/2002 | Ken-Quality |
| 330 | 17.19 | 1738 | | 1/18/2002 | 1/17/2002 | Ken-Quality |
| 331 | Hall @ South Court | 1734 | | 1/18/2002 | 1/17/2002 | Ken-Quality |
| 332 | Hall @ South Court | 1737 | | 1/18/2002 | 1/17/2002 | Ken-Quality |
| 333 | Mech Room | 1728 | | 1/18/2002 | 1/17/2002 | Ken-Quality |
| 334 | 18.318 | 1825 | | 1/18/2002 | 1/18/2002 | Ken-Quality |
| 335 | 18.32 | 1820 | | 1/21/2002 | 1/18/2002 | Ken-Quality |
| 336 | 18.32 | 1821 | | 1/21/2002 | 1/18/2002 | Ken-Quality |
| 337 | 18.32 | 1837 | | 1/21/2002 | 1/18/2002 | Ken-Quality |
| 338 | 18.325 | 1819 | | 1/21/2002 | 1/18/2002 | Ken-Quality |
| 339 | 18.332 | 1817 | | 1/21/2002 | 1/18/2002 | Ken-Quality |
| 340 | 18.334 | 1818 | | 1/21/2002 | 1/18/2002 | Ken-Quality |
| 341 | 18.337 | 1801 | | 1/21/2002 | 1/18/2002 | Ken-Quality |
| 342 | 18.337 | 1811 | | 1/21/2002 | 1/18/2002 | Ken-Quality |
| 343 | 18.337 | 1814 | | 1/21/2002 | 1/18/2002 | Ken-Quality |
| 344 | 18.347 | 1809 | | 1/21/2002 | 1/18/2002 | Ken-Quality |
| 345 | 18.351 | 1805 | | 1/21/2002 | 1/18/2002 | Ken-Quality |
| 346 | 18.351 | 1839 | | 1/21/2002 | 1/18/2002 | Ken-Quality |
| 347 | 18.361 | 1835 | | 1/22/2002 | 1/18/2002 | Ken-Quality |
| 348 | 18.362 | 1833 | | 1/22/2002 | 1/18/2002 | Ken-Quality |
| 349 | 18.363 | 1832 | | 1/22/2002 | 1/21/2002 | Ken-Quality |
| 350 | 18.363 | 1834 | | 1/22/2002 | 1/21/2002 | Ken-Quality |

