# EXHIBIT 14

(K. POOLE - 06/12/08)

UNITED STATES COURT OF FEDERAL CLAIMS

Case No. 06-867

-------------------------------------x

AMEC CONSTRUCTION MANAGEMENT, INC.,
f/k/a Morse Diesel International, Inc.,

Plaintiff,

-and-

THE UNITED STATES,

Defendant.

-------------------------------------x

June 12, 2008

8:04 a.m.

Videotaped deposition of KAREN POOLE taken by attorneys for Plaintiff, pursuant to subpoena, held at the offices of Sonnenschein, Nath & Rosenthal, 4520 Main Street, Suite 1100, Kansas City, Missouri, 64111-7700 before Janet Hamilton, RPR, (1991), and Notary Public.

(K. POOLE - 06/12/08)

A. Yes, I was.

Q. Does it surprise you that his calculations were apparently off by at least $13 million?

A. I don't know why the calculations are off. I don't know if it was his miscalculation, in full; or if it was because additional support documentation was found, and just adjusted.

Q. Does it -- does it affect your trust in his calculations to know that they have been off by that much?

A. No. Because we're continually working to make sure the accuracy of the documents exist. No.

Q. As far as you're aware, has there been anything that has occurred on the project that would have -- that would have changed the amount of the calculations that significantly between 2006 and 2007?

MS. KIRCHNER: Objection. Lack of foundation.

A. I am aware of one of the reasons there was an adjustment. As to the details of

(K. POOLE - 06/12/08)

what happened within that adjustment, I cannot testify. I have knowledge of why a particular general change needed to be made from the March 21st, 2006, memo.

Q. (By Ms. Pierce) And what was that?

A. It was discovered, while in a meeting, while we were going through documentation, that when Marty Hom made the calculations, his assumption was that we still were working from the same original dollar value of money that was going to be available on this contract.

When he made the calculation, we had a -- and I don't know the specific dollar value. I wish I could speak to those, but I cannot. I can only speak to generality.

We had a certain dollar value of funds that were available to complete this project. He was given that information on how much funds was available for Phase II. What Marty was unaware of -- and this was my discussion direct with him, because I figured out what was wrong, because there was -- everybody could tell -- and I don't know how

(K. POOLE - 06/12/08)

they could tell -- but there was a miscalculation in some way.

What I figured out was, that he, being a consultant, was unaware that GSA had requested, and received, supplemental funding for this project in order to complete it.

So he was working with the dollar value that he knew we had for Phase II, minus the payments out to Morse Diesel, minus and adding change orders in, leaves him a contract balance of "this is available to pay for the completion of the work."

To the other side, he had all the expenses to complete the work.

So whatever the difference was is what MDI owed GSA. When, in essence, we had supplemental funding that we were able to receive and offset some of that.

He did not include that supplemental funding. He was unaware of it.

Q. So when you state that he started his calculations based on the amount of funding that the Government had, do you mean --

A. That was -- go ahead.