# EXHIBIT 15

(K. POOLE - 06/12/08)

UNITED STATES COURT OF FEDERAL CLAIMS

Case No. 06-867

--------------------------------------x

AMEC CONSTRUCTION MANAGEMENT, INC.,
f/k/a Morse Diesel International, Inc.,

Plaintiff,

-and-

THE UNITED STATES,

Defendant.

--------------------------------------x

June 12, 2008

8:04 a.m.

Videotaped deposition of KAREN POOLE taken by attorneys for Plaintiff, pursuant to subpoena, held at the offices of Sonnenschein, Nath & Rosenthal, 4520 Main Street, Suite 1100, Kansas City, Missouri, 64111-7700 before Janet Hamilton, RPR, (1991), and Notary Public.

(K. POOLE - 06/12/08)
speak to it. All I know is that I made him aware that supplemental funds were available; and he needed to look at all funds on the St. Louis Courthouse, not just Phase II.
Q. So the calculation of the reprocurement costs are actually tied to the amount of funding that MDI has received?
MS. KIRCHNER: Objection. Ambiguous.
Q. (By Ms. Pierce) I'm sorry -- that GSA has received for this project?
MS. KIRCHNER: Objection. Ambiguous. Lack of foundation.
A. Could you restate the question?
Q. (By Ms. Pierce) The calculation of the reprocurement costs are tied to the amount that the GSA has received for the completion of this project. Correct?
MS. KIRCHNER: Objection. Ambiguous. Lack of foundation.
A. The best way to explain it is, we had a sum certain awarded on Phase II. That is the amount of funds available to complete the project. To my knowledge, he looked at those

(K. POOLE - 06/12/08)

expenditures of those funds, and was made aware that there may be other expenditures that would also impact excess reprocurement costs.

Again, I cannot speak to how he calculated it. But I could speak to his reaction to what he understood what I was trying to say; that we had funded Phase III, not only with Phase II remaining funds, but with additional funds as well.

And once he understood that, he said, "I hear what everybody" -- at that point, everybody knew there was some miscalculation. We could not figure out what it was. So they went about -- and I don't know how, but the plan was to go about it a different way, to try to ensure the accuracy of Marty's calculations.

Once he understood what I was saying, it was very easy then to see where the miscalculation was. And they made at that point adjustments to the contract amount -- excess reprocurement costs. Not contract amount. Excess reprocurement costs.

Q. (By Ms. Pierce) And when was this?

(K. POOLE - 06/12/08)

MS. KIRCHNER: Objection. Ambiguous.

Do you want to tell her what the "this" is in your question?

Q. (By Ms. Pierce) When was it discovered that there was a miscalculation?

A. It would have been -- and I cannot give you a specific date. It would have been sometime after March 21st, 2006, and sometime mid-April 2006.

Q And when was this meeting that you're referring to?

A. It wasn't a meeting. It was a phone conversation that I had with him, that started with a different topic -- I don't know what it was. And it moved into this discussion. And -- I don't know. It just evolved from there.

Q. And when was that phone conversation?

A. That same time; between March 21st, 2006, and mid-May 2006.

Q. And who was on that phone call?

A. Just myself and Marty Hom.