# EXHIBIT 16

cc:
Official File: 6PCA-I
Reading Files: LR(C. Morris/T. Hawkins/C. Crow/D. Phillips) 6L(Warnick) 6A 6P 6PC 6PCE-I(Phillips)
6ADB(Poole) DOJ(Kirchner)
6PCA-I(Butler):816/823-4918

CERTIFIED MAIL—RETURN RECEIPT REQUESTED

April 24, 2007

David Leonard, President
AMEC Construction Management, Inc.
2200 Fletcher Ave.
Fort Lee, New Jersey 07025

**Re: Thomas F. Eagleton United States Courthouse, St. Louis, MO**
**Contract No. GS06P95GZC0501 – Phase II (NMO37113)**

Dear Mr. Leonard:

It appears that my Contracting Officer's Final Decision (COFD) dated March 21, 2006 may contain some mathematical errors, which may result in a downward adjustment to the amount due. Therefore, I am in the process of reconsidering my final decision as to the amount. If changes are necessary, I will issue a revised final decision by June 8, 2007.

Sincerely,

Georgann Butler 4/24/07
Georgann Butler
Contracting Officer
Construction Acquisition Branch I
Project Management Division
Public Buildings Service (6PCA-I)

EXHIBIT
Hom 20 ID
6/25/08

cc: Seaboard Surety Company (Bond No. 320442-95)
Burnt Mills Road & Route 206
Bedminster, NJ 07921

American Home Assurance Company (Bond No. 16-07-23)
70 Pine Street
New York, NY 10270

Steven W. Schoenhaar
St. Paul Fire & Marine
5801 Centennial Way
P.O. Box 1138
Baltimore, MD 21203

Mr. Kirby D. Behre
Paul Hastings Janofsky & Walker, LLP
875 15th Street, NW
Washington, DC 20005