# EXHIBIT 17

GSA

GSA Heartland Region

CERTIFIED MAIL—RETURN RECEIPT REQUESTED

June 7, 2007

David Leonard, President
AMEC Construction Management, Inc.
2200 Fletcher Ave.
Fort Lee, New Jersey 07025

**Re: Thomas F. Eagleton United States Courthouse, St. Louis, MO**
**Contract No. GS06P95GZC0501 – Phase II (NMO37113)**

Dear Mr. Leonard:

I am writing in reference to my letter to you dated April 24, 2007. I am still in the process of reconsidering my final decision dated March 21, 2006; however, due to the current unavailability of former project personnel, the extensive documentation, the complexity of the issues, and the need for expert assistance, I need additional time. Therefore, I am extending the date by which I may issue a revised final decision. If changes are necessary, I will issue a revised final decision by August 9, 2007.

Sincerely,

Georgann Butler

Georgann Butler
Contracting Officer
Construction Acquisition Branch I
Project Management Division
Public Buildings Service (6PCA-I)

**U.S. General Services Administration**
1500 East Bannister Road
Kansas City, MO 64131-3088
www.gsa.gov

cc: Seaboard Surety Company (Bond No. 320442-95)
One Tower Square
Hartford, CT 06183

American Home Assurance Company (Bond No. 16-07-23)
70 Pine Street
New York, NY 10270

Steven W. Schoenhaar
St. Paul Fire & Marine Insurance Company
385 Washington St.
St. Paul, MN 55102

James D. Wareham, Esq.
Paul Hastings Janofsky & Walker, LLP
875 15th Street, NW
Washington, DC 20005