# EXHIBIT 19

UNITED STATES COURT OF FEDERAL CLAIMS

Case No. 06-867

---------------------------------------x

AMEC CONSTRUCTION MANAGEMENT, INC.,
f/k/a Morse Diesel International, Inc.,

Plaintiff,

-and-

THE UNITED STATES,

Defendant.

---------------------------------------x

June 6, 2008
8:27 a.m.

Videotaped deposition of TERRY PAGE taken by attorneys for Plaintiff, pursuant to subpoena, held at the offices of Vinson & Elkins, First City Tower, 1001 Fannin Street, Suite 2500, Houston, Texas 77002-6760, before Janet Hamilton, RPR, (1991), and Notary Public.

(T. PAGE - 6/6/08)

hours. If I'm here ten, it's eight hours.

Q. Do you hold any professional licenses?

A. No, sir.

Q. And I'd like to talk to you for a minute about what you've done to prepare for your deposition here today.

Can you tell us what you've done to prepare for this deposition?

A. Reviewed some videotapes from Level 1, 1M, 2, 3, 4, 5, and 6. Okay. Looked over the spreadsheet that I believe Georgann Butler submitted to Domenique that kind of lays out the total cost of -- this is the Government's claim.

Q. Can you describe that spreadsheet in a little more detail?

A. It has 18 columns to it. I think the first column talks about the Phase II contract amount. It gets into May and June pay applications.

And then the next column, I believe, is deficient work.

And each column has a title. It's

(T. PAGE - 6/6/08)
GSA-initiated change orders. They're a sum total. There's a Phase III section of it. And it kind of repeats it. Phase III contract. Deficiency work. And it has a total of both; what was in Phase II and Phase III.
Q. And what we'll attempt to show you later that, what I think is the spreadsheet you're referring to -- but did you indicate that Ms. Butler prepared that?
A. Yes.
Q. And do you recall when the first time you saw a version of that, assuming it changed over time?
A. It would have been somewhere in '97. No. Sorry. Wow. '07. In the summer of '07. I think.
Q. Summer of '07?
A. Yeah. But --
Q. So just about a year ago?
A. Yeah.
Q. So you don't recall seeing a version of that spreadsheet any time prior to last year?
A. Not that I recall.

(T. PAGE - 6/6/08)

Q. What has been your involvement with regard to the courthouse projects between your deposition in '02 -- '01, I guess it was -- August of '01 and today?

A. When I left the courthouse in -- and I believe it was April '01, was my last time there. I moved to Omaha to work on a school bond program. I had very little involvement in that five years. The only involvement I had was -- I think that deposition was before -- was that before April?

MS. KIRCHNER: Do you have the deposition, so we can just get on the record the exact deposition date for him?

MR. BEHRE: I don't. But --

MS. KIRCHNER: Okay.

MR. BEHRE: It was August, I think.

A. August '01.

Q. (By Mr. Behre) So after the deposition, assuming it was August.

A. Okay. I was in Omaha. And I had one set of involvements of putting what we call