# EXHIBIT 20

| | |
|---|---|
| **From:** | Catherine C. Crow |
| **Sent:** | Tuesday, June 5, 2007 4:51 PM |
| **To:** | Georgann Butler/6PC/R06/GSA/GOV@GSA |
| **Subject:** | Re: Fw: Spreadsheet |

I have some questions/comments re: that spreadsheet. Call me before you finalize the document.

Catherine

Catherine Crow
Senior Assistant General Counsel
General Services Administration
Office of General Counsel (LR)
1800 F Street, NW, Rm. 5134
Washington, DC 20405
(202) 501-4536 Office
(202) 501-1944 Fax

The information contained in this e-mail message is intended only for the addressee(s) and may be protected by the attorney-client privilege and/or work product doctrine. Please do not forward or further disseminate this message without the consent of the sender.