# EXHIBIT 21

| | |
|---|---|
| **From:** | georgann.butler@gsa.gov |
| **To:** | Brent Daubach; terry.page@jacobs.com; |
| **cc:** | catherine.crow@gsa.gov; |
| **Subject:** | $24M Spreadsheet |
| **Date:** | Wednesday, June 06, 2007 8:38:15 AM |

I reviewed our proposed spreadsheet with Catherine this am. She agreed the titles need to be more specific. If I remember correctly, the Phase II Scope column is the remaining remaining phase II scope work. I need you to send me an updated spreadsheet with titles as the older I get the less short term memory I have. She and I both agreed we probably need to include a REMARKS column at end. Example reasoning: Accessible Solutions had no remaining PII work $ - remarks could include this is only for materials that were missing from site as MDI already been paid for it previously.

When you send a revised spreadsheet to me, please send one to Catherine at the same time --- catherine.crow@gsa.gov

Georgann Butler
Chief, Construction Acquisition Branch I
GSA (6PCA-I)
Phone: 816-823-4918
Fax: 816-823-5931
email: georgann.butler@gsa.gov
Restorative/Consistency/Harmony/Learner/Focus