# EXHIBIT 22

**King, David H.**

---

**From:** catherine.crow@gsa.gov
**Sent:** Thursday, June 14, 2007 10:15 AM
**To:** georgann.butler@gsa.gov; terry.page@jacobs.com; Hadley, Sam A.
**Subject:** conference call today

I think it's best if we have all spreadsheet issues resolved by Monday morning, because Terry is going to start inputting numbers into it then. I understand from Georgann that Sam has some questions for Jacobs, so I'd like to have a conference call today. Please let me know your availability.

Catherine Crow
Senior Assistant General Counsel
General Services Administration
Office of General Counsel (LR)
1800 F Street, NW, Rm. 5134
Washington, DC 20405
(202) 501-4536 Office
(202) 501-1944 Fax

The information contained in this e-mail message is intended only for the addressee(s) and may be protected by the attorney-client privilege and/or work product doctrine. Please do not forward or further disseminate this message without the consent of the sender.