# EXHIBIT 23

# (Hom Depo. Exh. 5)

MEMO TO FILE

Martin A. Hom, a former associate of GSA Office of General Counsel, was the primary point of contact for litigation issues involving AMEC Construction (formerly Morse Diesel International) on Phase II construction of the Thomas F. Eagleton United States Courthouse, St. Louis, Missouri (contract number GS06P95GZC0501) and took over as lead counsel on issues involving same contractor on Phase I (contract number GS06P94GYC0037).

On approximately November 2001, Mr. Hom left the employment of GSA and subsequently became employed by Zampi and Associates. As Mr. Hom has the history of the above referenced projects, GSA will issue a purchase order to Mr. Hom's employer, Zampi and Associates, to continue to perform certain tasked duties for GSA on these referenced projects. This procurement is being made under other than full and open competition, FAR 6.302-3 Industrial mobilization; engineering, developmental, or research capability; **or expert services**, paragraph (b)(3).

The above MEMO TO FILE was prepared on November 27, 2001 and signed by the undersigned in order to retain Mr. Hom's expert services. On approximately November 2003, Mr. Hom left employment of Zampi and Associates and is now employed by the law firm of Atkinson, Andelson, Loya, Ruud, and Roma (AALRR). The need for Mr. Hom's services still exists. Therefore, the contract under Zampi and Associates (contract number GS06P02GZM0516) was finalized on 10/28/03, and final payment will be processed. A new contract (contract number GS06P04GZM0001) will be awarded to AALRR in order to retain Mr. Hom's services.

____________________ _______________

Karen A. Poole Date
Contracting Officer

EXHIBIT
Hom 5
6/25/08

Law Firm of
Zampi and Associates
225 Broadway, Suite 1450
San Diego, California 92101

(619) 231-9920
(800) 864-8111
FAX (619) 231-8529
e-mail law@zampi.com

JOSEPH P. ZAMPI

SUPERVISING ATTORNEYS
GERALD B. OSTERMAN
REX RANDALL ERICKSON
MARTIN A. HOM

ASSOCIATES
SANDRA L. BROWNELL
ELIZABETH PLAVAN
N. JOSEPH TROFEMUK, JR.
MARY E. FOSTER
CANDACE M. SANDOIAN
ARLENE M. MILO
CHRISTOPHER D. DESAULNIERS
INDU SEN
THERESA W. HURLBURT
JOEL MASON

NORTHERN CALIFORNIA OFFICES

BURLINGAME
500 AIRPORT BLVD., STE. 100
BURLINGAME, CA 94010
(650) 376-1907

SACRAMENTO
331 J STREET, #200
SACRAMENTO, CA 95814
(916) 446-6397

RECEIVED
JAN 07 2002
GSA 6PCA KCMO

General Services Administration (FUND)
GSA, PBS, Property Development Division
Admin/Procurement Services Branch-6PCA
1500 East Bannister Road, Room 2135
Kansas City, MO 64131-3088

January 4, 2002

Our File No.: 474.00
Your ACT No.: P83331987

Attention: Karen A. Poole
Contracting Officer

**Re: Billing Period: November 21, 2001 through December 20, 2001**

**FEE SUMMARY:**

| Lawyer | Hours | Effective Rate | Amount |
|---|---|---|---|
| Martin Hom | 61.20 | $150.00 | $9,180.00 |

**EXPENSE SUMMARY:**

| | Amount |
|---|---|
| Airfare | $593.00 |
| Auto Rental | 105.67 |
| Accommodations | 178.70 |
| Totals | $877.37 |

**TOTAL AMOUNT DUE** **$10,057.37**

Law Firm of
Zampi and Associates

General Services Administration
**Billing Period: November 21, 2001 through December 20, 2001**
Dispute with AMEC Construction Management, Inc.
January 4, 2002
Page 2

**DISPUTE WITH AMEC CONSTRUCTION MANAGEMENT, INC.**

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Dec-10-01 | Review and analysis of claim summaries to identify the types of documents needed from GSA's files to perform legal analysis of Phase II St. Louis Courthouse claims. | 1.20 | 180.00 | MH |
| Dec-10-01 | Receipt and review of nine volume MDI claim in the amount of $19.5M on the Sacramento Courthouse project. | 2.50 | 375.00 | MH |
| Dec-10-01 | Telephone conference with Al Holley at GSA to discuss the need to retrieve e-mails relating to MDI from GSA's offices in Washington, DC. | 0.30 | 45.00 | MH |
| Dec-10-01 | Travel from San Diego to Kansas City to review files for documents relating to the Phase II St. Louis claims: Option 8, conduit labels and pull strings; utilities, $18.6M claim, termination for default, high rise factor. | 7.50 | 1,125.00 | MH |
| Dec-11-01 | In-Kansas City review and analysis of files in the claims cabinet and document room for files relating to the Phase II St. Louis claims: Option 8, conduit labels and pull strings, utilities, $18.6M claim, termination for default, high rise factor. | 6.00 | 900.00 | MH |
| Dec-12-01 | In-Kansas City review and analysis of files in the claims cabinet and document room regarding the Phase II St. Louis claims: Option 8 conduit labels and pull strings, utilities, $18.6M claim, termination for default, high rise factor for use in legal analysis of issues relating to the claims. | 4.00 | 600.00 | MH |
| Dec-12-01 | Travel from Kansas City to San Diego. | 9.00 | 1,350.00 | MH |
| Dec-13-01 | Review and analysis of excel spreadsheet created by CRSS regarding the disputed or outstanding P's for use in the Sach's high rise factor claim. | 2.20 | 330.00 | MH |

Law Firm of

Zampi and Associates

General Services Administration
**Billing Period: November 21, 2001 through December 20, 2001**
Dispute with AMEC Construction Management, Inc.
January 4, 2002
Page 3

| | | | | |
|---|---|---|---|---|
| Dec-13-01 | Continue review and analysis of Sacramento Courthouse claim submitted by MDI; telephone conference with Beverly Chin regarding the status of Navigant's review of the Sacramento Courthouse claim and budget for further review of the claim. | 2.30 | 345.00 | MH |
| Dec-13-01 | Telephone conference with GSA's scheduling expert, George Strickler, CPMI, regarding the status of review of the St. Louis Phase II claim submitted by MDI in the amount of $18.6M and the types of documents needed from GSA's files to complete the schedule analysis; draft notes to file. | 0.60 | 90.00 | MH |
| Dec-14-01 | Telephone conference with Al Holley, GSA Central Office Computer Support, regarding the transfer and installation of Martin Horn's GSA e-mail archives onto current computer; receipt and review of St. Louis Phase II $18.6M claim. | 2.70 | 405.00 | MH |
| Dec-17-01 | Continue review and analysis of MDI's Phase II $18.6M claim for delays, unresolved work, and outstanding claims; review and analysis of time impact analysis included with PII claim, including exhibits. | 3.70 | 555.00 | MH |
| Dec-17-01 | Receipt and review of documents marked for copying from GSA's files in Kansas City; files include Option 8; conduit labels/pullstrings; utilities; and electrical high rise factor. | 1.70 | 255.00 | MH |
| Dec-17-01 | Review and analysis of Ideker, Inc ENGBCA 4389, 4602, 87-3 BCA 20145 (1987), JA Jones, IBCA 3280, 94-3 BCA 27103 (1994), Salzbury Industries v. US 905 F.2d 1518 (Fed Cir 1990) and Goetz Demolition ASBCA 39129, 90-3 BCA 23241 (1990) for use in analyzing the Option 8 deletion issue of whether the proper method for pricing the deleted work is under the termination for convenience clause or as a deductive change. | 2.80 | 420.00 | MH |
| Dec-18-01 | Continue review and analysis of MDI's Phase II St. Louis claim for delay, unresolved work, and outstanding claims. | 2.20 | 330.00 | MH |

