# EXHIBIT 24

# (Hom Depo. Exh. 13)

POHD 21,018,470.15
Rev.1 POHD 2,300,000.00
Rev.2 POHD 1,119,000.00
24,437,470.15

GSA

GSA Office of General Counsel

June 26, 2007

MEMORANDUM FOR DOMENIQUE KIRCHNER
U.S. DEPARTMENT OF JUSTICE

**Privileged & Confidential**
**Attorney Work Product**

FROM: CATHERINE CROW CC
SENIOR ASSISTANT GENERAL COUNSEL
REAL PROPERTY DIVISION (LR)
U.S. GENERAL SERVICES ADMINISTRATION

SUBJECT: AMEC Construction Management, Inc. v. United States,
Fed. Cl. No. 06-867 (Excess Reprocurement Claim)

Per your request, below is an explanation of the contract value and balance referenced in footnote 2 of Georgann Butler's final decision dated March 21, 2006:

- $7,817,227.49--This number was taken from Payment Voucher No. 41 ("Change Orders before Termination for Default").
- $172,920,019.67--This number is the sum of $165,102,792.18 (the contract value at award, which is listed on Payment Voucher No. 41) and $7,817,227.49. The value of Option 9 was not deleted in determining this figure because it was still part of the contract. The reason the value of Option 9 was deleted in Payment Voucher No. 41 + previous pymt vouchers, was because, although a part of the contract, Option 9 was paid using a different ACT number. Different Act numbers are not included in the same payment voucher.
- $148,379,556.18--This number is the sum of $148,122,026 (the "Previous Payments" listed on Payment Voucher No. 41) and $257,529.85 (the total payments for Option 9). The attached payment logs show these numbers. I've also asked Georgann to find the last payment voucher for Option 9 and we'll include that in our backup. See attached scan for you from my stuff

another way to say it: Option 9 dollar value was deleted for payment computations only as it was assigned a separate ACT # + required a separate pymt voucher to process in Finance.

These contract values are accurate as of the time of the termination. After the termination, GSA settled with Sachs Electric for $19,160 and with JMAC and the values above do not take those settlements into account.

Also, Payment Voucher No. 41 references "PSFZ" and "POHD". According to Karen Poole, those are modifications. The former was for the Sachs settlement and the latter was an administrative modification to deobligate $24,437,470.15 from AMEC's Phase II contract so that that money could be used on Phase III contracts.

Attached are copies of the payment logs for both ACT numbers used on Phase II and the first page of Payment Voucher No. 41.

U.S. General Services Administration
1800 F Street, NW
Washington, DC 20405-0002
www.gsa.gov

EXHIBIT
Hom 13
6/25/08

KP004677