# EXHIBIT 27

| | |
|---|---|
| **From:** | Catherine C. Crow |
| **Sent:** | Wednesday, August 8, 2007 5:48 PM |
| **To:** | Georgann Butler/6PC/R06/GSA/GOV@GSA |
| **Subject:** | suggestions on recomputation letter |
| **Attach:** | MDI--cofd recomputation.doc.DOC |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT/ATTORNEY WORK PRODUCT
DO NOT DISTRIBUTE WITHOUT PERMISSION OF COUNSEL

Georgann,

Attached below are suggestions from me and Dalton re: the format of your recomputation letter to AMEC. Please let us review the final version of the letter you plan to send before it goes out.

Sincerely,
Catherine

Catherine Crow
Senior Assistant General Counsel
General Services Administration
Office of General Counsel (LR)
1800 F Street, NW, Rm. 5134
Washington, DC 20405
(202) 501-4536 Office
(202) 501-1944 Fax

The information contained in this e-mail message is intended only for the addressee(s) and may be protected by the attorney-client privilege and/or work product doctrine. Please do not forward or further disseminate this message without the consent of the sender.

CERTIFIED MAIL – RETURN RECEIPT REQUESTED

David Leonard, President
AMEC Construction Management, Inc.
2200 Fletcher Ave.
Fort Lee, New Jersey 07025

**Re: Thomas F. Eagleton United States Courthouse, St. Louis, MO**
**Contract No. GS06P95GZC0501 – Phase II (NMO37113) –**
**Recomputation of Final Decision**

Dear Mr. Leonard:

As per my April 24, 2007 letter regarding this subject, I am correcting errors in the computation of the costs assessed against AMEC in my final decision dated March 21, 2006, which is currently the subject of litigation in case number 06-867C before the U.S. Court of Federal Claims.

Under my recomputation, the costs assessed to AMEC are based on FAR 52.249-10 – Default (Fixed Price Construction) APR 1984), FAR 52.246-12 – Inspection of Construction (JUL 1986), and FAR 52.212-5 – Liquidated Damages – Construction (APR 1984) which, respectively, authorize the Government to assess excess reprocurement costs, backcharge the contractor for the costs to repair defective work, and assess liquidated damages.

My recomputation is as follows:

**Sum of Expenditures to Complete Project:**

1. **Sum of all Phase III contracts** $__________

   During Phase III, GSA completed AMEC's remaining Phase II contract work. This figure accounts for all costs incurred during Phase III, including excess reprocurement costs and the costs to fix defective work and reprocure missing materials.

2. **Estimated Cost to Repair Curtainwall Mullion** $342,955.06

**SUBTOTAL A** (sum of Lines 1 and 2) $__________

**Of the total Phase III and estimated costs, the following are not charged to AMEC:**

3. **Recovered Phase III Overpayments from Audits** ($_________)
4. **GSA Initiated Changes** ($_________)
5. **Other** ($_________)

   Issues and/or modifications between MDI and subcontractor only

**SUBTOTAL B** (subtotal A minus lines 3-5) $__________

GSA 116477

| | | |
|---|---|---|
| 6. | **MDI Phase II Contract Balance** | ($24,540,463.49) |
| | **SUBTOTAL C** (subtotal B minus line 6) | $__________ |
| **The following was assessed for liquidated damages:** | | |
| 7. | **Liquidated Damages (6/1/99-5/17/00)** | $ 1,760,000.00 |
| | **SUBTOTAL D** (sum of Subtotal C and Line 7) | $__________ |
| **The following is subtracted:** | | |
| 8. | **MDI Phase II Progress Retainage (FAR 49.406)** | (________) |
| 9. | **MDI Phase II Retainage on Subcontractors** | (________) |
| | **SUBTOTAL E** (sum of lines 8 and 9) | (________) |
| **TOTAL ASSESSED** (subtotal D minus subtotal E) | | __________ |

Sincerely,

Georgann Butler
Contracting Officer
Construction Acquisition Branch I
Project Management Division
Public Buildings Services (6PCA-I)

cc: Seaboard Surety Company (Bond No. 320442-95)
Burnt Mills Road, 7 Route 206
Bedminster, NJ 07921

American Home Assurance Company (Bond No. 16-07-23)
70 Pine Street
New York, NJ 10270

Steven W. Schoenhaar
St. Paul Fire & Marine
5801 Centennial Way
P.O. Box 1138
Baltimore, MD 21203

James D. Wareham, Esq.
Paul Hastings Janofsky & Walker, LLP
875 15th Street, NW
Washington, DC 20005

Concur/Approved for Legal Sufficiency:

GSA 116478

______________________________ Date______________
Regional Counsel (6L)

Concur:

______________________________ Date______________

Concur:

Mary Ruuwe
Assistant Regional Administrator (6P)