# EXHIBIT 28

**From:** John F. Walsh
**Sent:** Thursday, March 2, 2006 11:34 AM
**To:** Georgann Butler
**Cc:** Karen A. Poole
**Subject:** Re: Fw: MDI

---

Hi Georgann/Karen,

I just spoke to Domenique and she said that we do not have to put in the extra information on the retainage. She said that she wanted this to clarify something she had told the judge but it is not needed (and I am sure that the judge does not remember). However, she said that we must put something in on the second demand letter. I think that you already have something in there about the second demand letter but I told Domenique that I would pass this on to you. Please let me know if there is anything else you need. I will be back in the office Monday and will be checking e-mails and my phone (816-588-4890). If I don't talk to you, have a nice weekend,

John
-----Georgann Butler/6PC/R06/GSA/GOV wrote: -----

To: Karen A. Poole/6T/R06/GSA/GOV@GSA
From: Georgann Butler/6PC/R06/GSA/GOV
Date: 03/01/2006 03:43PM
cc: John F. Walsh/JA-6/CO/GSA/GOV@GSA
Subject: Re: Fw: MDI

Yes I did - See my heading "John - "

Georgann Butler
GSA (6PCA)
Phone: 816-823-4918
Fax: 816-823-5931 or 816-926-3571
email: georgann.butler@gsa.gov
Restorative/Consistency/Harmony/Learner/Focus
Inactive hide details for Karen A. Poole/6T/R06/GSA/GOVKaren A. Poole/6T/R06/GSA/GOV

Karen A. Poole/6T/R06/GSA/GOV
03/01/2006 03:26 PM

[IMAGE]
To

[IMAGE]
Georgann Butler/6PC/R06/GSA/GOV@GSA
[IMAGE]
cc
[IMAGE]
John F. Walsh/JA-6/CO/GSA/GOV
[IMAGE]
Subject
[IMAGE]
Re: Fw: MDI

[IMAGE]
[IMAGE]

I assume you mean John?
----------------------------
Sent from my BlackBerry Wireless Handheld

Inactive hide details for Georgann ButlerGeorgann Butler

From: Georgann Butler
Sent: 03/01/2006 03:40 PM
To: Karen Poole
Cc: John Walsh
Subject: Re: Fw: MDI

John -

I agree. Would you be so kind to call Dom and discuss this with her and let me know what you both decide?

Georgann Butler
GSA (6PCA)
Phone: 816-823-4918
Fax: 816-823-5931 or 816-926-3571
email: georgann.butler@gsa.gov
Restorative/Consistency/Harmony/Learner/Focus
Inactive hide details for Karen A. Poole/6T/R06/GSA/GOVKaren A. Poole/6T/R06/GSA/GOV

Karen A. Poole/6T/R06/GSA/GOV
03/01/2006 02:23 PM