# EXHIBIT 29

**Martin A. Hom**

From: karen.poole@gsa.gov
Sent: Friday, February 17, 2006 12:45 PM
To: Georgann.Butler@GSA.gov
Cc: johnf.walsh@gsa.gov; sam.skare@gsa.gov; Martin A. Hom
Subject: RE: Fw: AMEC - Draft Excess Reprocurement Contracting Officers Final Decision

Thank you, Marty.

Georgann - See below my comments in "red.". Please check for spelling/grammar errors. Please advise if you have further questions or concerns.

Karen Poole
Program Evaluation Officer
Director, Program Evaluation & Finance
GSA Federal Technology Service - Heartland Region (6T)
Phone: (816) 823-2309
Fax: (816) 823-5935
Karen.Poole@gsa.gov

CREATING A SUCCESSFUL FUTURE AT GSA
by living our values everyday and working together to achieve our goals.
Achiever Developer Individualization Input Maximizer

"Martin A. Hom" <MHom@aalrr.com>

02/17/2006 11:11 AM

To
sam.skare@gsa.gov, georgann.butler@gsa.gov

cc
johnf.walsh@gsa.gov, karen.poole@gsa.gov

Subject
RE: Fw: AMEC - Draft Excess Reprocurement Contracting Officers Final Decision

One more thing.....

The LDs were addressed separately in the COFD because they are not technically excess reprocurement costs.

-----Original Message-----
From: Martin A. Hom
Sent: Friday, February 17, 2006 9:09 AM
To: 'sam.skare@gsa.gov'; georgann.butler@gsa.gov
Cc: johnf.walsh@gsa.gov; karen.poole@gsa.gov
Subject: RE: Fw: AMEC - Draft Excess Reprocurement Contracting Officers Final Decision



EXHIBIT
Hom 22 ID
6/25/08

Hi All-

Perhaps I can shed a little bit of light on Dom's questions.

The first demand (6P95501A) is addressed in footnote 3. Demand #2 (6P95501B) sought extended costs for JFI ($903,908) and HOK ($631,060.34) for PIII. Those costs were basically from the date of termination 6/99 through substantial completion 5/00. The individual items of corrective work listed in the COFD include CM costs for JFI. Although we did issue both demands, AMEC requested, and we agreed, to defer collection of payment until after litogation was resolved for both Demand 1 and Demand 2.

Next, the retainage amount of $5,799,143 is broken down as follows:

| | |
|---|---|
| $2,239,656.00 | for list of FONS |
| $ 100,000.00 | sub retainage |
| $ 2,580.63 | interest on sub retainage |
| $3,456,906.37 | MDI retainage |

Since this was earned, but retained monies, it was still accounted for in the contract balance of $24,540,463.49 at the time of termination. The "obligated" monies on the project within the $24M contract balance (unearned or monies earned but owed to subcontractors), were deobligated from Phase II and redistributed into Phase III contracts throughout Phase III. So, when the contract balance is subtracted from the total PIII costs of $42,570,838.09 those retained amounts are accounted for. Does this make sense?

-----Original Message-----
From: sam.skare@gsa.gov [mailto:sam.skare@gsa.gov]
Sent: Friday, February 17, 2006 8:54 AM
To: georgann.butler@gsa.gov
Cc: johnf.walsh@gsa.gov; karen.poole@gsa.gov; Martin A. Hom
Subject: Re: Fw: AMEC - Draft Excess Reprocurement Contracting Officers Final Decision

Do you all want to get together?

Samm

This email message and any attachments to this email message may contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual or entity to whom it is addressed. Please do not forward this message without permission. If you are not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone or return email and delete and destroy the original email message, any attachments thereto and all copies thereof.

Samuel E. Skare, Regional Counsel
Office of Regional Counsel (6L)
United States General Services Administration
1500 East Bannister Road
Kansas City, Missouri 64131-3088
(816) 926-7212 (Office Telephone)
(816) 823-5267 (Direct)
(816) 926-1347 (Facsimile)
(816) 507-4966 (Cell)
sam.skare@gsa.gov

CREATING A SUCCESSFUL FUTURE AT GSA
by Living our values everyday and working together to achieve our goals.

Georgann
Butler/6PC/R06/GS
A/GOV

02/17/2006 10:51
AM

To Karen A. Poole/6T/R06/GSA/GOV, mhom@aalrr.com, Samuel E. Skare/6L/R06/GSA/GOV@GSA, John F. Walsh/JA-6/CO/GSA/GOV@GSA

cc

Subject Fw: AMEC - Draft Excess Reprocurement Contracting Officers Final Decision

See Domenique's comments below. She says she wants a call back. I need help answering her questions.

Georgann Butler
GSA (6PCA)
Phone: 816-823-4918
Fax: 816-823-5931 or 816-926-3571
email: georgann.butler@gsa.gov Restorative/Consistency/Harmony/Learner/Focus
----- Forwarded by Georgann Butler/6PC/R06/GSA/GOV on 02/17/2006 10:47 AM
-----

"Domenique.Kirchn
er@usdoj.gov"
<Domenique.Kirchn

To "georgann.butler@gsa.gov"

er@usdoj.gov> <georgann.butler@gsa.gov>

cc

02/17/2006 08:57 AM

Subject

RE: AMEC - Draft Excess Reprocurement Contracting Officers Final Decision

Questions:
There were two GSA demands for payment. You have dealt with the first (liquidated damages) in your decision. What about the second, claim 6P95501B? What exactly was that for? Does it cover some of the costs that are part of your final decision? If so, you need to clarify the decision to explain how the second demand for payment relates to this decision.

What about the retainage of $5,799,143 that was withheld on the contract as of the time of termination? Where did that money go? We still have it, correct? What is the status of the retainage?

I would appreciate a telephone call with regard to these matters. 202-307-1111. -----Original Message-----
From: georgann.butler@gsa.gov [mailto:georgann.butler@gsa.gov]
Sent: Tuesday, February 14, 2006 3:33 PM
To: Kirchner, Domenique (CIV); dalton.phillips@gsa.gov; johnf.walsh@gsa.gov
Cc: john.casey@gsa.gov; MHom@aalrr.com; karen.poole@gsa.gov; sam.skare@gsa.gov
Subject: AMEC - Draft Excess Reprocurement Contracting Officers Final Decision

Here's my draft COFD but before I send this out to AMEC, I would really appreciate it if you would please review and provide comments by the close of business on 2-22-06 to me.
Thanks!!!

Georgann Butler
GSA (6PCA)
Phone: 816-823-4918
Fax: 816-823-5931 or 816-926-3571
email: georgann.butler@gsa.gov Restorative/Consistency/Harmony/Learner/Focus

Georgann Butler
GSA (6PCA)

Phone: 816-823-4918
Fax: 816-823-5931 or 816-926-3571
email: georgann.butler@gsa.gov Restorative/Consistency/Harmony/Learner/Focus