# EXHIBIT 30

# (Hom Depo. Exh. 23)

**From:** Karen A. Poole
**Sent:** Thursday, February 23, 2006 2:49 PM
**To:** Georgann.Butler@GSA.gov@GSA
**Subject:** Re: Fw: AMEC COFD

---

I finished it early this morning. John Walsh is looking at it and will not be in until Monday.

Karen Poole
Program Evaluation Officer
Director, Program Evaluation & Finance
GSA Federal Technology Service - Heartland Region (6T)
Phone: (816) 823-2309
Fax: (816) 823-5935
Karen.Poole@gsa.gov

CREATING A SUCCESSFUL FUTURE AT GSA
by living our values everyday and working together to achieve our goals.
Achiever Developer Individualization Input Maximizer

Georgann Butler/6PC/R06/GSA/GOV
02/23/2006 01:11 PM

To
Karen A. Poole/6T/R06/GSA/GOV
cc

Subject
Fw: AMEC COFD

Could you provide me with the required sentence by Monday?

Georgann Butler
GSA (6PCA)
Phone: 816-823-4918
Fax: 816-823-5931 or 816-926-3571
email: georgann.butler@gsa.gov
Restorative/Consistency/Harmony/Learner/Focus
----- Forwarded by Georgann Butler/6PC/R06/GSA/GOV on 02/23/2006 01:10 PM -----

Georgann Butler/6PC/R06/GSA/GOV

GSA 110567

EXHIBIT
Hom 23
6/25/08

02/21/2006 03:50 PM

To
Karen A. Poole/6PC/R06/GSA/GOV
cc

Subject
AMEC COFD

KP -

This is a reminder to provide me with a sentence to use in the COFD on what the retainage was used for. Domenique had something like "Following the T4D GSA made payments to MDI contractors for work previously performed prior to termination, etc."

Let me know when you want to go to lunch Wednesday and when time to go to Michael's if you have any.

Hope the QPR went as well as expected. I know you gave it your best for the time you had.

Hugs! It's nice to have a superwoman for a close friend.

Georgann Butler
GSA (6PCA)
Phone: 816-823-4918
Fax: 816-823-5931 or 816-926-3571
email: georgann.butler@gsa.gov
Restorative/Consistency/Harmony/Learner/Focus