# EXHIBIT 31

**U. S. Department of Justice**

Civil Division

JED:DKirchner
154-06-867

Tele: (202) 307-1111
Fax: (202) 514-8624

*Washington, D.C. 20530*

July 24, 2008

Kirby Behre
Paul, Hastings, Janofsky & Walker LLP
875 15th Street N.W.
Washington, D.C. 20005
Tele: (202) 551-1779
Fax: (202) 551-0119
By email and regular mail

Re: AMEC Construction Management, Inc. v. United States, Fed. Cl. No. 06-867C

Dear Mr. Behre:

Yesterday, we learned at Linda Phillips's deposition, that the United States inadvertently produced an electronic copy of the August 1, 2007 email from GSA Attorney Catherine Crow to Georgann Butler, Karen Poole, Linda Phillips, Kathie Davenport and Kris Hundsdorfer, cc: Teresa Curtis, Domenique Kirchner, and Dalton Phillips, Re: Eagleton claims, which is listed on the Government's privilege log in this case. On August 13, 2007, the Court ruled that plaintiff was not entitled to the production of this document. Morse Diesel Int'l, Inc. v. United States, No. 99-279 et al (Order dated August 13, 2007). On October 31, 2007, the Court ruled that this document was both privileged and irrelevant. Morse Diesel Int'l, Inc. v. United States, 79 Fed. Cl. 116, 119 n. 4 (2007).

The document was Bates-stamped by plaintiff as GB018982-83, and marked as Exhibit No. 2, at Ms. Phillips's deposition on July 23, 2008. Pursuant to the protective order entered by the Court in this matter, we respectfully request that plaintiff return to us all copies of this document in its possession. In the alternative, we ask that plaintiff destroy such copies and confirm this action to us in writing.

Very truly yours,

Domenique Kirchner

Domenique Kirchner
Senior Trial Counsel
Commercial Litigation Branch

# In the United States Court of Federal Claims

No. 99-279C
(With Which Nos. 99-529C, 99-530C, 00-531C, 03-1537C, 05-804C, 06-173C, 06-174C, 06-175C, 06-176C, 06-177C, 06-178C, 06-179C, 06-180C, and 06-181C Are Consolidated)
Filed: August 13, 2007

*******************************************

MORSE DIESEL INTERNATIONAL, INC., d/b/a AMEC CONSTRUCTION MANAGEMENT, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

*******************************************

**ORDER**

On August 10, 2007, the court issued an order denying Defendant ("Government")'s July 20, 2007 Motion for a Protective Order and granting-in-part Plaintiff's August 6, 2007 Motion to Compel. The court declined to rule on the second portion of Plaintiff's August 6, 2007 Motion to Compel, seeking the production of certain documents. During the August 10, 2007 telephone status conference, the Government indicated that it was withholding certain documents sought by Plaintiffs as subject to the attorney-client or work product privileges. Accordingly, the court ordered the Government to submit any documents it wished to assert were privileged to the court for *in camera* review by the court by 6 p.m. August 10, 2007. On August 10, 2007, the Government filed a Notice of Submission of documents for *in camera* review, along with privilege log and copies of the twelve documents it sought to withhold as subject to the attorney-client and work product privileges.

For the reasons expressed in the August 13, 2007 teleconference, the court has decided not to require the Government to turn over the documents in the August 10, 2007 Notice of Submission at this time. The court, however, does not believe that these documents are the type of document typically subject to the attorney-client and work product privilege and may revisit this decision as the litigation progresses.

**IT IS SO ORDERED.**

/Susan G. Braden
**SUSAN G. BRADEN**
**Judge**