# EXHIBIT 32

**U. S. Department of Justice**

Civil Division

JED:DKirchner
154-06-867

Tele: (202) 307-1111
Fax: (202) 514-8624

*Washington, D.C. 20530*

August 21, 2008

Kirby Behre
Paul, Hastings, Janofsky & Walker LLP
875 15th Street N.W.
Washington, D.C. 20005
Tele: (202) 551-1779
Fax: (202) 551-0119
By email and regular mail

Re: AMEC Construction Management, Inc. v. United States, Fed. Cl. No. 06-867C

Dear Mr. Behre:

We recently realized that the United States inadvertently produced an electronic copy of the October 4, 2004 email from Georgann Butler to Samuel Skare, and Thomas Barnard, Re: Jensen Settlement Justification Memo, and the two page October 2, 2002 Settlement Memorandum for Jeremy Becker-Welts, Senior Assistant General Counsel, Real Property Division, from Robert Notigan, Assistant General Counsel, Real Property Division, re: Jensen Electric & Service Co. v. GSA, GSBCA No. 15917, which are bates numbered 3020 - 01408 to 3020- 01410 on the CDRom. This email and settlement memorandum also are listed on the Government's privilege log as follows:

> GSA 121449-52 October 4, 2002 Email from Sam Skare to Georgann Butler, cc: Tom Bernard, Re: Jensen Settlement Justification Memorandum, redacting advice of GSA attorney Sam Skare and attorney-client communications of Georgann Butler and settlement memorandum of GSA attorney Robert Notigan (redacted copy provided). attorney-client and work product privileges.

Pursuant to the protective order entered by the Court in this matter, we respectfully request that plaintiff return to us all copies of these document in its possession. In the alternative, we ask that plaintiff destroy such copies and confirm this action to us in writing.

Very truly yours,

Domenique Kirchner
Domenique Kirchner
Senior Trial Counsel
Commercial Litigation Branch