# EXHIBIT 33

**U. S. Department of Justice**

Civil Division

Tele: (202) 307-1111
Fax: (202) 514-8624

JED:DKirchner
154-06-867

*Washington, D.C. 20530*

August 2, 2007

Kirby Behre
Paul, Hastings, Janofsky & Walker LLP
875 15th Street N.W.
Washington, D.C. 20005
Tele: (202) 551-1779
Fax: (202) 551-0119
By hand

Re: AMEC Construction Management, Inc. v. United States, Fed. Cl. No. 06-867C

Dear Mr. Behre:

Enclosed please find 12 CDRoms for GSA boxes numbers 3010, 3011, 3012, 3013, 3014, 3015, 3017, 3018, 3019, 3020, 3023, 3024, 3030, 3031B, 3031C, 3031D, 3036, 3037, 3038, 3039, 3040, 3042, 3047, 3048, 3049, 3050, 3051, 3052, 3053, 3054, 3062, 3064, 3065, 3066. Pursuant to the Court's Protective Order, dated July 3, 2007, some of these CDRoms are designated as "CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER."

Very truly yours,

Domenique Kirchner
Domenique Kirchner
Senior Trial Counsel
Commercial Litigation Branch