# EXHIBIT 34

**From:** catherine.crow@gsa.gov
**Sent:** Friday, April 27, 2007 3:17 PM
**To:** Domenique.Kirchner@usdoj.gov; Haddock, Roger <roger.haddock@jacobs.com>
**Subject:** Fw: Scanned document from OGCUSER/LOCAL/L/CO/GSA/GOV
**Attach:** LCOH2W-9XW5F51_LNOTESMAIL_04272007-150815.PDF

---

Here's the 1995 version of 48 CFR Subpart 49.4. See especially 49.402-6 (repurchase against contractor's account).

Sorry it took a while but I had to find all the archived FACs issued in 1995 to make sure there weren't any revisions.

Catherine Crow
Senior Assistant General Counsel
General Services Administration
Office of General Counsel (LR)
1800 F Street, NW, Rm. 5134
Washington, DC 20405
(202) 501-4536 Office
(202) 501-1944 Fax

The information contained in this e-mail message is intended only for the addressee(s) and may be protected by the attorney-client privilege and/or work product doctrine. Please do not forward or further disseminate this message without the consent of the sender.

----- Forwarded by Catherine C. Crow/LR/CO/GSA/GOV on 04/27/2007 03:11 PM -----

OGCUSER/LOCAL/L/CO/GSA/GOV

04/27/2007 03:08 PM

To Catherine C. Crow
cc
Subject Scanned document from OGCUSER/LOCAL/L/CO/GSA/GOV

Westlaw.



1995

**CODE OF FEDERAL REGULATIONS**
**TITLE 48--FEDERAL ACQUISITION REGULATIONS SYSTEM**
**CHAPTER 1--FEDERAL ACQUISITION REGULATION**
**SUBCHAPTER G--CONTRACT MANAGEMENT**
**PART 49--TERMINATION OF CONTRACTS**
**SUBPART 49.4--TERMINATION FOR DEFAULT**

49.401 General.

(a) Termination for default is generally the exercise of the Government's contractual right to completely or partially terminate a contract because of the contractor's actual or anticipated failure to perform its contractual obligations.

(b) If the contractor can establish, or it is otherwise determined that the contractor was not in default or that the failure to perform is excusable; i.e., arose out of causes beyond the control and without the fault or negligence of the contractor, the default clauses prescribed in 49.503 and located at 52.249 provide that a termination for default will be considered to have been a termination for the convenience of the Government, and the rights and obligations of the parties governed accordingly.

(c) The Government may, in appropriate cases, exercise termination or cancellation rights in addition to those in the contract clauses (see for example, paragraph (h) of the Default clause at 52.249-8).

(d) For default terminations of orders under Federal Supply Schedule contracts, see Subpart 8.4.

(e) Notwithstanding the provisions of this 49.401, the contracting officer may, with the written consent of the contractor, reinstate the terminated contract by amending the notice of termination, after a written determination is made that the supplies or services are still required and reinstatement is advantageous to the Government.

<<PART 49--TERMINATION OF CONTRACTS>>

Authority: 40 U.S.C. 486(c); 10 U.S.C. Chapter 137; and 42 U.S.C. 2473(c).

Source: 48 FR 42447, Sept. 19, 1983; 50 FR 52429, Dec. 23, 1985; 54 FR 5054, Jan. 31, 1989, unless otherwise noted.

48 C. F. R. 49.401

**48 CFR 49.401**

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**CODE OF FEDERAL REGULATIONS**
**TITLE 48--FEDERAL ACQUISITION REGULATIONS SYSTEM**
**CHAPTER 1--FEDERAL ACQUISITION REGULATION**
**SUBCHAPTER G--CONTRACT MANAGEMENT**
**PART 49--TERMINATION OF CONTRACTS**
**SUBPART 49.4--TERMINATION FOR DEFAULT**
**49.402 TERMINATION OF FIXED-PRICE CONTRACTS FOR DEFAULT.**

49.402-2 Effect of termination for default.

