# EXHIBIT 36

UNITED STATES COURT OF FEDERAL CLAIMS

--------------------x

AMEC CONSTRUCTION MANAGEMENT, INC.,
f/k/a Morse Diesel International, Inc.,

Plaintiff,

-against- Case No. 06-867
(Judge Braden)

THE UNITED STATES,

Defendant.

--------------------x

June 25, 2008
8:50 a.m.

Videotaped deposition of MARTIN HOM, taken by attorneys for Plaintiff, pursuant to subpoena, held at the offices of Paul, Hastings, Janofsky & Walker, LLP, 3579 Valley Centre Drive, San Diego, California, before Helen Mitchell, a Shorthand Reporter and Notary Public.

WINTER REPORTING, INC. 212.953.1414

(Hom - 6/25/08)
A No.
Q It was not discussed at all?
A No. Not that I recall.
Q Putting aside whether specific numbers were discussed, was the methodology discussed that would result in a new final decision amount?
A I don't believe so.
MR. BEHRE: Looks like we have to take a break for the change of tape.
THE VIDEOGRAPHER: The time is 11:41, going off the record. End of tape two.
(Recess taken)
THE VIDEOGRAPHER: The time is 11:52. We're back on the record for the continued deposition of Martin Hom, tape three.
BY MR. BEHRE:
Q Mr. Hom, during your brief break, did you discuss your testimony with anyone?
A No.

(Hom - 6/25/08)

(Document from Karen Poole to Georgann Butler marked Hom Exhibit 15 for identification.)

Q I'm showing you what's been marked as Hom Exhibit No. 15. Can you look at that exhibit and see if you can identify it.

(Pause)

A Your question?

Q Do you recognize this exhibit?

A No.

Q Directing your attention to the third sentence of the first page of this exhibit, it's from Karen Poole to Georgann Butler, and it states, "Marty Hom also recently reviewed all files for items not to be charged to MDI prior to Georgann's decision."

Do you see that sentence?

A I see it.

Q Is that an accurate statement of what you did, sir?

A I'm not sure what this is in reference to.

Q At any point in time did you review files for items not to be charged to MDI

(Hom - 6/25/08)

prior to Georgann Butler's decision?

A I reviewed many files in the course of this project. Nothing specifically stands out in my mind in response to your question.

Q Earlier this morning we talked about whether or not you made any effort to determine whether items should not be charged to MDI.

Do you recall that discussion?

A I do.

Q And I believe you testified that you relied upon the work that was being done by others.

A Correct.

Q That would seem to suggest that you didn't review files for items not to be charged to MDI because others were doing it; correct?

A I disagree with that statement.

Q Okay, then explain it.

A I reviewed many files in this case. Nothing specifically stands in my mind in response to your question. There are several

**From:** Karen A. Poole
**Sent:** Thursday, March 8, 2007 10:37 AM
**To:** Georgann.Butler@GSA.gov
**Cc:** Kirchner, Domenique (CIV) <Domenique.Kirchner@usdoj.gov>
**Subject:** RE: MDI reprocurement costs

---

This is correct. Those were the issues included in Georgann's decision. Marty Hom also recently reviewed all files for items not to be charged to MDI prior to Georgann's decision.

Karen Poole
Acting Regional Acquisition Executive
GSA Office of Business & Support Services (6ADB)
Phone: (816) 926-7268
Fax: (816) 823-5935
Karen.Poole@gsa.gov

CREATING A SUCCESSFUL FUTURE AT GSA by living our values everyday and working together to achieve our goals.

Next Small Business K.C. Networking Breakfast: March 6, 2007
7:15 a.m. $12 at the door
Clarion at Sports Complex, I-70 and Blue Ridge Cutoff
Online registration available at: http://r6.gsa.gov/breakfast/

Georgann Butler/6PC/R06/GSA/GOV
03/08/2007 08:53 AM

To
"Kirchner, Domenique (CIV)" <Domenique.Kirchner@usdoj.gov>@GSAEXTERNAL
cc
karen.poole@gsa.gov
Subject
RE: MDI reprocurement costs

I don't know who Karen worked with the most for sure but I think it wasn't just one person. I think Terry Page worked on gathering information for the first 6-7 reprocurement costs and Brent Daubach with Marty Hom on the remaining reprocurement costs.

EXHIBIT
Hom 15 ID
6/25/08

Georgann Butler
Chief, Construction Acquisition Branch I
GSA (6PCA-I)
Phone: 816-823-4918
Fax: 816-823-5931
email: georgann.butler@gsa.gov
Restorative/Consistency/Harmony/Learner/Focus

"Kirchner, Domenique (CIV)" <Domenique.Kirchner@usdoj.gov>
03/08/2007 08:26 AM

To
karen.poole@gsa.gov
cc
georgann.butler@gsa.gov
Subject
RE: MDI reprocurement costs

Please let me know which person you worked with most in deciding what were the reprocurement costs.

-----Original Message-----
From: karen.poole@gsa.gov [mailto:karen.poole@gsa.gov]
Sent: Tuesday, March 06, 2007 1:50 PM
To: Kirchner, Domenique (CIV)
Subject: Re: MDI reprocurement costs

We are looking into that for you now. Georgann is going to see what information Linda Phillips remembers to perhaps cut our search down as I believe it may have been a unilateral change order situation. Georgann is checking the change order log, too. Will respond to you as soon as we know.

Karen Poole
Acting Regional Acquisition Executive
GSA Office of Business & Support Services (6ADB)
Phone: (816) 926-7268
Fax: (816) 823-5935
Karen.Poole@gsa.gov

CREATING A SUCCESSFUL FUTURE AT GSA by living our values everyday and working together to achieve our goals.

Next Small Business K.C. Networking Breakfast: March 6, 2007
7:15 a.m. $12 at the door
Clarion at Sports Complex, I-70 and Blue Ridge Cutoff
Online registration available at: http://r6.gsa.gov/breakfast/

"Kirchner,
Domenique (CIV)"
<Domenique.Kirchner@usdoj.gov>

03/06/2007 12:40 PM

To: georgann.butler@gsa.gov, karen.poole@gsa.gov, dalton.phillips@gsa.gov, johnf.walsh@gsa.gov

cc

Subject: MDI reprocurement costs

Georann and Karen:

i just had a call from MDI attorneys, and they raised two issues re reprocurement costs.

they assert that the reprocurement costs do not minus: (1) costs of

GSA 113157

interior curtain wall supports that were built by MDI and were not included in the original contract documents (matter was discussed by MDI and GSA in April-June 1998), and (2) costs of spray on fireproofing that was put on by MDI and was not included in the original contract documents (matter was discussed by MDI and GSA in Aug.-Oct. 1997).

I need to know whether change orders were issued to MDI directing it to perform the above described work. if so, i need copies of the change orders and related documents. did we pay them for such work? was it part of the original contract?

I also need to know whether the above described work is part of any claim that was filed by MDI previously. if so, which claim.

thank you againnn or your assistance.