# EXHIBIT 39

UNITED STATES COURT OF FEDERAL CLAIMS

--------------------x

AMEC CONSTRUCTION MANAGEMENT, INC.,
f/k/a Morse Diesel International, Inc.,

Plaintiff,

-against- Case No. 06-867
(Judge Braden)

THE UNITED STATES,

Defendant.

--------------------x

June 25, 2008
8:50 a.m.

Videotaped deposition of MARTIN HOM, taken by attorneys for Plaintiff, pursuant to subpoena, held at the offices of Paul, Hastings, Janofsky & Walker, LLP, 3579 Valley Centre Drive, San Diego, California, before Helen Mitchell, a Shorthand Reporter and Notary Public.

WINTER REPORTING, INC. 212.953.1414

(Hom - 6/25/08)
If it's there, it's there.
Q Is there any other way to tell, other than the red, which, of course, doesn't show through, what Karen Poole's comments are?
A No, I don't know.
MR. BEHRE: Let's take a two-minute break so they can change the tape.
THE VIDEOGRAPHER: The time is 2:30. Going off the record. End of tape three.
(Recess taken)
THE VIDEOGRAPHER: The time is 2:46. We're back on the record for the continued deposition of Martin Hom. This is tape four.
BY MR. BEHRE:
Q Mr. Hom, during the break did you speak with anybody about your testimony?
A No.
Q Today at any point, other than in this room, have you looked at any documents relating to this case?
A No.

(Hom - 6/25/08)

(Document marked Hom Exhibit 23 for identification.)

Q Showing you what's been marked as Hom Exhibit No. 23, can you look at that exhibit and see if you can recognize it.

(Pause)

A I've never seen this document before.

Q Directing your attention to the first entry on the second page, it's dated February 21, 2006, so this is --

A Twenty-third. I'm sorry, the first entry on the first page, or are you looking at the last --

Q Second page, 110568 --

A Oh, I'm with you.

Q -- Georgann Butler to Karen Poole in February of '06, so it was after you sent the draft final decision to Miss Butler, but before she finalized it and sent it. And in that e-mail correspondence she notes language that has been provided to her for possible inclusion in the letter from Domenique, and I assume that's Miss Kirchner, that reads, "Following the

(Hom - 6/25/08)

T4D, GSA made payments to MDI contractors for work previously performed prior to termination, et cetera."

Do you see that language?

A I see it.

Q Do you recall any discussions during your time working on this project, either in the government or while an outside consultant, regarding the issue of paying subcontractors in full for the work they performed on Phase II as a precondition to getting them to work on Phase III?

A No.

Q Do you know whether Miss Kirchner's proposed language was ever incorporated into the final decision?

A I do not.

Q During the course of your employment with the government or since leaving government, have you ever been involved in preparing a final decision of any sort?

A Yes.

Q Have you ever been involved in preparing a final decision relating to excess

(Hom - 6/25/08)

costs of reprocurement?

MS. KIRCHNER: Other than the one he did in January 2006, is that what you're asking?

MR. BEHRE: You can answer.

MS. KIRCHNER: Okay, objection, ambiguous.

A Other than the one I did in January 2006, I don't recall any.

Q Have you ever been involved in calculating excess costs of reprocurement outside of a final decision seeking a certain amount?

A Yes.

Q And in what context?

A As a GSA attorney.

Q And how many times did you -- were you involved in calculations like that?

A Best guess, two or three. I'm not quite sure. That would be my best guess.

Q Are you familiar with a company called Cotton & Company?

A Yes.

Q Are you familiar with Sam or

**From:** Karen A. Poole
**Sent:** Thursday, February 23, 2006 3:49 PM
**To:** Georgann.Butler@GSA.gov@GSA
**Subject:** Re: Fw: AMEC COFD

---

I finished it early this morning. John Walsh is looking at it and will not be in until Monday.

Karen Poole
Program Evaluation Officer
Director, Program Evaluation & Finance
GSA Federal Technology Service - Heartland Region (6T)
Phone: (816) 823-2309
Fax: (816) 823-5935
Karen.Poole@gsa.gov

CREATING A SUCCESSFUL FUTURE AT GSA
by living our values everyday and working together to achieve our goals.
Achiever Developer Individualization Input Maximizer

Georgann Butler/6PC/R06/GSA/GOV
02/23/2006 01:11 PM

To
Karen A. Poole/6T/R06/GSA/GOV
cc

Subject
Fw: AMEC COFD

Could you provide me with the required sentence by Monday?

Georgann Butler
GSA (6PCA)
Phone: 816-823-4918
Fax: 816-823-5931 or 816-926-3571
email: georgann.butler@gsa.gov
Restorative/Consistency/Harmony/Learner/Focus
----- Forwarded by Georgann Butler/6PC/R06/GSA/GOV on 02/23/2006 01:10 PM -----

Georgann Butler/6PC/R06/GSA/GOV

GSA 110567

EXHIBIT
Hom 23
6/25/08