# EXHIBIT 40

UNITED STATES COURT OF FEDERAL CLAIMS

---------------------x

AMEC CONSTRUCTION MANAGEMENT, INC.,
f/k/a Morse Diesel International, Inc.,

Plaintiff,

-against- Case No. 06-867

(Judge Braden)

THE UNITED STATES,

Defendant.

---------------------x

July 23, 2008
8:34 a.m.

Videotaped deposition of LINDA PHILLIPS, taken by attorneys for Plaintiff, pursuant to subpoena, held at the offices of Sonnenschein Nath & Rosenthal LLP, 4520 Main Street, Kansas City, Missouri, before Helen Mitchell, a Shorthand Reporter and Notary Public.

(Phillips - 7/23/08)
documents, which we have always done even without anyone telling us to.
Q When you say "take care of our documents," what do you mean by that?
A Maintain them, don't destroy anything.
Q And did that instruction relate to paper documents or electronic documents or both?
A I don't -- it was verbal as far as remembering. I don't recall what the specificity of it was, but it was basically about the paper files, because we have -- everything in our files is paper. We have a ton of paper. And we have maintained all the paper during the project, nothing has been destroyed.
Q So with regard to your e-mails, for example, you didn't get any specific requests to maintain those?
A Only from Catherine.
Q In 2007?
A Yes.
Q And when did Sam -- forgive me, I didn't get his last name.
A Skare.

(Phillips - 7/23/08)
Q When did Sam Skare give you that verbal instruction?
A I can't even -- I can't give you a specific date. It was at some point that, you know, we started having litigation and claims from Morse Diesel, so it would have been towards the end of the project.
Q By "towards the end of the project" do you mean at the time of substantial completion or before or after that?
MS. KIRCHNER: Objection, ambiguous.
A I don't have a clear date on that.
(May 2007 e-mail from Catherine Crow marked Phillips Exhibit 1 for identification.)
Q I'm showing you what's been marked as Deposition Exhibit No. 1.
Could you review that document and see if you can identify it.
(Pause)
A This is an e-mail from Catherine Crow in May of last year, indicating to print out and save things that might be stored.

(Phillips - 7/23/08)

Q So is this the e-mail you were referring to earlier?

A It's not exactly as I remember it, but, yes, it must be.

Q Now, this instruction doesn't say anything about saving anything, does it?

A No. That's why I don't think this is the e-mail I was thinking about.

Q In response to this request, what did you do?

A I did print out all my hard -- all my documents in -- that were in my computer at one point, and that -- put on disc and mailed them to Catherine.

Q So the method you used was to print out your e-mails, and then there was --

A What I -- what I copied to discs and sent to Catherine were all my documents, such as Word documents, Excel documents, all my documents such as that. My e-mail that I archived recently was just since the time of this letter, which was put on a disc recently, and all my other e-mails were in hard form in my boxes.

EXHIBIT
Phillips 1
7/23/08

| | |
|---|---|
| **From:** | georgann.butler@gsa.gov |
| **To:** | linda.phillips@gsa.gov; roger.haddock@jacobs.com; terry.page@jacobs.com; chris.gummere@jacobs.com; Brent Daubach; |
| **cc:** | catherine.crow@gsa.gov; |
| **Subject:** | ATTORNEY WORK PRODUCT: Fw: Eagleton reprocurement cost claim |
| **Date:** | Tuesday, May 08, 2007 9:12:24 AM |

Please see Catherine's email below.

Georgann Butler
Chief, Construction Acquisition Branch I
GSA (6PCA-I)
Phone: 816-823-4918
Fax: 816-823-5931
email: georgann.butler@gsa.gov
Restorative/Consistency/Harmony/Learner/Focus
----- Forwarded by Georgann Butler/6PC/R06/GSA/GOV on 05/08/2007 09:04 AM -----

**Catherine C. Crow/LR/CO/GSA/GOV**

05/07/2007 11:12 AM

To Georgann Butler/6PC/R06/GSA/GOV@GSA, Karen A. Poole/6T/R06/GSA/GOV@GSA, Lisa M. Hancock/6P/R06/GSA/GOV@GSA

cc Dalton F. Phillips/LR/CO/GSA/GOV@GSA, Domenique.Kirchner@usdoj.gov, Mark R. Warnick/6L/R06/GSA/GOV@GSA

Subject Eagleton reprocurement cost claim

Please print out and send to me all of your emails that (1) were issued after the termination and (2) relate to Phase 3. Make sure you look everywhere your emails might be stored. Also, please forward this email to all GSA and Jacobs personnel who might have emails that meet these criteria.

Please send me these emails by Friday, May 18th.

Sincerely,
Catherine

Catherine Crow
Senior Assistant General Counsel
General Services Administration
Office of General Counsel (LR)

1800 F Street, NW, Rm. 5134
Washington, DC 20405
(202) 501-4536 Office
(202) 501-1944 Fax

The information contained in this e-mail message is intended only for the addressee(s) and may be protected by the attorney-client privilege and/or work product doctrine. Please do not forward or further disseminate this message without the consent of the sender.