# EXHIBIT 41

UNITED STATES COURT OF FEDERAL CLAIMS

- - - - - - - - - - - - - - - - - - - - -x

AMEC CONSTRUCTION MANAGEMENT, INC.,
f/k/a Morse Diesel International, Inc.,

Plaintiff,

-against- Case No. 06-867

(Judge Braden)

THE UNITED STATES,

Defendant.

- - - - - - - - - - - - - - - - - - - - -x

July 23, 2008
8:34 a.m.

Videotaped deposition of LINDA PHILLIPS, taken by attorneys for Plaintiff, pursuant to subpoena, held at the offices of Sonnenschein Nath & Rosenthal LLP, 4520 Main Street, Kansas City, Missouri, before Helen Mitchell, a Shorthand Reporter and Notary Public.

(Phillips - 7/23/08)

let at a certain time, so much had been expended on the contract. We highlighted issues with the project that were going on, like the door frames and other issues, I believe. We also indicated the slippage in schedule, and the lack of manpower on the project, and the fact that the project had continued to slip for a long period of time, and that we didn't have high expectations for the project getting done. And we estimated some costs, I think, for us, I think, to complete the project, either if Morse Diesel stayed on board or if Morse Diesel didn't stay on board.

Q Going into that meeting, did you have a position or a view as to whether or not Morse Diesel should be terminated from the project?

A I personally thought they should be terminated.

Q And when did you reach that opinion?

A I would say at the end of '98.

Q And did you convey that opinion to anyone else at the GSA?

(Phillips - 7/23/08)

A To management.

MR. BEHRE: Why don't we go off the record for a minute so he can change his tape.

THE VIDEOGRAPHER: This is the videographer. Off the record at 11:27. This ends tape number two.

(Recess taken)

THE VIDEOGRAPHER: This is the videographer. This begins tape number three at 11:34 a.m.

We're back on the record at this time.

(Handout presented at June meeting marked Phillips Exhibit 18 for identification.)

BY MR. BEHRE:

Q Showing you what's been marked as Exhibit No. 18, can you look at that exhibit and see if you can identify it.

(Pause)

A It's the handout that we presented at the June meeting with Mr. Peck.

Q And is this the one you were

(Phillips - 7/23/08)
referring to just before our break?
A Yes, it is.
Q And is this the material that you presented at that meeting?
A Yes, it is.
Q Directing your attention to the fourth page of the exhibit, which is Bates KC 063573.
Do you see that page?
A 573, yes.
Q There's a heading of "Reasons to Terminate for default."
Do you see that heading?
A Yes, I do.
Q And the reason stated has to do with "The contractor has not managed or coordinated the project in a manner to ensure timely completion"; correct?
A Correct.
Q Looking at the last page of this exhibit, the "Plan of Action," it indicates "Prepare Justification for Termination for Default."
Do you see that?

# Thomas F. Eagleton
# U.S. Courthouse
# St. Louis, Missouri

ATTORNEY WORK PRODUCT

PREPARED IN ANTICIPATION OF LITIGATION

## Status Report

## June 1999

***Presented by:***
Linda Phillips
Project Manager

EXHIBIT
Phillips 18 ID
7/23/08

6/10/99 – [illegible]
11:00 AM [illegible]

KC063570

Thomas F. Eagleton
U.S. Courthouse
St. Louis, Missouri

# Construction Status



| | October 1998 | June 1999 |
|---|---|---|
| Project completion | 70% | 85% |
| Exterior skin | 85% | 95% |
| Site work | 50% | 50% |
| Tenant Fit Out | 50% | 80% |
| Courtroom finish | 55% | 70% |
| Lobbies | | 45% |

weather tight

Why Now? Morse Diesel is decreasing man power.

## October 1998 Briefing

Morse Diesel Intl., Inc. (MDI) – Contractor
Substantial Completion – July 99
- **7 months behind schedule**

GSA
Contractor 95% complete – Sep 99
Substantial Completion – unknown

U.S. Attorney is pursuing a civil fraud case against the contractor.

## June 1999 Briefing

Morse Diesel Intl., Inc. (MDI) – Contractor
Substantial Completion – Dec 99
- **12 months behind schedule**

GSA
Contractor 95% complete – Dec 99
Substantial Completion – unknown

Proposed schedule for completion is March 2000.

Attorney Work Product

KC063571

Thomas F. Eagleton
U.S. Courthouse
St. Louis, Missouri

## Financial Status (In millions)

| **Budget:** | | **Expenditures:** | |
|---|---|---|---|
| Authorized Funds: | $227.8 | Site: | $ 9.5 |
| | | Design: | $ 13.0 |
| Liquidated | | M&I: | $ 9.2 |
| Damages: | $ 0.7 | Construction: | $194.0 |
| | **$228.5** | Litigation: | $ 2.8 |
| | | **Cost to date** | **$228.5** |

**$8 million** in supplemental funding has been approved and is currently being reprogrammed to replace construction funds expended on $1,900,000 for unforeseen hazardous waste, $2,800,000 for litigation and increasing construction management funds $3,300,000.

