# EXHIBIT 43

UNITED STATES COURT OF FEDERAL CLAIMS

- - - - - - - - - - - - - - - - - - - - -x

AMEC CONSTRUCTION MANAGEMENT, INC.,
f/k/a Morse Diesel International, Inc.,

Plaintiff,

-against- Case No. 06-867

(Judge Braden)

THE UNITED STATES,

Defendant.

- - - - - - - - - - - - - - - - - - - - -x

July 23, 2008
8:34 a.m.

Videotaped deposition of LINDA PHILLIPS, taken by attorneys for Plaintiff, pursuant to subpoena, held at the offices of Sonnenschein Nath & Rosenthal LLP, 4520 Main Street, Kansas City, Missouri, before Helen Mitchell, a Shorthand Reporter and Notary Public.

(Phillips - 7/23/08)

get -- to put their estimate together. And their estimate was then used to decide whether we would move forward or not.

Q So it was up to Jacobs to determine whether a sole source contract or --

A No.

Q You've got to let me finish the question.

A Sorry.

Q It was up to Jacobs to determine whether a sole source contract or purchase order was fair and reasonable?

A It was not up to Jacobs. Jacobs was supplying the information for the estimates, and the rationale for what we should do. Our contracting officer and Bob Herron, who was a construction officer representative in the field, would look at that and make the final determination whether we would be going sole source or not.

Q Sitting here today, do you recall any instances following December 5th, 2000 where sole source awards were made?

A No. I personally don't know of

(Phillips - 7/23/08)

any.

Q Can you say one way or the other whether there were any sole source awards made after the --

A No.

I'm sorry.

Q -- after the e-mail dated December 5th, 2000?

A No.

(E-mail from Georgann Butler to Roger Haddock marked Phillips Exhibit 26 for identification.)

Q Showing you what's been marked as Exhibit 26, can you look at that exhibit and see if you can identify it.

(Pause)

A This is an e-mail from Georgann Butler to Roger Haddock, and I'm copied on it.

Q Do you recall receiving this e-mail?

A No.

Q Putting aside the -- whether you recall the e-mail itself, do you recall the content of it?

(Phillips - 7/23/08)
A Do I recall the content of it?
Q Yes.
A No.
Q Do you recall a meeting being called to discuss the backup and support for the excess cost of reprocurement figures?
A I believe I -- I believe there was a meeting regarding the reprocurement costs. I did not attend such meeting.
Q And directing your attention back to Exhibit No. 5, which is the October 10, 2006 final decision --
MS. KIRCHNER: Objection, mischaracterizes the document.
MR. BEHRE: Sorry, demand for repayment.
A I've got Exhibit 5, which is a demand for repayment dated October 10th, 2006.
Q And the demand amount in that is approximately $28.5 million; correct?
A Correct.
Q So at the time of this e-mail, in February of '07, the demand was about $28.5 million; correct?

**From:** georgann.butler@gsa.gov
**Sent:** Tuesday, February 20, 2007 3:10 PM
**To:** Haddock, Roger <roger.haddock@jacobs.com>
**Cc:** karen.poole@gsa.gov; linda.phillips@gsa.gov; johnf.walsh@gsa.gov; catherine.crow@gsa.gov; domenique.kirchner@usdoj.gov
**Subject:** MDI Reprocurement Claim

---

Hi Roger! I understand you were contacted about the judge's findings regarding MDI's claims.

But no time to celebrate as Domenique (DOJ) wants as all to become very familiar with what we have listed for reprocurement costs as there is a "very good" chance we and others (such as Chris Gummere, Brent Daubach - and I need to know how/who to contact for Brent, etc.) will be asked to give depositions regarding this subject. Therefore, in order to be prepared, Catherine Crow (works with Dalton Phillips/Chip Morris) wants to meet with all of us at once, if possible, to go over our supporting documents.

I think Terry Page and Chris Gummere worked on documentation for reprocurement claim items 1-6 and Chris Gummere and Brent Daubach worked on items 7-11. Based on Catherine's request, I need to know what dates in March/April 2007 would work for you and your group. We can meet in St. Louis if it works better for you. Let me know.

Please let me know when, who and where works for you.

Georgann Butler
Chief, Construction Acquisition Branch I
GSA (6PCA-I)
Phone: 816-823-4918
Fax: 816-823-5931
email: georgann.butler@gsa.gov
Restorative/Consistency/Harmony/Learner/Focus

EXHIBIT
Phillips 26
7/23/08