THOMAS F. EAGLTON U.S. COURTHOUSE
FAN TERMINAL UNITS

WEEKLY SCHEDULE 1/21/2002

| | ROOM NO. | FTU NO. | NOTES | SCHEDULED REPAIR DATE | ACTUAL REPAIR DATE | INSPECTED BY |
|---|---|---|---|---|---|---|
| 351 | 18.365 | 1830 | | 1/22/2002 | 1/21/2002 | Ken-Quality |
| 352 | 18.365 | 1831 | | 1/22/2002 | 1/18/2002 | Ken-Quality |
| 353 | 19.114 | 1901 | | 1/22/2002 | 1/22/2002 | Ken-Quality |
| 354 | 19.31 | 1903 | | 1/22/2002 | 1/22/2002 | Ken-Quality |
| 355 | 19.316 | 1905 | | 1/22/2002 | 1/22/2002 | Ken-Quality |
| 356 | 19.32 | 1906 | | 1/22/2002 | 1/22/2002 | Ken-Quality |
| 357 | 19.332 | 1911 | | 1/22/2002 | 1/22/2002 | Ken-Quality |
| 358 | 19.332 | 1912 | | 1/22/2002 | 1/22/2002 | Ken-Quality |
| 359 | 19.351 | 1918 | | 1/23/2002 | 1/22/2002 | Ken-Quality |
| 360 | 19.352 | 1920 | | 1/23/2002 | 1/22/2002 | Ken-Quality |
| 361 | 19.354 | 1914 | LEAKED AFTER FIXED | 1/23/2002 | 1/23/2002 | Ken-Quality |
| 362 | 19.373 | 1922 | | 1/23/2002 | 1/23/2002 | Ken-Quality |
| 363 | 19.38 | 1923 | | 1/23/2002 | 1/22/2002 | Ken-Quality |
| 364 | 20.271 | 2023 | | 1/23/2002 | 1/24/2002 | Ken-Quality |
| 365 | 20.306 | 2014 | | 1/23/2002 | 1/23/2002 | Ken-Quality |
| 366 | 20.319 | 2003 | | 1/23/2002 | 1/24/2002 | Ken-Quality |
| 367 | 20.319 | 2007 | | 1/23/2002 | 1/23/2002 | Ken-Quality |
| 368 | 20.323 | 2009 | | 1/23/2002 | 1/23/2002 | Ken-Quality |
| 369 | 20.326 | 2004 | | 1/23/2002 | 1/24/2002 | Ken-Quality |
| 370 | 20.335 | 2020 | | 1/23/2002 | 1/24/2002 | Ken-Quality |
| 371 | 20.336 | 2016 | | 1/24/2002 | 1/23/2002 | Ken-Quality |
| 372 | 20.342 | 2010 | | 1/24/2002 | 1/24/2002 | Ken-Quality |
| 373 | 20.346 | 2011 | | 1/24/2002 | 1/24/2002 | Ken-Quality |
| 374 | 20.346 | 2015 | | 1/24/2002 | 1/23/2002 | Ken-Quality |
| 375 | 20.351 | 2012 | | 1/24/2002 | 1/25/2002 | Ken-Quality |
| 376 | 20.36 | 2021 | | 1/24/2002 | 1/25/2002 | Ken-Quality |
| 377 | 20.368 | 2022 | | 1/24/2002 | 1/24/2002 | Ken-Quality |
| 378 | 20.377 | 2005 | | 1/24/2002 | 1/25/2002 | Ken-Quality |
| 379 | 20.391 | 2002 | | 1/24/2002 | 1/24/2002 | Ken-Quality |
| 380 | East Elev Corridor | 2001 | | 1/24/2002 | 1/24/2002 | Ken-Quality |
| 381 | 21.117 | 2101 | | 1/24/2002 | 1/28/2002 | Ken-Quality |
| 382 | 21.301 | 2108 | | 1/24/2002 | 1/28/2002 | Ken-Quality |
| 383 | 21.306 | 2112 | | 1/25/2002 | 1/28/2002 | Ken-Quality |
| 384 | 21.316 | 2102 | | 1/25/2002 | 1/28/2002 | Ken-Quality |
| 385 | 21.318 | 2103 | | 1/25/2002 | 1/28/2002 | Ken-Quality |
| 386 | 21.324 | 2104 | | 1/25/2002 | 1/28/2002 | Ken-Quality |
| 387 | 21.324 | 2105 | | 1/25/2002 | 1/28/2002 | Ken-Quality |
| 388 | 21.332 | 2106 | | 1/25/2002 | 1/28/2002 | Ken-Quality |
| 389 | 21.336 | 2107 | | 1/25/2002 | 1/28/2002 | Ken-Quality |
| 390 | 21.34 | 2109 | | 1/25/2002 | 1/25/2002 | Ken-Quality |
| 391 | 22.303 | 2210 | | 1/25/2002 | 1/22/2002 | Ken-Quality |
| 392 | 22.304 | 2211 | | 1/25/2002 | 1/22/2002 | Ken-Quality |
| 393 | 22.304 | 2213 | | 1/25/2002 | 1/21/2002 | Ken-Quality |
| 394 | 22.305 | 2214 | | 1/25/2002 | 1/21/2002 | Ken-Quality |
| 395 | 22.305 | 2216 | | 1/28/2002 | 1/21/2002 | Ken-Quality |
| 396 | 22.305 | 2217 | | 1/28/2002 | 1/21/2002 | Ken-Quality |
| 397 | 22.306 | 2218 | | 1/28/2002 | 1/21/2002 | Ken-Quality |
| 398 | 22.318 | 2215 | | 1/28/2002 | 1/21/2002 | Ken-Quality |
| 399 | 22.321 | 2219 | | 1/28/2002 | 1/21/2002 | Ken-Quality |
| 400 | 22.322 | 2220 | | 1/28/2002 | 1/21/2002 | Ken-Quality |