Law Firm of
Zampi and Associates

General Services Administration
**Billing Period: November 21, 2001 through December 20, 2001**
Dispute with AMEC Construction Management, Inc.
January 4, 2002
Page 4

| | | | | |
|---|---|---|---|---|
| Dec-19-01 | Review of Option 8 documents; draft chronology of facts for use in legal analysis of the deletion of the Option 8 work as a termination for convenience or as a deductive change. | 5.40 | 810.00 | MH |
| Dec-19-01 | Review and analysis of P-24, P-200, and the complaint in Fed. Cl. No. 99-279 for use in the analysis of the deletion of the Option 8 work as a termination for convenience or a deductive change. | 1.60 | 240.00 | MH |
| Dec-20-01 | Finalize chronology of facts relating to the Option 8 issues of whether the deletion of work should be a termination for convenience or a deductive change. | 2.60 | 390.00 | MH |
| Dec-20-01 | Review and analysis of Kinetic Engineering and Construction ASBCA 39129, 90-3 BCA 23241 (1990), American Construction and Energy ASBCA 30726, 89-1 BCA 21397 (1989), Celesco Industries ASBCA 22251, 79-1 BCA 13604 (1979), JW Bateson v. US 308 F2d 510 (5th Cir 1962) and Robinson Contracting v. US 16 Cl Ct. 676 (1989) for use in whether the deletion of the Option 8 work is proper as a termination for convenience or as a deductive change. | 2.90 | 435.00 | MH |
| | Totals | 61.20 | $9,180.00 | |

01/07/2002 18:51 FAX 8169263571 6PC 005

PASSENGER TICKET AND BAGGAGE CHECK
SUBJECT TO CONDITIONS OF CONTRACT
NOT TRANSFERABLE

112365 285 57626

PASSENGER RECEIPT SITI

ARC

AMERICAN AIRLINES A05527793 HOM/MARTIN
GETAWAY TRAVEL CENTRE SAN MARCOS CAUS 7DEC01 SANDFWAA2004 K10DEC
HOM/MARTIN Q67W66/UA KR26D 0 5880/ XDFWMCIAA 871 K10DEC
NOT VALID FOR THIS IS YOUR RECEIPT MCIDFWAA1573 K12DEC
TRANSPORTATION SIUSF XDFWSANAA2025 K12DEC

FP AX371380280911006 EXP0702/ 183230 FC 10DEC SAN
AA X/DFW AA MCI 265.11 AA X/DFW AA SAN 265.11
USD530.22 END ZPSANDFWMCIDFW XT 11.00ZP 12.00XFSAN3
DFW3MCI3DFW3

FARE USD530.22
TAX US39.78
TAX XT23.00
TOTAL USD593.00

STOCK CONTROL NO. 20285552932 0 001 7200946579 5

NOT VALID FOR TRAVEL
0 001 7200946579 5

DOLLAR RENT A CAR

KANSAS CITY AIRPORT

TRANSACTION RECORD

| | |
|---|---|
| RENTAL RECORD: | AN2087746 |
| HOM | MARTIN ANTHO |
| COMPLETED BY: | 301445 |
| RENTED: | KANSAS CITY AIRPORT |
| RENTAL: | 12-10-01 2238 |
| RETURN: | 12-12-01 1533 |
| MILES IN: 14962 | OUT: 14826 |
| MILES DRIVEN: | 136 |
| PLAN IN/OUT: | SPC /RCUD1 |
| CLS: ECAR | |

| | | |
|---|---|---|
| 2 DAYS | 39.99 | 79.98 |
| SUBTOT | | 79.98 |
| APCONRGFEE | | 7.20 |
| FLTXRECSUR | | 2.10 |
| CUSTFACCHG | | 6.00 |
| TAXABLE TOT | | 95.28 |
| Sales Tax | 6.850 | 6.53 |
| NET DUE | | 101.81 |
| PAYMENTS | | -101.81 |
| PAID BY: | MC | |
| CREDIT CARD #: | | **********7344 |

DOLLAR MAKES SENSE

THANK YOU FOR CHOOSING DOLLAR RENT A CAR

EXPRESS MART
1331 E BANNISTER
KANSAS CITY MO 64131

EXPRESS MART
1331 E BANNISTER
KANSAS CITY MO
64131

****CHARGE****

Store ID#96250237?3-1
DATE: 12/12/01
HOM/MARTIN A
MASTERCARD 11/02
Acct#:
************7344
REF #: 1755
Auth#: 798378
PUMP #2
UNLD 4.027G
SELF-SERVE
PRICE/GAL: $ 0.959

FUEL TOTAL $ 3.86
TOTAL $ 3.86

I AGREE TO PAY THE
ABOVE TOTAL AMOUNT
ACCORDING TO THE
CARD ISSUER
AGREEMENT

THANK YOU

HAVE A NICE DAY

01/07/2002 18:51 FAX 8189263571 6PC 007

COURTYARD Marriott

KC SOUTH
KANSAS CITY MO 64131
816-941-3333

GUEST CHARGES SUMMARY

Toll Free Reservations (800) 321-2211

*THANK YOU FOR SELECTING COURTYARD BY MARRIOTT FOR YOUR TRIP. WE TRUST THAT YOUR EXPERIENCE WITH US HAS INCLUDED WARM AND GRACIOUS SERVICE, AND THE TYPE OF ACCOMMODATIONS EXPECTED.*

*WE LOOK FORWARD TO SERVING YOU AGAIN ON FUTURE TRIPS. FOR ADDITIONAL RESERVATIONS, CALL OUR TOLL-FREE RESERVATION NUMBER, (800) 321-2211.*

KC SOUTH Courtyard Staff

MARTIN HOM
225 BROADWAY
SAN DIEGO CA 92010

| | | |
|---|---|---|
| ROOM | 233 | REGA |
| ROOM TYPE | GENR | 05527793 |
| NO. OF GUESTS | 1 | |
| RATE | 79.00 | |
| CLERK | | |

| ARRIVE | TIME | DEPART | TIME | FOLIO # |
|---|---|---|---|---|
| 10Dec01 | 11:17p | 12Dec01 | | GB-84347 |

| DATE | REFERENCE NUMBER | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|---|
| 10Dec01 | CT233 | CITY TAX | 5.14 | |
| 10Dec01 | RB233 | ROOM CHARGE | 79.00 | |
| 10Dec01 | RT233 | ROOM TAX | 5.21 | |
| 11Dec01 | RB233 | ROOM CHARGE | 79.00 | |
| 11Dec01 | RT233 | ROOM TAX | 5.21 | |
| 11Dec01 | CT233 | CITY TAX | 5.14 | |
| 12Dec01 | MC233 | MASTER CARD | | 178.70- |

```
***************************************
* Your MASTER CARD card on file       *
* will be charged $   178.70          *
***************************************
```

** BALANCE ** .00

To enroll in Marriott rewards, call • 1-800-249-0800

SIGNATURE__________________________

FORM 6-2784 REV. 3/00

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
17871 Park Plaza Drive, Suite 200
CERRITOS, CALIFORNIA 90703
(562) 653-3200 (714) 826-5480

Billing questions: invoices@aalrr.com

GSA-GENERAL SERVICES
ADMINISTRATION
PROPERTY DEVELOPMENT DIVISION (6PC)
ATTN: KAREN POOLE
1500 E. BANNISTER ROAD
KANSAS CITY, MO 64131

DECEMBER 31, 2003
INVOICE NO. 236071
CLIENT NO. 005700
GAC
PAGE: 1

This Statement is payable in full upon presentation. Amounts remaining unpaid after 30 days shall be subjected to service charge of 1.0% per month. Annual rate of 12%

PLEASE INCLUDE INVOICE NUMBER ON REMITTANCE

ENCLOSED PLEASE FIND STATEMENT DATED DECEMBER 31, 2003 ITEMIZING CURRENT PROFESSIONAL SERVICES AND DISBURSEMENTS.