(a) Under a termination for default, the Government is not liable for the contractor's costs on undelivered work and is entitled to the repayment of advance and progress payments, if any, applicable to that work. The Government may elect, under the Default clause, to require the contractor to transfer title and deliver to the Government completed supplies and manufacturing materials, as directed by the contracting officer.

(b) The contracting officer shall not use the Default clause as authority to acquire any completed supplies or manufacturing materials unless it has been ascertained that the Government does not already have title under some other provision of the contract. The contracting officer shall acquire manufacturing materials under the Default clause for furnishing to another contractor only after considering the difficulties the other contractor may have in using the materials.

(c) Subject to paragraph (d) below, the Government shall pay the contractor the contract price for any completed supplies, and the amount agreed upon by the contracting officer and the contractor for any manufacturing materials, acquired by the Government under the Default clause.

(d) The Government must be protected from overpayment that might result from failure to provide for the Government's potential liability to laborers and material suppliers for lien rights outstanding against the completed supplies or materials after the Government has paid the contractor for them. To accomplish this, before paying for supplies or materials, the contracting officer shall take one or more of the following measures:

(1) Ascertain whether the payment bonds, if any, furnished by the contractor are adequate to satisfy all lienors' claims or whether it is feasible to obtain similar bonds to cover outstanding liens.

(2) Require the contractor to furnish appropriate statements from laborers and material suppliers disclaiming any lien rights they may have to the supplies and materials.

(3) Obtain appropriate agreement by the Government, the contractor, and lienors ensuring release of the Government from any potential liability to the contractor or lienors.

(4) Withhold from the amount due for the supplies or materials any amount the contracting officer determines necessary to protect the Government's interest, but only if the measures in subparagraphs (d)(1), (2), and (3) above cannot be accomplished or are considered inadequate.

(5) Take other appropriate action considering the circumstances and the degree of the contractor's solvency.

(e) The contractor is liable to the Government for any excess costs incurred in acquiring supplies and services similar to those terminated for default (see 49.402-6), and for any other damages, whether or not repurchase is

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

effected (see 49.402-7).

<<PART 49--TERMINATION OF CONTRACTS>>

Authority: 40 U.S.C. 486(c); 10 U.S.C. Chapter 137; and 42 U.S.C. 2473(c).

Source: 48 FR 42447, Sept. 19, 1983; 50 FR 52429, Dec. 23, 1985; 54 FR 5054, Jan. 31, 1989, unless otherwise noted.

48 C. F. R. 49.402-2

**48 CFR 49.402-2**

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**CODE OF FEDERAL REGULATIONS**
**TITLE 48--FEDERAL ACQUISITION REGULATIONS SYSTEM**
**CHAPTER 1--FEDERAL ACQUISITION REGULATION**
**SUBCHAPTER G--CONTRACT MANAGEMENT**
**PART 49--TERMINATION OF CONTRACTS**
**SUBPART 49.4--TERMINATION FOR DEFAULT**
**49.402 TERMINATION OF FIXED-PRICE CONTRACTS FOR DEFAULT.**

49.402-3 Procedure for default.

(a) When a default termination is being considered, the Government shall decide which type of termination action to take (i.e., default, convenience, or no-cost cancellation) only after review by contracting and technical personnel, and by counsel, to ensure the propriety of the proposed action.

(b) The administrative contracting officer shall not issue a show cause notice or cure notice without the prior approval of the contracting office, which should be obtained by the most expeditious means.

(c) Subdivision (a)(1)(i) of the Default clause covers situations when the contractor has defaulted by failure to make delivery of the supplies or to perform the services within the specified time. In these situations, no notice of failure or of the possibility of termination for default is required to be sent to the contractor before the actual notice of termination (but see paragraph (e) below). However, if the Government has taken any action that might be construed as a waiver of the contract delivery or performance date, the contracting officer shall send a notice to the contractor setting a new date for the contractor to make delivery or complete performance. The notice shall reserve the Government's rights under the Default clause.