Since January 1999.

The Federal Building Fund is **losing $850K/mo in rent**

Extended Overhead and Management is **costing $300K/mo**

Orginal Completion date was October 1998.

Attorney Work Product

KC063572

Thomas F. Eagleton
U.S. Courthouse
St. Louis, Missouri

# Reasons for Terminate for Default

## The contractor has not managed or coordinated the project in a manner to insure timely completion.

1. The contractor has not provided realistic schedules or followed them.
2. Since Reinstatement of MDI in May 1996 the schedule has slipped every month for a total of 323 days.
3. MDI has not met their schedule and retainage has been taken for lack of progress from their monthly payments. Initially 5% then 10%.
4. MDI failed to meet the January 11, 1999, completion date and is being assessed $5,000/day in liquidated damages.

## Delays

**Phase I**

1. Didn't proceed with slurrywall design waiting for VE acceptance
2. Lack of Dewatering caused
   - Delay to slurrywall installation
   - Delay to Excavation
   - Delay to Footings installation
   - Excessive movement to slurrywall
   - Delay to slabs installation
3. Had to Repair/Replace Tiebacks (75% of them)
   Due to poor quality control
4. Inexperience with slipform system delayed corewall
5. Delay installing tower crane hindered and delayed movement of men and materials
6. Low strength concrete in columns delayed pouring slabs

**Phase II**

1. Didn't hire subcontractors in a timely manner which delayed
   - Elevator installation
   - Which delayed removal of lifts
   - Which delayed the enclosure of the exterior
   - Which delayed the interior finish of the building
2. Lack of adequate vertical transportation has delayed movement of materials and manpower
3. The lack of adequate weather protection allowed mold to become pervasive and the remediation impacted interior finishes

## Phase II Delays (con't)

4. Installing poor quality doorframes required infield repairs and replacement which impacted interior buildout.
5. Purchasing doors from a poor quality manufacturer which utilized Chinese steel and poor quality control required repurchase of the doors. This has delayed finishing and securing areas.

Thomas F. Eagleton
U.S. Courthouse
St. Louis, Missouri

# Graph of Contract Completion Dates




The red line is generated using MDI's projections given to GSA each month. The green line is the required contract completion date. MDI has issued over 17 revisions to their schedule. Each revision has improved the project completion date for that month only.

The schedule just submitted to GSA last week (Revision 17b) shows a completion date of February 26, 2000.

Thomas F. Eagleton
U.S. Courthouse
St. Louis, Missouri

# Contract Statistics

## Phase I – Site and Foundation Package

| | |
|---|---|
| Award | July 5, 1994 |
| Notice to Proceed | July 19, 1994 |
| Contract Completion | February 1, 1996 |
| Actual Substantial Completion | June 28, 1996 |

**MDI is still finishing the punch list**
**148 days late (in liquidated damages)**

3 years ago and they're still on the punch list

| | |
|---|---|
| Award Amount | $ 20,343,186 |
| Change Orders | $ 1,354,621 |
| TOTAL Contract Value | $ 21,697,807 |

## Phase II – Building Package

| | |
|---|---|
| Award | September 28, 1995 |
| Termination for Convenience | April 10, 1996 |
| Reinstatement | May 2, 1996 |
| Contract Completion | January 11,1999 |

**Currently 150 days late (in liquidated damages)**

| | |
|---|---|
| Award Amount | $ 165,102,792 |
| Change Orders | $ 7,165,770 |
| TOTAL Contract Value | $ 172,268,569 |
| Current **Retainange** for: | |
| Lack of progress | $ 3,215,136 |
| Defective work | $ 2,216,191 |
| TOTAL retainage | $ **5,431,327** |

# Claims (in millions)

| | | |
|---|---|---|
| **Phase I** | $ 13.3 | differing site conditions |
| | $ 10.0 | prior knowledge of hazardous material |
| | $ 1.5 | Value Engineering for cleanup method PAID $1,502,126 |
| **Total** | **$ 24.8** | |
| **Phase II** | $ 2.10 | Reinstatement PAID $811,897 |
| | $ 0.46 | Option 8 T for C (11th floor) |
| | $ 0.08 | EMS Conduit |
| | $ 0.18 | Channel Iron Bracing |
| | $ 0.28 | Wood blocking |
| | $ 0.08 | Elevator Beam Pockets |
| | % mark up | High Rise Factor for Sach's Electric |
| **Total** | **$ 3.18** | |