THOMAS F. EAGLTON U.S. COURTHOUSE
FAN TERMINAL UNITS

WEEKLY SCHEDULE 1/21/2002

| | ROOM NO. | FTU NO. | NOTES | SCHEDULED REPAIR DATE | ACTUAL REPAIR DATE | INSPECTED BY |
|---|---|---|---|---|---|---|
| 401 | 22.325 | 2222 | | 1/28/2002 | 1/21/2002 | Ken-Quality |
| 402 | 22.33 | 2203 | | 1/28/2002 | 1/21/2002 | Ken-Quality |
| 403 | 22.337 | 2227 | | 1/28/2002 | 1/21/2002 | Ken-Quality |
| 404 | 22.339 | 2206 | | 1/28/2002 | 1/21/2002 | Ken-Quality |
| 405 | 22.351 | 2224 | | 1/28/2002 | 1/21/2002 | Ken-Quality |
| 406 | 23.305 | 2311 | | 1/28/2002 | 1/22/2002 | Ken-Quality |
| 407 | 23.312 | 2302 | | 1/29/2002 | 1/30/2002 | Ken-Quality |
| 408 | 23.315 | 2304 | | 1/29/2002 | 1/29/2002 | Ken-Quality |
| 409 | 23.325 | 2306 | | 1/29/2002 | 1/28/2002 | Ken-Quality |
| 410 | 23.329 | 2310 | | 1/29/2002 | 1/29/2002 | Ken-Quality |
| 411 | 23.336 | 2303 | | 1/29/2002 | 1/29/2002 | Ken-Quality |
| 412 | 23.337 | 2305 | | 1/29/2002 | 1/30/2002 | Ken-Quality |
| 413 | 24.3 | 2410 | | 1/29/2002 | 1/30/2002 | Ken-Quality |
| 414 | 24.301 | 2427 | | 1/29/2002 | 1/30/2002 | Ken-Quality |
| 415 | 24.301 | 2409 | | 1/29/2002 | 1/31/2002 | Ken-Quality |
| 416 | 24.306 | 2411 | | 1/29/2002 | 1/29/2002 | Ken-Quality |
| 417 | 24.307 | 2412 | | 1/29/2002 | 1/29/2002 | Ken-Quality |
| 418 | 24.309 | 2413 | | 1/29/2002 | 1/30/2002 | Ken-Quality |
| 419 | 24.313 | 2414 | | 1/30/2002 | 1/30/2002 | Ken-Quality |
| 420 | 24.315 | 2416 | | 1/30/2002 | 1/30/2002 | Ken-Quality |
| 421 | 24.319 | 2415 | | 1/30/2002 | 1/29/2002 | Ken-Quality |
| 422 | 24.322 | 2417 | | 1/30/2002 | 1/29/2002 | Ken-Quality |
| 423 | 24.322 | 2418 | | 1/30/2002 | 1/29/2002 | Ken-Quality |
| 424 | 24.327 | 2420 | | 1/30/2002 | 1/30/2002 | Ken-Quality |
| 425 | 24.327 | 2422 | | 1/30/2002 | 1/30/2002 | Ken-Quality |
| 426 | 24.327 | 2423 | | 1/30/2002 | 1/30/2002 | Ken-Quality |
| 427 | 24.327 | 2424 | | 1/30/2002 | 1/29/2002 | Ken-Quality |
| 428 | 24.327 | 2425 | | 1/30/2002 | 1/30/2002 | Ken-Quality |
| 429 | 24.331 | 2401 | | 1/30/2002 | 1/29/2002 | Ken-Quality |
| 430 | 24.331 | 2402 | | 1/30/2002 | 1/29/2002 | Ken-Quality |
| 431 | 24.331 | 2403 | | 1/31/2002 | 1/30/2002 | Ken-Quality |
| 432 | 24.333 | 2404 | | 1/31/2002 | 1/30/2002 | Ken-Quality |
| 433 | 24.334 | 2408 | | 1/31/2002 | 2/4/2002 | Ken-Quality |
| 434 | 24.336 | 2405 | | 1/31/2002 | 1/30/2002 | Ken-Quality |
| 435 | 24.338 | 2406 | | 1/31/2002 | 2/4/2002 | Ken-Quality |
| 436 | 24.342 | 2407 | | 1/31/2002 | 2/5/2002 | Ken-Quality |
| 437 | 25.11 | 2514 | | 1/31/2002 | 1/31/2002 | Ken-Quality |
| 438 | 25.138 | 2521 | | 1/31/2002 | 1/31/2002 | Ken-Quality |
| 439 | 25.151 | 2517 | | 1/31/2002 | 1/31/2002 | Ken-Quality |
| 440 | 25.177 | 2506 | | 1/31/2002 | 1/31/2002 | Ken-Quality |
| 441 | 25.184 | 2504 | | 1/31/2002 | 1/31/2002 | Ken-Quality |
| 442 | 25.184 | 2531 | | 1/31/2002 | 1/31/2002 | Ken-Quality |
| 443 | 25.203 | 2524 | New (Not on List) | | 1/31/2002 | Ken-Quality |
| 444 | 25.208 | 2522 | | 2/1/2002 | 1/31/2002 | Ken-Quality |
| 445 | 25.208 | 2523 | | 2/1/2002 | 1/31/2002 | Ken-Quality |
| 446 | 26.127 | 2620 | | 2/1/2002 | 2/4/2002 | Ken-Quality |
| 447 | 26.127 | 2621 | | 2/1/2002 | 2/5/2002 | Ken-Quality |
| 448 | 26.171 | 2629 | | 2/1/2002 | 2/1/2002 | Ken-Quality |
| 449 | 26.178 | 2625 | | 2/1/2002 | 2/1/2002 | Ken-Quality |
| 450 | 26.178 | 2626 | | 2/1/2002 | 2/4/2002 | Ken-Quality |