| MATTER/DESCRIPTION | FEES | DISB. | TOTAL |
|---|---|---|---|
| AMEC CONSTRUCTION MANAGEMENT | 2,520.00 | 0.00 | 2,520.00 |
| | | DECEMBER BILLING: | 2,520.00 |

AALRR 10208

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
17871 Park Plaza Drive, Suite 200
CERRITOS, CALIFORNIA 90703
(562) 653-3200 (714) 826-5480

Billing questions: invoices@aalrr.com

GSA-GENERAL SERVICES
ADMINISTRATION
PROPERTY DEVELOPMENT DIVISION (6PC)
ATTN: KAREN POOLE
1500 E. BANNISTER ROAD
KANSAS C ITY, MO 64131

DECEMBER 31, 2003
INVOICE NO. 236071
CLIENT NO. 005700
GAC
PAGE: 2

This Statement is payable in full upon presentation. Amounts remaining unpaid after 30 days shall be subjected to service charge of 1.0% per month. Annual rate of 12%

PLEASE INCLUDE INVOICE NUMBER ON REMITTANCE

AMEC CONSTRUCTION MANAGEMENT

| Date | | Atty. | Hrs. | Amt. |
|---|---|---|---|---|
| 12/23/03 | ANALYZE CRSS EXECUTIVE SUMMARY OF POST TERMINATION ISSUES | MAH | 1.00 | 180.00 |
| 12/24/03 | ANALYZE BACKUP DOCUMENTS FOR EXCESS REPROCUREMENT COSTS | MAH | 3.50 | 630.00 |
| 12/29/03 | LEGAL RESEARCH RE EXCESS REPROCUREMENT COSTS | MAH | 2.50 | 450.00 |
| 12/29/03 | ANALYZE BACKUP DOCUMENTS FOR EXCESS REPROCUREMENT COSTS | MAH | 3.00 | 540.00 |
| 12/31/03 | ANALYZE BACKUP DOCUMENTS FOR EXCESS REPROCUREMENT COSTS | MAH | 4.00 | 720.00 |

CURRENT FEES: $ 2,520.00

**FEE SUMMARY**

| NAME | INT | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| HOM, MARTIN, A. | MAH | 180/hr. | 14.00 | 2,520.00 |

FEE SUMMARY TOTAL 2,520.00

**TOTAL MATTER BILLING 2,520.00**

| | |
|---|---|
| **TOTAL CURRENT FEES** | **2,520.00** |
| **TOTAL CURRENT DISBURSEMENTS** | **0.00** |
| **DECEMBER BILLING** | **2,520.00** |
| **PREVIOUS BALANCE** | **0.00** |

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
17871 Park Plaza Drive, Suite 200
CERRITOS, CALIFORNIA 90703
(562) 653-3200 (714) 826-5480

Billing questions: invoices@aalrr.com

GSA-GENERAL SERVICES
ADMINISTRATION
PROPERTY DEVELOPMENT DIVISION (6PC)
ATTN: KAREN POOLE
1500 E. BANNISTER ROAD
KANSAS C ITY, MO 64131

DECEMBER 31, 2003
INVOICE NO. 236071
CLIENT NO. 005700
GAC
PAGE: 3

This Statement is payable in full upon presentation. Amounts remaining unpaid after 30 days shall be subjected to service charge of 1.0% per month. Annual rate of 12%

PLEASE INCLUDE INVOICE NUMBER ON REMITTANCE

**BALANCE DUE** 2,520.00

ACCOUNT STATUS THROUGH THIS STATEMENT

| CURRENT | 1 MONTH | 2 MONTHS | 3 MONTHS | 4 & OVER |
|---|---|---|---|---|
| 2,520.00 | 0.00 | 0.00 | 0.00 | 0.00 |

AALRR 10210

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
17871 Park Plaza Drive, Suite 200
CERRITOS, CALIFORNIA 90703
(562) 653-3200 (714) 826-5480

Billing questions: invoices@aalrr.com

GSA-GENERAL SERVICES
ADMINISTRATION
PROPERTY DEVELOPMENT DIVISION (6PC)
ATTN: KAREN POOLE
1500 E. BANNISTER ROAD
KANSAS C ITY, MO 64131

JANUARY 31, 2004
INVOICE NO. 237936
CLIENT NO. 005700
GAC
PAGE: 1

This Statement is payable in full upon presentation. Amounts remaining unpaid after 30 days shall be subjected to service charge of 1.0% per month. Annual rate of 12%

PLEASE INCLUDE INVOICE NUMBER ON REMITTANCE

ENCLOSED PLEASE FIND STATEMENT DATED JANUARY 31, 2004 ITEMIZING CURRENT PROFESSIONAL SERVICES AND DISBURSEMENTS.

| MATTER/DESCRIPTION | FEES | DISB | TOTAL |
|---|---|---|---|
| AMEC CONSTRUCTION MANAGEMENT | 5,220.00 | 2.67 | 5,222.67 |
| | | JANUARY BILLING: | 5,222.67 |

AALRR 10211

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
17871 Park Plaza Drive, Suite 200
CERRITOS, CALIFORNIA 90703
(562) 653-3200 (714) 826-5480

Billing questions: invoices@aalrr.com

GSA-GENERAL SERVICES
ADMINISTRATION
PROPERTY DEVELOPMENT DIVISION (6PC)
ATTN: KAREN POOLE
1500 E. BANNISTER ROAD
KANSAS CITY, MO 64131

JANUARY 31, 2004
INVOICE NO. 237936
CLIENT NO. 005700
GAC
PAGE: 2

This Statement is payable in full upon presentation. Amounts remaining unpaid after 30 days shall be subjected to service charge of 1.0% per month. Annual rate of 12%

PLEASE INCLUDE INVOICE NUMBER ON REMITTANCE

AMEC CONSTRUCTION MANAGEMENT

| Date | | Atty. | Hrs. | Amt. |
|---|---|---|---|---|
| 01/02/04 | ANALYZE BACKUP DOCUMENTS FOR EXCESS REPROCUREMENT CLAIM | MAH | 5.00 | 900.00 |
| 01/14/04 | TRAVEL FROM SAN DIEGO TO KANSAS CITY | MAH | 5.00 | 900.00 |
| 01/15/04 | ANALYZE POST-TERMINATION ISSUE FILES AND SPREADSHEETS FOR EXCESS REPROCUREMENT CLAIM ON THE ST. LOUIS COURTHOUSE PROJECT | MAH | 7.50 | 1,350.00 |
| 01/16/04 | TRAVEL FROM KANSAS CITY TO SAN DIEGO | MAH | 6.50 | 1,170.00 |
| 01/16/04 | ANALYZE POST-TERMINATION ISSUE FILE AND SPREADSHEETS FOR EXCESS REPROCUREMENT CLAIM ON THE ST. LOUIS COURTHOUSE | MAH | 4.00 | 720.00 |
| 01/20/04 | LEGAL RESEARCH RE EXCESS REPROCUREMENT COST BURDEN OF PROOF | MAH | 1.00 | 180.00 |

CURRENT FEES: $ 5,220.00

AMEC CONSTRUCTION MANAGEMENT

DISBURSEMENTS:

| | | |
|---|---|---|
| 01/31/04 | POSTAGE | 2.67 |

CURRENT DISBURSEMENTS $2.67

FEE SUMMARY

| NAME | INT | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| HOM, MARTIN, A. | MAH | 180/hr. | 29.00 | 5,220.00 |

FEE SUMMARY TOTAL 5,220.00

AALRR 10212

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
17871 Park Plaza Drive, Suite 200
CERRITOS, CALIFORNIA 90703
(562) 653-3200 (714) 826-5480