(d) Subdivisions (a)(1)(ii) and (a)(1)(iii) of the Default clause cover situations when the contractor fails to perform some of the other provisions of the contract (such as not furnishing a required performance bond) or so fails to make progress as to endanger performance of the contract. If the termination is predicated upon this type of failure, the contracting officer shall give the contractor written notice specifying the failure and providing a period of 10 days (or longer period as necessary) in which to cure the failure. When appropriate, this notice may be made a part of the notice described in subparagraph (e)(1) below. Upon expiration of the 10 days (or longer period), the contracting officer may issue a notice of termination for default unless it is determined that the failure to perform has been cured. A format for a cure notice is in 49.607.

(e)(1) If termination for default appears appropriate, the contracting officer should, if practicable, notify the contractor in writing of the possibility of the termination. This notice shall call the contractor's attention to the contractual liabilities if the contract is terminated for default, and request the contractor to show cause why the contract should not be terminated for default. The notice may further state that failure of the contractor to present an explanation may be taken as an admission that no valid explanation exists. When appropriate, the notice may invite the contractor to discuss the matter at a conference. A format for a show cause notice is in 49.607.

(2) When a termination for default appears imminent, the contracting officer shall provide a written notification to the surety. If the contractor is subsequently terminated for default, a copy of the notice of default shall be sent to the surety.

(3) If requested by the surety, and agreed to by the contractor and any assignees, arrangements may be made to have future checks mailed to the contractor in care of the surety. In this case, the contractor must forward a written

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

request to the designated disbursing officer specifically directing a change in address for mailing checks.

(4) If the contractor is a small business firm, the contracting officer shall immediately provide a copy of any cure notice or show cause notice to the contracting office's small business specialist and the Small Business Administration Regional Office nearest the contractor. The contracting officer should, whenever practicable, consult with the small business specialist before proceeding with a default termination (see also 49.402-4).

(f) The contracting officer shall consider the following factors in determining whether to terminate a contract for default:

(1) The terms of the contract and applicable laws and regulations.

(2) The specific failure of the contractor and the excuses for the failure.

(3) The availability of the supplies or services from other sources.

(4) The urgency of the need for the supplies or services and the period of time required to obtain them from other sources, as compared with the time delivery could be obtained from the delinquent contractor.

(5) The degree of essentiality of the contractor in the Government acquisition program and the effect of a termination for default upon the contractor's capability as a supplier under other contracts.

(6) The effect of a termination for default on the ability of the contractor to liquidate guaranteed loans, progress payments, or advance payments.

(7) Any other pertinent facts and circumstances.

(g) If, after compliance with the procedures in paragraphs (a) through (f) of this 49.402-3, the contracting officer determines that a termination for default is proper, the contracting officer shall issue a notice of termination stating--

(1) The contract number and date;

(2) The acts or omissions constituting the default;

(3) That the contractor's right to proceed further under the contract (or a specified portion of the contract) is terminated;

(4) That the supplies or services terminated may be purchased against the contractor's account, and that the contractor will be held liable for any excess costs;

(5) If the contracting officer has determined that the failure to perform is not excusable, that the notice of termination constitutes such decision, and that the contractor has the right to appeal such decision under the Disputes clause;

(6) That the Government reserves all rights and remedies provided by law or under the contract, in addition to charging excess costs; and

(7) That the notice constitutes a decision that the contractor is in default as specified and that the contractor has the right to appeal under the Disputes clause.

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

(h) The contracting officer shall make the same distribution of the termination notice as was made of the contract. A copy shall also be furnished to the contractor's surety, if any, when the notice is furnished to the contractor. The surety should be requested to advise if it desires to arrange for completion of the work. In addition, the contracting officer shall notify the disbursing officer to withhold further payments under the terminated contract, pending further advice, which should be furnished at the earliest practicable time.

(i) In the case of a construction contract, promptly after issuance of the termination notice, the contracting officer shall determine the manner in which the work is to be completed and whether the materials, appliances, and plant that are on the site will be needed.

(j) If the contracting officer determines before issuing the termination notice that the failure to perform is excusable, the contract shall not be terminated for default. If termination is in the Government's interest, the contracting officer may terminate the contract for the convenience of the Government.