Attorney Work Product

Thomas F. Eagleton
U.S. Courthouse
St. Louis, Missouri

## Terminate for Default

**Benefits:**
- Regain control of schedule
- Establish valid completion date
- Customer feels better
- Cut our losses

**Potential Impact:**
- Termination claims
- Cost and time to remobilize
- Ability to hold subcontractors

| Additional funding: | | |
|---|---|---|
| | $ 400,000 | labor charges |
| | $ 800,000 | art-in-architecture |
| | $1,000,000 | chambers |
| | $ 800,000 | 8th floor build out |
| | $5,000,000 | management |
| | $6,300,000 | construction contingency |
| | $ 500,000 | procurement costs |
| | $14,800,000 | TOTAL |

$8 million FY99 reprogramed
$6.8 million additional needed

We project rent revenue to begin in June 2000 instead of October 2000 by terminating. In those 4 months the Federal Building Fund will receive $4,548,000 in revenue from the Eagleton Courthouse.

Attorney Work Product

Thomas F. Eagleton U.S. Courthouse
St. Louis, Missouri

# PLANNED SCHEDULE

Thu 06/10/99

| ID | Task Name | Start | Finish |
|---|---|---|---|
| 1 | Job Site Meeting | Tue 06/08/99 | Tue 06/08/99 |
| 2 | Meeting in Washington, DC | Thu 06/10/99 | Thu 06/10/99 |
| 3 | "Go no Go" | Fri 06/11/99 | Fri 06/11/99 |
| 4 | Prepare T for D Justification | Fri 06/11/99 | Fri 06/11/99 |
| 5 | **Termination** | **Mon 06/14/99** | **Mon 06/14/99** |
| 6 | Issue Termination Letter | Mon 06/14/99 | Mon 06/14/99 |
| 7 | Fax letters to subcontractors | Mon 06/14/99 | Mon 06/14/99 |
| 8 | Provide Security | Mon 06/14/99 | Mon 06/14/99 |
| 9 | **Reprocurement** | **Tue 06/15/99** | **Tue 09/07/99** |
| 10 | Subcontractor Meetings | Tue 06/15/99 | Tue 06/15/99 |
| 11 | Subcontractor Response | Wed 06/16/99 | Tue 07/13/99 |
| 12 | Issue Letter Contracts | Tue 07/13/99 | Tue 07/13/99 |
| 13 | Subcontractor Negotiations | Wed 07/14/99 | Tue 09/07/99 |
| 14 | **Complete construction** | **Wed 07/14/99** | **Tue 04/18/00** |
| 15 | Finish construction | Wed 07/14/99 | Tue 02/08/00 |
| 16 | Complete Punchlist | Wed 02/09/00 | Tue 03/21/00 |
| 17 | Final Inspection | Wed 03/22/00 | Tue 04/18/00 |
| 18 | **Telecommunications** | **Tue 10/12/99** | **Mon 04/10/00** |
| 19 | Mobilize Telcom Contractor | Tue 10/12/99 | Mon 11/08/99 |
| 20 | Install Switches, Run Risers | Tue 11/09/99 | Mon 03/13/00 |
| 21 | Finish/Punchlist Telecom | Tue 03/14/00 | Mon 04/10/00 |
| 22 | **Security Installation** | **Tue 10/12/99** | **Mon 04/10/00** |
| 23 | Mobilize ADT | Tue 10/12/99 | Mon 11/08/99 |
| 24 | Install Equipment | Tue 11/09/99 | Mon 03/13/00 |
| 25 | Finish/Punchlist | Tue 03/14/00 | Mon 04/10/00 |
| 26 | **Move In** | **Tue 04/11/00** | **Mon 05/29/00** |
| 27 | Furniture Installation | Tue 04/11/00 | Mon 05/08/00 |
| 28 | Tenant Move | Tue 05/09/00 | Mon 05/29/00 |




Attorney Work Product

KC063578

Thomas F. Eagleton
U.S. Courthouse
St. Louis, Missouri

## Plan of Action

Prepare Justification for Termination for Default
Prepare Justification for Sole Source Procurement

Issue Termination Letter to Contractor
Notify Bonding Company
Fax letters to all subcontractors inviting them to meeting

Meet with subcontractors
Request information and solicit proposals

Prepare Letter Contracts: New Boilerplate
New Divison 1
Original Construction Contract as modified
Subcontractors contracts

Negotiate contracts

| | |
|---|---|
| Day 1 | Key contractors |
| First 2 weeks | Secondary contracts |
| First month | Non Critical contractors |

Extend/Modify Construction Management
Add construction superintendent
Increase inspection staff

Attorney Work Product

KC063579