THOMAS F. EAGLTON U.S. COURTHOUSE
FAN TERMINAL UNITS

WEEKLY SCHEDULE 1/21/2002

| | ROOM NO. | FTU NO. | NOTES | SCHEDULED REPAIR DATE | ACTUAL REPAIR DATE | INSPECTED BY |
|---|---|---|---|---|---|---|
| 451 | 26.189 | 2623 | | 2/1/2002 | 2/4/2002 | Ken-Quality |
| 452 | 26.189 | 2624 | | 2/1/2002 | 2/5/2002 | Ken-Quality |
| 453 | 26.189 | 2627 | | 2/1/2002 | 2/5/2002 | Ken-Quality |
| 454 | 26.3 | 2640 | | 2/1/2002 | 2/5/2002 | Ken-Quality |
| 455 | 26.325 | 2646 | | 2/1/2002 | 2/1/2002 | Ken-Quality |
| 456 | 26.325 | 2649 | | 2/4/2002 | 2/1/2002 | Ken-Quality |
| 457 | E/W Hall @ North | 2616 | | 2/4/2002 | 2/5/2002 | Ken-Quality |
| 458 | 27.M108 | 2721 | | 2/4/2002 | 2/6/2002 | Ken-Quality |
| 459 | 27.M108 | 2722 | | 2/4/2002 | 2/6/2002 | Ken-Quality |
| 460 | 27.M108 | ATU-279 | New (Not on List) | | 2/6/2002 | Ken-Quality |
| 461 | 27.M108 | ATU-280 | New (Not on List) | | 2/7/2002 | Ken-Quality |
| 462 | 27.113 | 2701 | New (Not on List) | | 2/11/2002 | Ken-Quality |
| 463 | 27.12 | 2725 | | 2/4/2002 | 2/6/2002 | Ken-Quality |
| 464 | 27.121 | 2715 | | 2/4/2002 | 2/6/2002 | Ken-Quality |
| 465 | 27.121 | 2717 | | 2/4/2002 | 2/7/2002 | Ken-Quality |
| 466 | 27.145 | ATU-278 | New (Not on List) | | 2/13/2002 | Ken-Quality |
| 467 | 27.161 | ATU-277 | New (Not on List) | | 2/21/2002 | Ken-Quality |
| 468 | Mech Room | 2711 | | 2/4/2002 | 2/6/2002 | Ken-Quality |
| 469 | Mech Room | 2713 | | 2/4/2002 | 2/6/2002 | Ken-Quality |
| 470 | Mech Room | 2716 | | 2/4/2002 | 2/7/2002 | Ken-Quality |
| 471 | Mech Room | 2718 | | 2/4/2002 | 2/7/2002 | Ken-Quality |