Billing questions: invoices@aalrr.com

GSA-GENERAL SERVICES
ADMINISTRATION
PROPERTY DEVELOPMENT DIVISION (6PC)
ATTN: KAREN POOLE
1500 E. BANNISTER ROAD
KANSAS C ITY, MO 64131

JANUARY 31, 2004
INVOICE NO. 237936
CLIENT NO. 005700
GAC
PAGE: 3

This Statement is payable in full upon presentation. Amounts remaining unpaid after 30 days shall be subjected to service charge of 1.0% per month. Annual rate of 12%

PLEASE INCLUDE INVOICE NUMBER ON REMITTANCE

| | |
|---|---|
| TOTAL MATTER BILLING | 5,222.67 |
| TOTAL CURRENT FEES | 5,220.00 |
| TOTAL CURRENT DISBURSEMENTS | 2.67 |
| JANUARY BILLING | 5,222.67 |
| PREVIOUS BALANCE | 2,520.00 |
| BALANCE DUE | 7,742.67 |

ACCOUNT STATUS THROUGH THIS STATEMENT

| CURRENT | 1 MONTH | 2 MONTHS | 3 MONTHS | 4 & OVER |
|---|---|---|---|---|
| 5,222.67 | 2,520.00 | 0.00 | 0.00 | 0.00 |

AALRR 10213

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
17871 Park Plaza Drive, Suite 200
CERRITOS, CALIFORNIA 90703
(562) 653-3200 (714) 826-5480

Billing questions: invoices@aalrr.com

GSA-GENERAL SERVICES
ADMINISTRATION
PROPERTY DEVELOPMENT DIVISION (6PC)
ATTN: KAREN POOLE
1500 E. BANNISTER ROAD
KANSAS CITY, MO 64131

OCTOBER 31, 2004
INVOICE NO. 248480
CLIENT NO. 005700
GAC
PAGE: 1

This Statement is payable in full upon presentation. Amounts remaining unpaid after 30 days shall be subjected to service charge of 1.0% per month. Annual rate of 12%

PLEASE INCLUDE INVOICE NUMBER ON REMITTANCE

ENCLOSED PLEASE FIND STATEMENT DATED OCTOBER 31, 2004 ITEMIZING CURRENT PROFESSIONAL SERVICES AND DISBURSEMENTS.

| MATTER/DESCRIPTION | FEES | DISB | TOTAL |
|---|---|---|---|
| AMEC CONSTRUCTION MANAGEMENT - 00003 | 4,680.00 | 536.60 | 5,216.60 |

| | |
|---|---|
| OCTOBER BILLING: | 5,216.60 |
| **TOTAL OCTOBER BILLING:** | **5,216.60** |

AALRR 10214

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
17871 Park Plaza Drive, Suite 200
CERRITOS, CALIFORNIA 90703
(562) 653-3200 (714) 826-5480

Billing questions: invoices@aalrr.com

GSA-GENERAL SERVICES
ADMINISTRATION
PROPERTY DEVELOPMENT DIVISION (6PC)
ATTN: KAREN POOLE
1500 E. BANNISTER ROAD
KANSAS C ITY, MO 64131

OCTOBER 31, 2004
INVOICE NO. 248480
CLIENT NO. 005700
GAC
PAGE: 2

This Statement is payable in full upon presentation. Amounts remaining unpaid after 30 days shall be subjected to service charge of 1.0% per month. Annual rate of 12%.

PLEASE INCLUDE INVOICE NUMBER ON REMITTANCE

AMEC CONSTRUCTION MANAGEMENT - 00003

| Date | | Atty. | Hrs. | Amt. |
|---|---|---|---|---|
| 10/22/04 | TELEPHONE K. POOLE RE DISCOVERY OF EXCESS REPROCUREMENT COSTS | MAH | 0.50 | 90.00 |
| 10/22/04 | TELEPHONE S. SKARE RE EXCESS REPROCUREMENT COSTS | MAH | 0.50 | 90.00 |

CURRENT FEES: $ 4,680.00

DISBURSEMENTS:

| | | |
|---|---|---|
| 10/29/04 | TRAVEL EXPENSES | 536.60 |

CURRENT DISBURSEMENTS $536.60

**FEE SUMMARY**

| NAME | INT | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| HOM, MARTIN, A. | MAH | 180/hr. | 26.00 | 4,680.00 |

FEE SUMMARY TOTAL 4,680.00

**TOTAL MATTER BILLING** 5,216.60

**TOTAL CURRENT FEES** 4,680.00
**TOTAL CURRENT DISBURSEMENTS** 536.60

ATKINSON, ANDELSON, LOYA, RUUD & ROMO TAX ID# 95-3378600

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
17871 Park Plaza Drive, Suite 200
CERRITOS, CALIFORNIA 90703
(562) 653-3200 (714) 826-5480

Billing questions: invoices@aalrr.com

GSA-GENERAL SERVICES
ADMINISTRATION
PROPERTY DEVELOPMENT DIVISION (6PC)
ATTN: KAREN POOLE
1500 E. BANNISTER ROAD
KANSAS C ITY, MO 64131

OCTOBER 31, 2004
INVOICE NO. 248480
CLIENT NO. 005700
GAC
PAGE: 3

This Statement is payable in full upon presentation. Amounts remaining unpaid after 30 days shall be subjected to service charge of 1.0% per month. Annual rate of 12%

PLEASE INCLUDE INVOICE NUMBER ON REMITTANCE

| | |
|---|---|
| **OCTOBER BILLING** | **5,216.60** |
| PREVIOUS BALANCE | 8,362.36 |
| **BALANCE DUE** | **13,578.96** |

ACCOUNT STATUS THROUGH THIS STATEMENT

| CURRENT | 1 MONTH | 2 MONTHS | 3 MONTHS | 4 & OVER |
|---|---|---|---|---|
| 5,216.60 | 0.00 | 8,362.36 | 0.00 | 0.00 |

AALRR 10216

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
17871 Park Plaza Drive, Suite 200
CERRITOS, CALIFORNIA 90703
(562) 653-3200 (714) 826-5480

Billing questions: invoices@aalrr.com

GSA-GENERAL SERVICES
ADMINISTRATION
PROPERTY DEVELOPMENT DIVISION (6PC)
ATTN: KAREN POOLE
1500 E. BANNISTER ROAD
KANSAS CITY, MO 64131

DECEMBER 31, 2005
INVOICE NO. 266720
CLIENT NO. 005700
GAC
PAGE: 1

This Statement is payable in full upon presentation. Amounts remaining unpaid after 30 days shall be subjected to service charge of 1.0% per month. Annual rate of 12%

PLEASE INCLUDE INVOICE NUMBER ON REMITTANCE

ENCLOSED PLEASE FIND STATEMENT DATED DECEMBER 31, 2005 ITEMIZING CURRENT PROFESSIONAL SERVICES AND DISBURSEMENTS.

| MATTER/DESCRIPTION | FEES | DISB | TOTAL |
|---|---|---|---|
| AMEC CONSTRUCTION MANAGEMENT - 00003 | 4,410.00 | 0.00 | 4,410.00 |
| | | DECEMBER BILLING: | 4,410.00 |
| | | **TOTAL DECEMBER BILLING:** | **4,410.00** |

AALRR 10217

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
17871 Park Plaza Drive, Suite 200
CERRITOS, CALIFORNIA 90703
(562) 653-3200 (714) 826-5480

Billing questions: invoices@aalrr.com

GSA-GENERAL SERVICES
ADMINISTRATION
PROPERTY DEVELOPMENT DIVISION (6PC)
ATTN: KAREN POOLE
1500 E. BANNISTER ROAD
KANSAS CITY, MO 64131

DECEMBER 31, 2005
INVOICE NO. 266720
CLIENT NO. 005700
GAC
PAGE: 2

This Statement is payable in full upon presentation. Amounts remaining unpaid after 30 days shall be subjected to service charge of 1.0% per month. Annual rate of 12%