(k) If the contracting officer has not been able to determine, before issuance of the notice of termination whether the contractor's failure to perform is excusable, the contracting officer shall make a written decision on that point as soon as practicable after issuance of the notice of termination. The decision shall be delivered promptly to the contractor with a notification that the contractor has the right to appeal as specified in the Disputes clause.

[54 FR 48990, Nov. 28, 1989]

<<PART 49--TERMINATION OF CONTRACTS>>

Authority: 40 U.S.C. 486(c); 10 U.S.C. Chapter 137; and 42 U.S.C. 2473(c).

Source: 48 FR 42447, Sept. 19, 1983; 50 FR 52429, Dec. 23, 1985; 54 FR 5054, Jan. 31, 1989, unless otherwise noted.

48 C. F. R. 49.402-3

**48 CFR 49.402-3**

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**CODE OF FEDERAL REGULATIONS**
**TITLE 48--FEDERAL ACQUISITION REGULATIONS SYSTEM**
**CHAPTER 1--FEDERAL ACQUISITION REGULATION**
**SUBCHAPTER G--CONTRACT MANAGEMENT**
**PART 49--TERMINATION OF CONTRACTS**
**SUBPART 49.4--TERMINATION FOR DEFAULT**
**49.402 TERMINATION OF FIXED-PRICE CONTRACTS FOR DEFAULT.**

49.402-4 Procedure in lieu of termination for default.

The following courses of action, among others, are available to the contracting officer in lieu of termination for default when in the Government's interest:

(a) Permit the contractor, the surety, or the guarantor, to continue performance of the contract under a revised delivery schedule.

(b) Permit the contractor to continue performance of the contract by means of a subcontract or other business arrangement with an acceptable third party, provided the rights of the Government are adequately preserved.

(c) If the requirement for the supplies and services in the contract no longer exists, and the contractor is not liable to the Government for damages as provided in 49.402-7, execute a no-cost termination settlement agreement using the formats in 49.603-6 and 49.603-7 as a guide.

<<PART 49--TERMINATION OF CONTRACTS>>

Authority: 40 U.S.C. 486(c); 10 U.S.C. Chapter 137; and 42 U.S.C. 2473(c).

Source: 48 FR 42447, Sept. 19, 1983; 50 FR 52429, Dec. 23, 1985; 54 FR 5054, Jan. 31, 1989, unless otherwise noted.

48 C. F. R. 49.402-4

**48 CFR 49.402-4**

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

GSA 119212

48 C.F.R. 49.402-5

**CODE OF FEDERAL REGULATIONS**
**TITLE 48--FEDERAL ACQUISITION REGULATIONS SYSTEM**
**CHAPTER 1--FEDERAL ACQUISITION REGULATION**
**SUBCHAPTER G--CONTRACT MANAGEMENT**
**PART 49--TERMINATION OF CONTRACTS**
**SUBPART 49.4--TERMINATION FOR DEFAULT**
**49.402 TERMINATION OF FIXED-PRICE CONTRACTS FOR DEFAULT.**

49.402-5 Memorandum by the contracting officer.

When a contract is terminated for default or a procedure authorized by 49.402- 4 is followed, the contracting officer shall prepare a memorandum for the contract file explaining the reasons for the action taken.

<<PART 49--TERMINATION OF CONTRACTS>>

Authority: 40 U.S.C. 486(c); 10 U.S.C. Chapter 137; and 42 U.S.C. 2473(c).

Source: 48 FR 42447, Sept. 19, 1983; 50 FR 52429, Dec. 23, 1985; 54 FR 5054, Jan. 31, 1989, unless otherwise noted.

48 C. F. R. 49.402-5

**48 CFR 49.402-5**

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

GSA 119213

48 C.F.R. 49.402-6

**CODE OF FEDERAL REGULATIONS**
**TITLE 48--FEDERAL ACQUISITION REGULATIONS SYSTEM**
**CHAPTER 1--FEDERAL ACQUISITION REGULATION**
**SUBCHAPTER G--CONTRACT MANAGEMENT**
**PART 49--TERMINATION OF CONTRACTS**
**SUBPART 49.4--TERMINATION FOR DEFAULT**
**49.402 TERMINATION OF FIXED-PRICE CONTRACTS FOR DEFAULT.**

49.402-6 Repurchase against contractor's account.