THOMAS F. EAGLTON U.S. COURTHOUSE
FAN TERMINAL UNITS

WEEKLY SCHEDULE 1/21/2002

| | ROOM NO. | FTU NO. | NOTES | SCHEDULED REPAIR DATE | ACTUAL REPAIR DATE | INSPECTED BY |
|---|---|---|---|---|---|---|
| | | | | | | |

| Date | Description | Location | Agency Affected |
|---|---|---|---|
| November 20, 2001 | Flexible hose broke loose on FTU 234 | Room 2.320 | U.S. District Courts |
| | | | U.S. Bankruptcy Courts |
| December 10, 2001 | Flexible hose broke loose on FTU 731 | Room 7.153 | U.S. Bankruptcy Courts on south side of levels 7, 5 & 4 |
| | | | U.S. Trustee's Office - 6th floor |
| December 23, 2001 | Flexible hose leaking in room 2.302 | Room 2.302 | No major damage incurred |
| January 21, 2002 | Leaked after hard piped on FTU 1714. Quality Heating & Air Conditioning had incomplete solder joint. | Room 17.176 | U.S. District Courts |
| February 11, 2002 | Solder joint leaking above ball valve on FTU 1C16. Quality Heating & Air conditioning had hard piped this unit on Friday, February 8, 2002. However, the joint that was leaking was soldered by Corrigan during the construction phase. | Room 1.439 | U.S. Probation Office |

GSA

ST. LOUIS DOWNTOWN
PROPERTY MANAGEMENT CENTER

March 20, 2002

All Tenants
Thomas F. Eagleton Courthouse
111 South 10th Street
St. Louis, MO 63102

Dear Tenants:

GSA has recently replaced all the fan terminal unit flexible hoses with rigid piping at the Thomas F. Eagleton Courthouse. This project was implemented to correct the improperly installed hoses that were failing in the Courthouse. Several agencies have inquired if GSA could replace or repair damaged computer equipment, furniture or other agency owned property that was damaged due to the hose failures. In accordance with the decisions of the Comptroller General (25 Comp. Gen. 49 and 57 Comp. Gen. 130), GSA is restricted from reimbursing tenant agencies or reducing rental charges for damage to agency property caused by building failures. The general rule is that one Federal agency is not liable to another for property damages.

However, GSA anticipates filing a claim in the future against AMEC (formerly Morse Diesel International) to recover expenses incurred due to hose failure. As a part of the documentation necessary to prepare a claim, we are requesting your assistance. If your agency has incurred costs due to hose failure, please submit copies of invoices for the replacement or repair of damaged property caused by these hose failures. In addition, include the location of where the property was damaged. All documentation should be sent to the address below by April 30, 2002.

General Services Administration
ATTN: Karen Poole, Contracting Officer
Property Development Division (6PCA)
1500 East Bannister Road
Kansas City, MO 64131-3088

In order to ensure accuracy in the figures GSA presents to AMEC and to avert a dispute concerning your loss, please send invoices and not estimates. Your cooperation in this matter will expedite the claim process. Should a claim be submitted and final settlement reached in our favor, we will inform you immediately.

If you have any questions, feel free to contact me at (314) 539-6545.

Sincerely,

*/s/ Kris M. Hundsdorfer*

Kris M Hundsdorfer
Customer Service Representative
Downtown St. Louis Property Management Center

111 S. 10th Street, Room 1.316

St. Louis, MO 63102