PLEASE INCLUDE INVOICE NUMBER ON REMITTANCE

AMEC CONSTRUCTION MANAGEMENT - 00003

| Date | | Atty. | Hrs. | Amt. |
|---|---|---|---|---|
| 12/14/05 | REVIEW POST TERMINATION ISSUES 1 THROUGH 7 AND BACKUP DOCUMENTATION | MAH | 1.50 | 270.00 |
| 12/21/05 | TRAVEL TO ST. LOUIS FROM SAN DIEGO | MAH | 6.50 | 1,170.00 |
| 12/21/05 | CONFERENCE K. POOLE RE REVIEW POST TERMINATION ISSUES 1 THROUGH 7 AND BACK UP DOCUMENTATION | MAH | 2.50 | 450.00 |
| 12/22/05 | CONFERENCE B. DAUBACH AND C. GUMMERE RE EXCESS REPROCUREMENT COSTS | MAH | 3.50 | 630.00 |
| 12/22/05 | TRAVEL FROM ST. LOUIS TO SAN DIEGO | MAH | 6.50 | 1,170.00 |
| 12/22/05 | CONFERENCE K. POOLE RE REVIEW OF POST TERMINATION ISSUES AND COSTS | MAH | 1.50 | 270.00 |
| 12/27/05 | CORRESPONDENCE G. BUTLER RE PHASE III COSTS | MAH | 0.30 | 54.00 |
| 12/27/05 | REVIEW POST TERMINATION COSTS AND BACKUP DOCUMENTATION | MAH | 2.20 | 396.00 |

CURRENT FEES: $ 4,410.00

**FEE SUMMARY**

| NAME | INT | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| HOM, MARTIN, A. | MAH | 180/hr. | 24.50 | 4,410.00 |
| | | FEE SUMMARY TOTAL | | 4,410.00 |

TOTAL MATTER BILLING 4,410.00

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
17871 Park Plaza Drive, Suite 200
CERRITOS, CALIFORNIA 90703
(562) 653-3200 (714) 826-5480

Billing questions: invoices@aalrr.com

GSA-GENERAL SERVICES
ADMINISTRATION
PROPERTY DEVELOPMENT DIVISION (6PC)
ATTN: KAREN POOLE
1500 E. BANNISTER ROAD
KANSAS CITY, MO 64131

DECEMBER 31, 2005
INVOICE NO. 266720
CLIENT NO. 005700
GAC
PAGE: 3

This Statement is payable in full upon presentation. Amounts remaining unpaid after 30 days shall be subjected to service charge of 1.0% per month. Annual rate of 12%

PLEASE INCLUDE INVOICE NUMBER ON REMITTANCE

| | |
|---|---|
| TOTAL CURRENT FEES | 4,410.00 |
| TOTAL CURRENT DISBURSEMENTS | 0.00 |
| **DECEMBER BILLING** | **4,410.00** |
| PREVIOUS BALANCE | 0.00 |
| **BALANCE DUE** | **4,410.00** |

ACCOUNT STATUS THROUGH THIS STATEMENT

| CURRENT | 1 MONTH | 2 MONTHS | 3 MONTHS | 4 & OVER |
|---|---|---|---|---|
| 4,410.00 | 0.00 | 0.00 | 0.00 | 0.00 |

AALRR 10219

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
17871 Park Plaza Drive, Suite 200
CERRITOS, CALIFORNIA 90703
(562) 653-3200 (714) 826-5480

Billing questions: invoices@aalrr.com

GSA-GENERAL SERVICES
ADMINISTRATION
PROPERTY DEVELOPMENT DIVISION (6PC)
ATTN: KAREN POOLE
1500 E. BANNISTER ROAD
KANSAS CITY, MO 64131

JANUARY 31, 2006
INVOICE NO. 268222
CLIENT NO. 005700
GAC
PAGE: 1

This Statement is payable in full upon presentation. Amounts remaining unpaid after 30 days shall be subjected to service charge of 1.0% per month. Annual rate of 12%

PLEASE INCLUDE INVOICE NUMBER ON REMITTANCE

ENCLOSED PLEASE FIND STATEMENT DATED JANUARY 31, 2006 ITEMIZING CURRENT PROFESSIONAL SERVICES AND DISBURSEMENTS.

| MATTER/DESCRIPTION | FEES | DISB | TOTAL |
|---|---|---|---|
| AMEC CONSTRUCTION MANAGEMENT - 00003 | 1,818.00 | 1,194.44 | 3,012.44 |
| | | JANUARY BILLING: | 3,012.44 |
| | | TOTAL JANUARY BILLING: | **3,012.44** |

AALRR 10220

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
17871 Park Plaza Drive, Suite 200
CERRITOS, CALIFORNIA 90703
(562) 653-3200 (714) 826-5480

Billing questions: invoices@aalrr.com

GSA-GENERAL SERVICES
ADMINISTRATION
PROPERTY DEVELOPMENT DIVISION (6PC)
ATTN: KAREN POOLE
1500 E. BANNISTER ROAD
KANSAS CITY, MO 64131

JANUARY 31, 2006
INVOICE NO. 268222
CLIENT NO. 005700
GAC
PAGE: 2

This Statement is payable in full upon presentation. Amounts remaining unpaid after 30 days shall be subjected to service charge of 1.0% per month. Annual rate of 12%

PLEASE INCLUDE INVOICE NUMBER ON REMITTANCE

AMEC CONSTRUCTION MANAGEMENT - 00003

| Date | | Atty. | Hrs. | Amt. |
|---|---|---|---|---|
| 01/24/06 | PREPARE FINAL DECISION FOR EXCESS REPROCUREMENT COSTS | MAH | 2.00 | 360.00 |
| 01/24/06 | REVIEW POST TERMINATION ISSUES AND BACKUP DOCUMENTATION | MAH | 3.50 | 630.00 |
| 01/25/06 | REVISE FINAL DECISION FOR EXCESS REPROCUREMENT COSTS | MAH | 1.00 | 180.00 |
| 01/26/06 | CORRESPONDENCE G. BUTLER FORWARDING DRAFT CONTRACTING OFFICER'S FINAL DECISION | MAH | 0.20 | 36.00 |

CURRENT FEES: $ 1,818.00

DISBURSEMENTS:

| | | |
|---|---|---|
| 01/09/06 | TRAVEL EXPENSES | 1,194.44 |

CURRENT DISBURSEMENTS $1,194.44

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
17871 Park Plaza Drive, Suite 200
CERRITOS, CALIFORNIA 90703
(562) 653-3200 (714) 826-5480

Billing questions: invoices@aalrr.com

GSA-GENERAL SERVICES
ADMINISTRATION
PROPERTY DEVELOPMENT DIVISION (6PC)
ATTN: KAREN POOLE
1500 E. BANNISTER ROAD
KANSAS CITY, MO 64131

JANUARY 31, 2006
INVOICE NO. 268222
CLIENT NO. 005700
GAC
PAGE: 3

This Statement is payable in full upon presentation. Amounts remaining unpaid after 30 days shall be subjected to service charge of 1.0% per month. Annual rate of 12%

PLEASE INCLUDE INVOICE NUMBER ON REMITTANCE

**FEE SUMMARY**

| NAME | INT | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| HOM, MARTIN, A. | MAH | 180/hr. | 10.10 | 1,818.00 |
| | | | FEE SUMMARY TOTAL | 1,818.00 |

| | |
|---|---|
| **TOTAL MATTER BILLING** | **3,012.44** |
| **TOTAL CURRENT FEES** | **1,818.00** |
| **TOTAL CURRENT DISBURSEMENTS** | **1,194.44** |
| **JANUARY BILLING** | **3,012.44** |
| **PREVIOUS BALANCE** | **4,410.00** |
| **BALANCE DUE** | **7,422.44** |