(a) When the supplies or services are still required after termination, the contracting officer shall repurchase the same or similar supplies or services against the contractor's account as soon as practicable. The contracting officer shall repurchase at as reasonable a price as practicable, considering the quality and delivery requirements. The contracting officer may repurchase a quantity in excess of the undelivered quantity terminated for default when the excess quantity is needed, but excess cost may not be charged against the defaulting contractor for more than the undelivered quantity terminated for default (including variations in quantity permitted by the terminated contract). Generally, the contracting officer will make a decision whether or not to repurchase before issuing the termination notice.

(b) If the repurchase is for a quantity not over the undelivered quantity terminated for default, the Default clause authorizes the contracting officer to use any terms and acquisition method deemed appropriate for the repurchase. However, the contracting officer shall obtain competition to the maximum extent practicable for the repurchase. The contracting officer shall cite the Default clause as the authority. If the repurchase is for a quantity over the undelivered quantity terminated for default, the contracting officer shall treat the entire quantity as a new acquisition. If the repurchase is for a quantity over the undelivered quantity terminated for default, the contracting officer shall treat the entire quantity as a new acquisition.

(c) If repurchase is made at a price over the price of the supplies or services terminated, the contracting officer shall, after completion and final payment of the repurchase contract, make a written demand on the contractor for the total amount of the excess, giving consideration to any increases or decreases in other costs such as transportation, discounts, etc. If the contractor fails to make payment, the contracting officer shall follow the procedures in Subpart 32.6 for collecting contract debts due the Government.

[50 FR 1745, Jan. 11, 1985]

<<PART 49--TERMINATION OF CONTRACTS>>

Authority: 40 U.S.C. 486(c); 10 U.S.C. Chapter 137; and 42 U.S.C. 2473(c).

Source: 48 FR 42447, Sept. 19, 1983; 50 FR 52429, Dec. 23, 1985; 54 FR 5054, Jan. 31, 1989, unless otherwise noted.

48 C. F. R. 49.402-6

**48 CFR 49.402-6**

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**CODE OF FEDERAL REGULATIONS**
**TITLE 48--FEDERAL ACQUISITION REGULATIONS SYSTEM**
**CHAPTER 1--FEDERAL ACQUISITION REGULATION**
**SUBCHAPTER G--CONTRACT MANAGEMENT**
**PART 49--TERMINATION OF CONTRACTS**
**SUBPART 49.4--TERMINATION FOR DEFAULT**
**49.402 TERMINATION OF FIXED-PRICE CONTRACTS FOR DEFAULT.**

49.402-7 Other damages.

(a) If a contract is terminated for default or if a course of action in lieu of termination for default is followed (see 49.402-4), the contracting officer shall promptly ascertain and make demand for any liquidated damages to which the Government is entitled under the contract. Under the contract clauses for liquidated damages at 52.211-11, these damages are in addition to any excess repurchase costs.

(b) If the Government has suffered any other ascertainable damages, including administrative costs, as a result of the contractor's default, the contracting officer shall, on the basis of legal advice, take appropriate action as prescribed in subpart 32.6 to assert the Government's demand for the damages.

[(FAC) 90-4, 56 FR 15154, April 15, 1991; (FAC) 90-32, (FAR) Case 94-790, Item III, 60 FR 48250, Sept. 18, 1995]

<<PART 49--TERMINATION OF CONTRACTS>>

Authority: 40 U.S.C. 486(c); 10 U.S.C. Chapter 137; and 42 U.S.C. 2473(c).

Source: 48 FR 42447, Sept. 19, 1983; 50 FR 52429, Dec. 23, 1985; 54 FR 5054, Jan. 31, 1989, unless otherwise noted.

48 C. F. R. 49.402-7

**48 CFR 49.402-7**

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.