**ACCOUNT STATUS THROUGH THIS STATEMENT**

| CURRENT | 1 MONTH | 2 MONTHS | 3 MONTHS | 4 & OVER |
|---|---|---|---|---|
| 3,012.44 | 4,410.00 | 0.00 | 0.00 | 0.00 |

AALRR 10222

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
17871 Park Plaza Drive, Suite 200
CERRITOS, CALIFORNIA 90703
(562) 653-3200 (714) 826-5480

Billing questions: invoices@aalrr.com

GSA-GENERAL SERVICES
ADMINISTRATION
FINANCE DIVISION (7BCP)
P. O. BOX 17181
FORT WORTH, TX 76102-0181

DECEMBER 31, 2006
INVOICE NO. 283563
CLIENT NO. 005700
GAC
PAGE: 1

This Statement is payable in full upon presentation. Amounts remaining unpaid after 30 days shall be subjected to service charge of 1.0% per month. Annual rate of 12%

PLEASE INCLUDE INVOICE NUMBER ON REMITTANCE

ENCLOSED PLEASE FIND STATEMENT DATED DECEMBER 31, 2006 ITEMIZING CURRENT PROFESSIONAL SERVICES AND DISBURSEMENTS.

| MATTER/DESCRIPTION | FEES | DISB | TOTAL |
|---|---|---|---|
| AMEC CONSTRUCTION MANAGEMENT - 00003 | 180.00 | 0.00 | 180.00 |
| MISCELLANEOUS DISBURSEMENTS - 88888 | 0.00 | 6.00 | 6.00 |
| | | DECEMBER BILLING: | 186.00 |
| | | **TOTAL DECEMBER BILLING:** | **186.00** |

AALRR 10223

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
17871 Park Plaza Drive, Suite 200
CERRITOS, CALIFORNIA 90703
(562) 653-3200 (714) 826-5480

Billing questions: invoices@aalrr.com

GSA-GENERAL SERVICES
ADMINISTRATION
FINANCE DIVISION (7BCP)
P. O. BOX 17181
FORT WORTH, TX 76102-0181

DECEMBER 31, 2006
INVOICE NO. 283563
CLIENT NO. 005700
GAC
PAGE: 2

This Statement is payable in full upon presentation. Amounts remaining unpaid after 30 days shall be subjected to service charge of 1.0% per month. Annual rate of 12%

PLEASE INCLUDE INVOICE NUMBER ON REMITTANCE

AMEC CONSTRUCTION MANAGEMENT - 00003

| Date | | Atty. | Hrs. | Amt. |
|---|---|---|---|---|
| 12/13/06 | REVIEW BACKUP DOCUMENTATION PREPARED BY JFI RE POST TERMINATION ISSUES 7 THROUGH 11 | MAH | 0.70 | 126.00 |
| 12/13/06 | CORRESPONDENCE G. BUTLER RE MISSING POST TERMINATION ISSUE AND BACKUP DOCUMENTATION | MAH | 0.30 | 54.00 |

CURRENT FEES: $ 180.00

**FEE SUMMARY**

| NAME | INT | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| HOM, MARTIN, A. | MAH | 180/hr. | 1.00 | 180.00 |
| | | FEE SUMMARY TOTAL | | 180.00 |

**TOTAL MATTER BILLING 180.00**

MISCELLANEOUS DISBURSEMENTS - 88888

DISBURSEMENTS:

| | | |
|---|---|---|
| 12/06/06 | FAX/TELECOPY CHARGES | 6.00 |

CURRENT DISBURSEMENTS $6.00

**TOTAL MATTER BILLING 6.00**

**TOTAL CURRENT FEES 180.00**
**TOTAL CURRENT DISBURSEMENTS 6.00**
**DECEMBER BILLING 186.00**

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
17871 Park Plaza Drive, Suite 200
CERRITOS, CALIFORNIA 90703
(562) 653-3200 (714) 826-5480

Billing questions: invoices@aalrr.com

GSA-GENERAL SERVICES
ADMINISTRATION
FINANCE DIVISION (7BCP)
P. O. BOX 17181
FORT WORTH, TX 76102-0181

DECEMBER 31, 2006
INVOICE NO. 283563
CLIENT NO. 005700
GAC
PAGE: 3

This Statement is payable in full upon presentation. Amounts remaining unpaid after 30 days shall be subjected to service charge of 1.0% per month. Annual rate of 12%

PLEASE INCLUDE INVOICE NUMBER ON REMITTANCE

| | |
|---|---|
| PREVIOUS BALANCE | 0.00 |
| **BALANCE DUE** | **186.00** |

**ACCOUNT STATUS THROUGH THIS STATEMENT**

| CURRENT | 1 MONTH | 2 MONTHS | 3 MONTHS | 4 & OVER |
|---|---|---|---|---|
| 186.00 | 0.00 | 0.00 | 0.00 | 0.00 |

AALRR 10225

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
17871 Park Plaza Drive, Suite 200
CERRITOS, CALIFORNIA 90703
(562) 653-3200 (714) 826-5480

Billing questions: invoices@aalrr.com

GSA-GENERAL SERVICES
ADMINISTRATION
FINANCE DIVISION (7BCP)
P. O. BOX 17181
FORT WORTH, TX 76102-0181

APRIL 30, 2007
INVOICE NO. 290131
CLIENT NO. 005700
GAC
PAGE: 1

This Statement is payable in full upon presentation. Amounts remaining unpaid after 30 days shall be subjected to service charge of 1.0% per month. Annual rate of 12%

PLEASE INCLUDE INVOICE NUMBER ON REMITTANCE

ENCLOSED PLEASE FIND STATEMENT DATED APRIL 30, 2007 ITEMIZING CURRENT PROFESSIONAL SERVICES AND DISBURSEMENTS.

| MATTER/DESCRIPTION | FEES | DISB | TOTAL |
|---|---|---|---|
| AMEC CONSTRUCTION MANAGEMENT - 00003 | 4,770.00 | 0.00 | 4,770.00 |

APRIL BILLING: 4,770.00

**TOTAL APRIL BILLING: 4,770.00**

AALRR 10226

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
17871 Park Plaza Drive, Suite 200
CERRITOS, CALIFORNIA 90703
(562) 653-3200 (714) 826-5480

Billing questions: invoices@aalrr.com

GSA-GENERAL SERVICES
ADMINISTRATION
FINANCE DIVISION (7BCP)
P. O. BOX 17181
FORT WORTH, TX 76102-0181

APRIL 30, 2007
INVOICE NO. 290131
CLIENT NO. 005700
GAC
PAGE: 2

This Statement is payable in full upon presentation. Amounts remaining unpaid after 30 days shall be subjected to service charge of 1.0% per month. Annual rate of 12%

PLEASE INCLUDE INVOICE NUMBER ON REMITTANCE

AMEC CONSTRUCTION MANAGEMENT - 00003

| Date | | Atty. | Hrs. | Amt. |
|---|---|---|---|---|
| 04/16/07 | REVIEW EXCESS REPROCUREMENT COSTS FILE AND BACK UP FOR CONTRACTING OFFICER'S FINAL DECISION IN PREPARATION FOR MEETING WITH D. KIRCHNER AND C. CROW | MAH | 1.00 | 180.00 |
| 04/17/07 | TRAVEL TO ST. LOUIS FOR CONFERENCE WITH D. KIRCHNER, C. CROW RE EXCESS REPROCUREMENT COSTS | MAH | 7.00 | 1,260.00 |
| 04/18/07 | CONFERENCE D. KIRCHNER, C. CROW RE EXCESS REPROCUREMENT COSTS | MAH | 8.50 | 1,530.00 |
| 04/19/07 | TRAVEL FROM ST. LOUIS FOR CONFERENCE D. KIRCHNER, C. CROW RE EXCESS REPROCUREMENT COSTS | MAH | 7.00 | 1,260.00 |
| 04/19/07 | CONFERENCE D. KIRCHNER, C. CROW RE EXCESS REPROCUREMENT COSTS | MAH | 2.00 | 360.00 |
| 04/21/07 | CONFERENCE K. POOLE RE EXCESS REPROCUREMENT COSTS | MAH | 1.00 | 180.00 |

CURRENT FEES: $ 4,770.00

FEE SUMMARY

| NAME | INT | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| HOM, MARTIN, A. | MAH | 180/hr. | 26.50 | 4,770.00 |

FEE SUMMARY TOTAL 4,770.00

TOTAL MATTER BILLING 4,770.00

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
17871 Park Plaza Drive, Suite 200
CERRITOS, CALIFORNIA 90703
(562) 653-3200 (714) 826-5480

Billing questions: invoices@aalrr.com

GSA-GENERAL SERVICES
ADMINISTRATION
FINANCE DIVISION (7BCP)
P. O. BOX 17181
FORT WORTH, TX 76102-0181

APRIL 30, 2007
INVOICE NO. 290131
CLIENT NO. 005700
GAC
PAGE: 3

This Statement is payable in full upon presentation. Amounts remaining unpaid after 30 days shall be subjected to service charge of 1.0% per month. Annual rate of 12%.

PLEASE INCLUDE INVOICE NUMBER ON REMITTANCE

| | |
|---|---|
| TOTAL CURRENT FEES | 4,770.00 |
| TOTAL CURRENT DISBURSEMENTS | 0.00 |
| **APRIL BILLING** | **4,770.00** |
| PREVIOUS BALANCE | 0.00 |
| **BALANCE DUE** | **4,770.00** |

ACCOUNT STATUS THROUGH THIS STATEMENT

| CURRENT | 1 MONTH | 2 MONTHS | 3 MONTHS | 4 & OVER |
|---|---|---|---|---|
| 4,770.00 | 0.00 | 0.00 | 0.00 | 0.00 |

AALRR 10228

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
17871 Park Plaza Drive, Suite 200
CERRITOS, CALIFORNIA 90703
(562) 653-3200 (714) 826-5480

Billing questions: invoices@aalrr.com

GSA-GENERAL SERVICES
ADMINISTRATION
FINANCE DIVISION (7BCP)
GSO6P04GZM001; #PJ4F00145
P. O. BOX 17181
FORT WORTH, TX 76102-0181

MAY 31, 2007
INVOICE NO. 292212
CLIENT NO. 005700
GAC
PAGE: 1

This Statement is payable in full upon presentation. Amounts remaining unpaid after 30 days shall be subjected to service charge of 1.0% per month. Annual rate of 12%

PLEASE INCLUDE INVOICE NUMBER ON REMITTANCE

ENCLOSED PLEASE FIND STATEMENT DATED MAY 31, 2007 ITEMIZING CURRENT PROFESSIONAL SERVICES AND DISBURSEMENTS.

| MATTER/DESCRIPTION | FEES | DISB | TOTAL |
|---|---|---|---|
| AMEC CONSTRUCTION MANAGEMENT - 00003 | 7,434.00 | 1,135.28 | 8,569.28 |
| | | MAY BILLING: | 8,569.28 |
| | | **TOTAL MAY BILLING:** | **8,569.28** |

AALRR 10229

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
17871 Park Plaza Drive, Suite 200
CERRITOS, CALIFORNIA 90703
(562) 653-3200 (714) 826-5480

Billing questions: invoices@aalrr.com

GSA-GENERAL SERVICES
ADMINISTRATION
FINANCE DIVISION (7BCP)
GS06P04GZM001; #PJ4F00145
P. O. BOX 17181
FORT WORTH, TX 76102-0181

MAY 31, 2007
INVOICE NO. 292212
CLIENT NO. 005700
GAC
PAGE: 2

This Statement is payable in full upon presentation. Amounts remaining unpaid after 30 days shall be subjected to service charge of 1.0% per month. Annual rate of 12%.

PLEASE INCLUDE INVOICE NUMBER ON REMITTANCE

AMEC CONSTRUCTION MANAGEMENT - 00003

| Date | | Atty. | Hrs. | Amt. |
|---|---|---|---|---|
| 05/10/07 | CORRESPONDENCE C. CROW RE BACK UP DOCUMENTATION FOR CONTRACTING OFFICER'S FINAL DECISION ON EXCESS REPROCUREMENT COSTS | MAH | 0.50 | 90.00 |
| 05/14/07 | TELEPHONE C. CROW AND D. PHILLIPS RE MEETING TO DISCUSS CALCULATION OF EXCESS REPROCUREMENT COSTS | MAH | 0.20 | 36.00 |
| 05/15/07 | TELEPHONE D. KIRCHNER RE REVISION TO EXCESS REPROCUREMENT FINAL DECISION | MAH | 1.50 | 270.00 |
| 05/15/07 | REVIEW AND ASSEMBLE ELECTRONIC MAIL FILES FOR POTENTIAL PRODUCTION TO AMEC | MAH | 0.50 | 90.00 |
| 05/21/07 | TRAVEL TO KANSAS CITY FOR CONFERENCE WITH G. BUTLER, T. PAGE, C. CROW AND B. DAUBACH RE REVISIONS TO EXCESS PROCUREMENT COST CLAIMS | MAH | 5.00 | 900.00 |
| 05/22/07 | CONFERENCE G. BUTLER, T. PAGE, C. CROW AND B. DAUBACH AND REVIEW FILES RE REVISIONS TO EXCESS REPROCUREMENT COST CLAIM | MAH | 8.00 | 1,440.00 |
| 05/23/07 | CONFERENCE G. BUTLER, T. PAGE, C. CROW AND B. DAUBACH AND REVIEW FILES RE REVISIONS TO EXCESS REPROCUREMENT COST CLAIM | MAH | 8.00 | 1,440.00 |

AALRR 10230

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
17871 Park Plaza Drive, Suite 200
CERRITOS, CALIFORNIA 90703
(562) 653-3200 (714) 826-5480

Billing questions: invoices@aalrr.com

GSA-GENERAL SERVICES
ADMINISTRATION
FINANCE DIVISION (7BCP)
GSO6P04GZM001; #PJ4F00145
P. O. BOX 17181
FORT WORTH, TX 76102-0181

MAY 31, 2007
INVOICE NO. 292212
CLIENT NO. 005700
GAC
PAGE: 3

This Statement is payable in full upon presentation. Amounts remaining unpaid after 30 days shall be subjected to service charge of 1.0% per month. Annual rate of 12%

PLEASE INCLUDE INVOICE NUMBER ON REMITTANCE

AMEC CONSTRUCTION MANAGEMENT - 00003

| Date | | Atty. | Hrs. | Amt. |
|---|---|---|---|---|
| 05/24/07 | CONFERENCE G. BUTLER, T. PAGE, C. CROW AND REVIEW FILES RE REVISIONS TO EXCESS REPROCUREMENT COST CLAIM | MAH | 8.00 | 1,440.00 |
| 05/25/07 | CONFERENCE G. BUTLER AND C. CROW AND REVIEW FILES RE REVISIONS TO EXCESS REPROCUREMENT COST CLAIM | MAH | 3.00 | 540.00 |

CURRENT FEES: $ 7,434.00

DISBURSEMENTS:

| | | |
|---|---|---|
| 04/17/07 | TRAVEL EXPENSES | 1,135.28 |
| | CURRENT DISBURSEMENTS | $1,135.28 |

FEE SUMMARY

| NAME | INT | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| HOM, MARTIN, A. | MAH | 180/hr. | 41.30 | 7,434.00 |

FEE SUMMARY TOTAL 7,434.00

TOTAL MATTER BILLING 8,569.28

TOTAL CURRENT FEES 7,434.00

ATKINSON, ANDELSON, LOYA, RUUD & ROMO TAX ID# 95-3378600

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
17871 Park Plaza Drive, Suite 200
CERRITOS, CALIFORNIA 90703
(562) 653-3200 (714) 826-5480

Billing questions: invoices@aalrr.com

GSA-GENERAL SERVICES
ADMINISTRATION
FINANCE DIVISION (7BCP)
GSO6P04GZM001; #PJ4F00145
P. O. BOX 17181
FORT WORTH, TX 76102-0181

MAY 31, 2007
INVOICE NO. 292212
CLIENT NO. 005700
GAC
PAGE: 4

This Statement is payable in full upon presentation. Amounts remaining unpaid after 30 days shall be subjected to service charge of 1.0% per month. Annual rate of 12%

PLEASE INCLUDE INVOICE NUMBER ON REMITTANCE

| | |
|---|---|
| TOTAL CURRENT DISBURSEMENTS | 1,135.28 |
| **MAY BILLING** | **8,569.28** |
| PREVIOUS BALANCE | 4,770.00 |
| **BALANCE DUE** | **13,339.28** |

**ACCOUNT STATUS THROUGH THIS STATEMENT**

| CURRENT | 1 MONTH | 2 MONTHS | 3 MONTHS | 4 & OVER |
|---|---|---|---|---|
| 8,569.28 | 4,770.00 | 0.00 | 0.00 | 0.00 |

AALRR 10232

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
17871 Park Plaza Drive, Suite 200
CERRITOS, CALIFORNIA 90703
(562) 653-3200 (714) 826-5480

Billing questions: invoices@aalrr.com

GSA-GENERAL SERVICES
ADMINISTRATION
FINANCE DIVISION (7BCP)
GSO6P04GZM001; #PJ4F00145
P. O. BOX 17181
FORT WORTH, TX 76102-0181

JUNE 30, 2007
INVOICE NO. 293793
CLIENT NO. 005700
GAC
PAGE: 1

This Statement is payable in full upon presentation. Amounts remaining unpaid after 30 days shall be subjected to service charge of 1.0% per month. Annual rate of 12%

PLEASE INCLUDE INVOICE NUMBER ON REMITTANCE

ENCLOSED PLEASE FIND STATEMENT DATED JUNE 30, 2007 ITEMIZING CURRENT PROFESSIONAL SERVICES AND DISBURSEMENTS.

| MATTER/DESCRIPTION | FEES | DISB | TOTAL |
|---|---|---|---|
| AMEC CONSTRUCTION MANAGEMENT - 00003 | 0.00 | 1,653.21 | 1,653.21 |

JUNE BILLING: 1,653.21

**PAYMENT ALLOCATIONS**

| | | |
|---|---|---|
| 06/26/07 | PAYMENT ON ACCOUNT - THANK YOU | 4,770.00 |
| | TOTAL PAYMENTS | 4,770.00 |

TOTAL JUNE BILLING: **1,653.21**

AALRR 10233

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
17871 Park Plaza Drive, Suite 200
CERRITOS, CALIFORNIA 90703
(562) 653-3200 (714) 826-5480

Billing questions: invoices@aalrr.com

GSA-GENERAL SERVICES
ADMINISTRATION
FINANCE DIVISION (7BCP)
GSO6P04GZM001; #PJ4F00145
P. O. BOX 17181
FORT WORTH, TX 76102-0181

JUNE 30, 2007
INVOICE NO. 293793
CLIENT NO. 005700
GAC
PAGE: 2

This Statement is payable in full upon presentation. Amounts remaining unpaid after 30 days shall be subjected to service charge of 1.0% per month. Annual rate of 12%

PLEASE INCLUDE INVOICE NUMBER ON REMITTANCE

AMEC CONSTRUCTION MANAGEMENT - 00003

DISBURSEMENTS:

| | | |
|---|---|---|
| 05/25/07 | TRAVEL EXPENSES | 1,653.21 |
| | CURRENT DISBURSEMENTS | $1,653.21 |
| | TOTAL MATTER BILLING | 1,653.21 |

| | |
|---|---|
| TOTAL CURRENT FEES | 0.00 |
| TOTAL CURRENT DISBURSEMENTS | 1,653.21 |
| **JUNE BILLING** | **1,653.21** |
| JUNE CASH RECEIPTS | 4,770.00 |
| PREVIOUS BALANCE | 13,339.28 |
| **BALANCE DUE** | **10,222.49** |

ACCOUNT STATUS THROUGH THIS STATEMENT

| CURRENT | 1 MONTH | 2 MONTHS | 3 MONTHS | 4 & OVER |
|---|---|---|---|---|
| 1,653.21 | 8,569.28 | 0.00 | 0.00 | 0.00 |

AALRR 10234

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
17871 Park Plaza Drive, Suite 200
CERRITOS, CALIFORNIA 90703
(562) 653-3200 (714) 826-5480

Billing questions: invoices@aalrr.com

GSA-GENERAL SERVICES
ADMINISTRATION
FINANCE DIVISION (7BCP)
GSO6P04GZM001; #PJ4F00145
P. O. BOX 17181
FORT WORTH, TX 76102-0181

JULY 31, 2007
INVOICE NO. 295383
CLIENT NO. 005700
GAC
PAGE: 1

This Statement is payable in full upon presentation. Amounts remaining unpaid after 30 days shall be subjected to service charge of 1.0% per month. Annual rate of 12%

PLEASE INCLUDE INVOICE NUMBER ON REMITTANCE

ENCLOSED PLEASE FIND STATEMENT DATED JULY 31, 2007 ITEMIZING CURRENT PROFESSIONAL SERVICES AND DISBURSEMENTS.

| MATTER/DESCRIPTION | FEES | DISB | TOTAL |
|---|---|---|---|
| | | JULY BILLING: | 0.00 |

PAYMENT ALLOCATIONS

| | | |
|---|---|---|
| 07/16/07 | PAYMENT ON ACCOUNT - THANK YOU | 8,569.28 |
| | TOTAL PAYMENTS | 8,569.28 |

**TOTAL JULY BILLING: 0.00**

AALRR 10235

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
17871 Park Plaza Drive, Suite 200
CERRITOS, CALIFORNIA 90703
(562) 653-3200 (714) 826-5480

Billing questions: invoices@aalrr.com

GSA-GENERAL SERVICES
ADMINISTRATION
FINANCE DIVISION (7BCP)
GSO6P04GZM001; #PJ4F00145
P. O. BOX 17181
FORT WORTH, TX 76102-0181

JULY 31, 2007
INVOICE NO. 295383
CLIENT NO. 005700
GAC
PAGE: 2

This Statement is payable in full upon presentation. Amounts remaining unpaid after 30 days shall be subjected to service charge of 1.0% per month. Annual rate of 12%

PLEASE INCLUDE INVOICE NUMBER ON REMITTANCE

| | |
|---|---|
| TOTAL CURRENT FEES | 0.00 |
| TOTAL CURRENT DISBURSEMENTS | 0.00 |
| **JULY BILLING** | **0.00** |
| JULY CASH RECEIPTS | 8,569.28 |
| PREVIOUS BALANCE | 10,222.49 |
| **BALANCE DUE** | **1,653.21** |

ACCOUNT STATUS THROUGH THIS STATEMENT

| CURRENT | 1 MONTH | 2 MONTHS | 3 MONTHS | 4 & OVER |
|---|---|---|---|---|
| 0.00 | 1,653.21 | 0.00 | 0.00 | 0.00 |

AALRR 10236

It was my understanding that JFI was going to copy the backup documentation for the new PTI issues and send those documents directly to GSA. If you need anything further, please contact me at your convenience.

Sincerely yours,

ATKINSON, ANDELSON, LOYA, RUUD & ROMO

Martin A. Hom

Enclosure