# EXHIBIT 44

UNITED STATES COURT OF FEDERAL CLAIMS

- - - - - - - - - - - - - - - - - - - - -x

AMEC CONSTRUCTION MANAGEMENT, INC., f/k/a Morse Diesel International, Inc.,

Plaintiff,

-against- Case No. 06-867

(Judge Braden)

THE UNITED STATES,

Defendant.

- - - - - - - - - - - - - - - - - - - - -x

July 23, 2008

8:34 a.m.

Videotaped deposition of LINDA PHILLIPS, taken by attorneys for Plaintiff, pursuant to subpoena, held at the offices of Sonnenschein Nath & Rosenthal LLP, 4520 Main Street, Kansas City, Missouri, before Helen Mitchell, a Shorthand Reporter and Notary Public.

(Phillips - 7/23/08)

five lines up from the bottom --

A DHP?

Q -- DHP systems, and it indicates, you see on -- under the column "Request number three," $43,344,000, and the final amount, "Total amount requested," 43,344.

Do you see that?

A Yes, I do.

Q So it appears, at least in that one instance, and you're free to do these others as you like, that the data contained and the information contained in the draft final decision, which is Exhibit No. 6, stems from the Jacobs document, which is Exhibit No. 31?

Do you see that?

A Yes.

Q And, as you testified earlier, Jacobs was the party responsible for estimating and determining the PTI; correct?

A Yes.

Q And the PTI amount became the basis for the government's claim for excess costs of reach reap?

MS. KIRCHNER: Objection, lack of

(Phillips - 7/23/08)
foundation.
A It appears to be a correlation between the two documents.
(January 2000 request for funding from Glen Overton to Robert Peck marked Phillips Exhibit 32 for identification.)
Q Showing you what's been marked as Exhibit No. 32, could you look at that exhibit and see if you can identify it.
(Pause)
A It's a request -- basically a request for funding from Woody Over -- or Glen Overton to central office, to Robert Peck, in January of 2000.
Q Do you recall receiving this document?
A I recall this document. I recall this action.
Q And this document was contained in the files that you produced.
Do you realize that?
A Yes, I do.
Q Looking at the first page of this exhibit, in the second paragraph, the one that

(Phillips - 7/23/08)

carries over to the second page, the third sentence of that second paragraph reads: "One, the cost of the chamber package is higher than estimated. Second, we have spent about $7 million on unanticipated work that we can hopefully recover from MDI."

Do you see that language?

MS. KIRCHNER: Could you repeat the page? What page?

MR. BEHRE: Page 1.

THE WITNESS: It's the bottom paragraph on the first page, right?

Yes.

A It says we have spent $7 million on unanticipated work that we hopefully recover from MDI.

Q And is it your understanding that the $7 million figure is essentially excess costs of reprocurement, at least as of January 20, 2000?

MS. KIRCHNER: Objection, lack of foundation.

A No.

Q What's your understanding of what

JAN 20 2000

ATTORNEY WORK PRODUCT
PREPARED IN ANTICIPATION OF LITIGATION

MEMORANDUM FOR ROBERT A. PECK
COMMISSIONER
PUBLIC BUILDINGS SERVICE (P)

PAUL CHISTOLINI
DEPUTY COMMISSIONER
PUBLIC BUILDINGS SERVICE (PD)

PAMELA M. WESSLING
ASSISTANT COMMISSIONER
OFFICE OF PORTFOLIO MANAGEMENT
PUBLIC BUILDINGS SERVICE (PT)

FROM: GLEN W. OVERTON
REGIONAL ADMINISTRATOR (6A)

SUBJECT: Thomas F. Eagleton U.S. Courthouse

Unfortunately, funding is again an issue. The critical path for project completion staying on schedule requires the chambers package to be awarded this week. This week is important for two reasons. One, the length of time to perform the work requires immediate award. Two, the contractors have the manpower on hand to properly staff this work to meet the required schedule. A delay in award will cause the loss of the current manpower. Of course the manpower could be re-assembled at a later date; however, we would be taking a risk on availability of manpower in sufficient quantities and quality. The work covered by the chambers package is the final finish of the 19 judge's chambers. You have given us $7.5 million of the $10.5 million we have previously requested. The final $3 million of this request will allow us to proceed with the chambers package.

The bigger problem is the total funding needed to complete and occupy the building. This problem has arisen because of basically two things. One, the cost of the chambers package is higher than we estimated. Second, we have spent about $7 million on unanticipated work that we can hopefully recover from MDI. Therefore, the $7 million is a cash flow issue rather than

EXHIBIT
Phillips 32
1/23/08

a cost escalation. To partially solve the cash flow problem, we could do an offset against the remaining balance of MDI's contract on the Sacramento Courthouse and San Francisco Customhouse projects. All of this is complicated by the fact that we are approaching the 10 percent escalation of this project. With the $10.5 million we have already requested, we are at 8.8 percent escalation.

The most important reason to complete the project in June 2000 is economic. Based on a June occupancy date, our revenue projection for this fiscal year is $5.7M. Rent projections for fiscal year 2001 are $17.1M and Funds from Operations for this courthouse are estimated at $14.2M. Without cash flow to complete this project, the revenue stream will not start. This "Catch 22" situation forces us to weigh the cost of delaying tenant occupancy with lost revenue and operating costs that will not be covered with a revenue stream.

Additionally, we need to consider that the Thomas F. Eagleton U.S. Courthouse is a very high profile project for GSA nationwide for the following reasons:.

- This will be the largest Federal Courthouse in the United States.

- GSA Terminated for Default, Morse Diesel, Inc., one of the largest general contractors in the United States.

- GSA made a public commitment to the Courts; Leader Dick Gephardt and U.S. Senator Kit Bond; the media; and the St. Louis Community that GSA would complete the project in June.

- The President of the United States and First Lady have both referred to the Thomas F. Eagleton U.S. Courthouse on their last visits as part of their "livable communities" program. ("Revitalizing the Urban Core & Partnering with the City of St. Louis".)

- If we do not complete the Courthouse in June, it will damage our Civil Fraud case and expected criminal charges with the Courts.

ATTORNEY WORK PRODUCT
PREPARED IN ANTICIPATION OF LITIGATION



- Leader Dick Gephardt secured the funding for this project when he was in the Majority and views it as his pet project.

- We were talking about a September Dedication with the President because of his new relationship with Leader Gephardt, and long-time friendship with former U.S. Senator Eagleton.

Attached is what we need to complete this project. We are aware that additional funding is difficult. Therefore, we would like to offer suggestions of things we could do to "soften" the Central Office impact of the additional funding needs. We would appreciate having your thoughts and support on how we move forward to complete the Thomas F. Eagleton U.S. Courthouse in June.

Attachments

cc: Official File - 6PC
Reading Files - 6A 6P 6PC
6L 6PM 6PT
6PC:LPhillips:csg:011900:x67231 6A_Eagleton_doc
REWRITE:6A:WOverton:csg:011900:x67231 6A_Eagleton_doc

Peggy Robinson
CONCUR/NONCONCUR 6P-A

1/20/99
CONCUR/NONCONCUR 6P

CONCUR/NONCONCUR 6AD

**Funding Requirements to complete the St. Louis Courthouse:**

| | |
|---|---|
| **$12,579,000** | Total amount needed (detailed breakdown of this figure available) |
| $ 1,880,000 | Un-obligated balance of allowed funds (excluding Art in Architecture) |
| $10,699,000 | Additional funds needed. |
| $ 3,000,000 | Balance of our prior $10,500,000 request. |
| **$ 7,699,000** | **Additional funds to be requested** |
| $ 750,000 | Art in Architecture un-obligated balance (**Option 1** – delete Art in Architecture and use funds to finish building) |
| **$ 6,949,000** | **Additional funds needed if Option 1 chosen** |
| $ 1,275,000 | **Option 2** – Use existing BA 61 funds in region to pay for future litigation cost. |
| **$ 5,674,000** | **Additional funds needed if Options 1 & 2 chosen.** |
| $ 200,000 | **Option 3** – Use existing BA 61 funds in region to pay for future security cost (guards at job site). |
| **$ 5,474,000** | **Additional funds needed if Options 1 thru 3 chosen** |
| $ 500,000 | **Option 4** – Eliminate majority of AE CM support and staff the project with GSA personnel. |
| **$ 4,974,000** | **Additional funds needed if Options 1 thru 4 chosen.** |
| $ 250,000 | **Option 5** - delete completion of one judge's chamber not needed at occupancy. |
| **$ 4,724,000** | **Additional funds needed if Options 1 thru 5 chosen.** |
| $ 1,200,000 | **Option 6** – delete punch list items not critical to initial occupancy |
| **$ 3,524,000** | **Additional funds needed if Options 1 thru 6 chosen.** |

ATTORNEY WORK PRODUCT
PREPARED IN ANTICIPATION OF LITIGATION

| Thomas F. Eagleton United States Courthouse<br>Funding Forecast<br>01/19/00 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Funds Required | | 15-Jan-00 | 15-Feb-00 | 15-Mar-00 | 15-Apr-00 | 15-May-00 | |
| Pest Control | | 700 | 700 | 700 | 700 | 700 | $3,500 |
| Trailers | | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | $15,000 |
| AE Services | | 150,000 | | | | | $150,000 |
| CM Services | | 550,000 | | 300,000 | | | $850,000 |
| CMR (general labor) | | | | 350,000 | | | $350,000 |
| Corrigan (mechanical) | | | 1,500,000 | | | | $1,500,000 |
| NCS/ICS (interiors) | | | 150,000 | | | | $150,000 |
| Leonard Masonry | | | 750,000 | | | | $750,000 |
| Venetian Terrazzo | | | 500,000 | | | | $500,000 |
| Sachs (electrical) | | | 1,000,000 | | | | $1,000,000 |
| DKW (painting) | | | | 250,000 | | | $250,000 |
| Montgomery Kone (elevators) | | 200,000 | | | | | $200,000 |
| WBH (doors) | | 250,000 | | | | | $250,000 |
| Carpet | | | 40,000 | | | | $40,000 |
| Epoxy Coating | | | 50,000 | | | | $50,000 |
| Misc. Contracts | | | 125,000 | | | | $125,000 |
| Infrastructure Issues | | 250,000 | 250,000 | 250,000 | | | $750,000 |
| Chambers | | 4,000,000 | | | | | $4,000,000 |
| SUBTOTAL | | | | | | | $10,933,500 |
| Mold Testing/Remediation | | 10,000 | | 10,000 | 150,000 | | $170,000 |
| Security | | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | $200,000 |
| Litigation | | 250,000 | 250,000 | 250,000 | 525,000 | | $1,275,000 |
| TOTAL | | 5,703,700 | 4,658,700 | 1,453,700 | 718,700 | 43,700 | $12,578,500 |
| | | | | | Current Unobligated Balance | | $1,880,000 |
| | | | | | | | $10,698,500 |
| Excess reprocurement costs due to the termination and repair of remedial work should be recovered from MDI but are currently funded by the project. To date $6,555,644 have been expended (see attached). | | | | | | | |

ATTORNEY WORK PRODUCT

PREPARED IN ANTICIPATION OF LITIGATION

# MDI DEFICIENCIES - COST

Thomas F. Eagleton
United States Courthouse

Sverdrup CRSSC
Date: 1/13/00

| ID | Date Identified | Issue | Contractor | Estimated Cost Incurred |
|---|---|---|---|---|
| 1 | 18-Aug-99 | Field Work Directive No. 0010 - Raise the entire line above ceiling in 19.326 - Bulkhead to be installed at the intersection of corridors 19.326 and 19.329. | Fire Assurance | $2,500.00 |
| 2 | 18-Aug-99 | Turn up elbow and raise pipe bulkhead in Room 19.359. | Fire Assurance | $1,000.00 |
| 5 | 19-Jul-99 | Letter from Williams Scotsman regarding rental of triple wide trailer. | Williams Scotsman | $1,440.00 |
| 9 | 31-Aug-99 | Note to File: Mold remediation Level 14 and Level 4. Costs included in Record No. 175. Costs Included in Record 175. | CMR | |
| 10 | 01-Sep-99 | Potential Mold on Level 10, 12, 21 and 25 1/2. Costs included in Record 175. | CMR | |
| 11 | 21-Sep-99 | Potential Mold on Level 21 and 26. Costs included in Record 175. | CMR | |
| 13 | 23-Sep-99 | Field Work Directive No. 0057 to recut and install sprinkler drops in the Sallyport ceilings on L10, 12, 13, 14, and 15. | Fire Assurance | $5,000.00 |
| 14 | 29-Sep-99 | Field Work Directive No. 0065 to relocate air duct at L1M East Lobby to the west to accommodate light fixtures | Corrigan | $10,000.00 |
| 15 | 05-Oct-99 | NCS/ICS Pay Application No. 3 - Work Orders Issued to NCS/ICS by MDI but never paid. | NCS/ICS | $205,183.00 |
| 17 | 06-Oct-99 | Potential Mold on Level 20. Costs Included in Record 175. | CMR | |
| 19 | 17-Aug-99 | Field Work Directive No. 0002 - Seal the penetrations on Level 28 with a 4 high concrete pad to prevent possible water damage to the 28th floor. | Sachs | $0.00 |
| 20 | 01-Sep-99 | Field Work Directive No. 0007 - Openings cut in walls during Phase II by Sachs. | Sachs | $2,000.00 |
| 21 | 01-Sep-99 | Field Work Directive No. 0008 - Sachs to use cut in boxes fed from the overhead and will use greenfield only when necessary for the power and telephone/data outlets in the Control Room 12.164 | Sachs | $5,000.00 |
| 22 | 18-Aug-99 | Field Work Directive No. 0009 - Raise sprinkler line in door pocket to top of door frame in the east corridor on Level 18.348 | Fire Assurance | $1,000.00 |
| 23 | 18-Aug-99 | Field Work Directive No. 0011 - Relocate sprinkler head east of door jambs 1040mm east to avoid door pocket at 18.311. | Fire Assurance | $1,000.00 |
| 24 | 30-Aug-99 | Field Work Directive No. 0014 - Raise sprinkler lines currently above ceiling but below door height on Level 24 in the S.E. corridor. | Fire Assurance | $1,000.00 |
| 25 | 30-Aug-99 | Field Work Directive No. 0015 - Raise existing sprinkler in stall elevator lobby on Level 27 above the new ceiling frame. | Fire Assurance | $2,000.00 |
| 26 | 07-Sep-99 | Field Work Directive No. 0021 - Relocate doors 11.117 and 18.107 to allow the installation of sinks at the janitorial closets. | NCS/ICS | $2,500.00 |
| 27 | 18-Aug-99 | Field Work Directive No. 0019 - Connect under counter light over sink in room 2.131 from receptacle at the counter using surface mounted wire mold, painted the same color as the back wall. | Sachs | $500.00 |
| 28 | 08-Sep-99 | Field Work Directive No. 0023 - Revisions to B4, B3, B2, B1, 1, 4, and 5 regarding the fire/smoke dampers. | Corrigan | $10,000.00 |
| 29 | 11-Aug-99 | Field Work Directive No. 0039 - Proceed with work from On-Site Construction Clarification No. 3.14 | NCS/ICS | $5,000.00 |

ATTORNEY WORK PRODUCT

PREPARED IN ANTICIPATION OF LITIGATION

# MDI DEFICIENCIES - COST

Thomas F. Eagleton
United States Courthouse

Sverdrup CRSSC
Date: 1/13/00

| | | | | | |
|---|---|---|---|---|---|
| 30 | 31-Aug-99 | Field Work Directive No. 0041 - Provide and cut to size blocking for Corrigan plumbers | NCS/ICS | | $250.00 |
| 31 | 26-Aug-99 | Field Work Directive No. 0042 - Repair drywall for electrical receptacle plaster rings. | NCS/ICS | | $200.00 |
| 32 | 23-Jul-99 | Field Work Directive No. 0045 - Replace weather damaged insulation on precast at East Lobby. | NCS/ICS | | $1,000.00 |
| 33 | 13-Aug-99 | Field Work Directive No. 0046 - Move wall at East Lobby | NCS/ICS | | $2,500.00 |
| 34 | 17-Aug-99 | Field Work Directive 0047 - Re-install drywall because of mold removal Level 23 | NCS/ICS | | $1,000.00 |
| 35 | 19-Aug-99 | Field Work Directive 0048 - install door frames - Level 25 and 26 | NCS/ICS | | $1,000.00 |
| 36 | 03-Sep-99 | Field Work Directive 0050 - Box beam headers and stainless steel door frames | NCS/ICS | | $500.00 |
| 37 | 23-Aug-99 | Field Work Directive 0051 - Install door frames Level 27 | NCS/ICS | | $750.00 |
| 38 | 16-Aug-99 | Field Work Directive 0052 - Level 27 reception area floor - general clean up in the building, water barrels, temp. toilets, site work excavation, fence line. Included running elevators and equipment. Costs included in Record 175. | CMR | | |
| 39 | 03-Aug-99 | Field Work Directive 0053 - Remove drywall, install wall framing, install door frames on level 15.102 and 15.171. | NCS/ICS | | $750.00 |
| 40 | 24-Sep-99 | Field Work Directive No. 0060 - Furnish and install water meter valve box at the S.E. corner of the site. | Corrigan | | $1,500.00 |
| 41 | 27-Sep-99 | Field Work Directive No. 0061 - DKW to install c-channel supports for ceiling mounted toilet partitions in rooms 11.311 and 11.312. | DKW | | $1,000.00 |
| 42 | 28-Sep-99 | Field Work Directive No. 0062 - Sachs to remove rough-in for fire alarm speaker in 22.136 and relocate to north wall near door to clear casework. Sachs to abandon receptacle at N.E. corner of room 25.165 and relocate the receptacle to the west side. | Sachs | | $300.00 |
| 43 | 28-Sep-99 | Field Work Directive No. 0063 - Sachs to replace type FP 1'x4' fixtures with FPP 2'x4' fixtures in the Library room 25.169. | Sachs | | $3,000.00 |
| 44 | 06-Oct-99 | Field Work Directive No. 0069 - Remove fin-tube radiation from the wall at Level 27 public waiting in the east and west. Re-install fin-tube radiation after polishing of terrazzo. | Corrigan | | $2,000.00 |
| 45 | 10-Sep-99 | Field Work Directive No. 0025 - Raise sprinkler piping in staff elevator lobby 25.102 and 26.102 above the framed ceiling. | Fire Assurance | | $1,000.00 |
| 46 | 06-Oct-99 | Field Work Directive No. 0071 - Bring clay drainage piping to grade established by CMR at seven locations. | Corrigan | | $3,500.00 |
| 47 | 23-Sep-99 | Field Work Directive No. 0037 - Sachs to install control switches, conduit and wiring for both the motorized rolling doors in the cafeteria for complete operating systems. MDI had ordered the rolling kitchen doors, but never installed the rolling gate c | Sachs | | $800.00 |
| 48 | 14-Sep-99 | Field Work Directive No. 0030 - Sachs to reroute the two 50mm conduit on level 1 on the south side of the low rise elevator lobby to provide space for the soffit. | Sachs | | $2,000.00 |

ATTORNEY WORK PRODUCT
PREPARED IN ANTICIPATION OF LITIGATION

KC036124

# MDI DEFICIENCIES - COST

Thomas F. Eagleton
United States Courthouse

Sverdrup CRSSC
Date: 1/13/00

| | | | | |
|---|---|---|---|---|
| 49 | 13-Sep-99 | Field Work Directive No. 0029 - Furnish and install air plenums to supply grilles west lobby L1M.117 and furnish and install return air grilles for same location. | Sachs | $2,500.00 |
| 50 | 09-Sep-99 | Field Work Directive No. 0027 - Sachs never received P-462 since it was issued to MDI on the termination date. Sachs to change FQQ and FRR fixtures in corridors 17.125 and 17.135 to type FLLL fixtures because of duct work clearance problems. | Sachs | $600.00 |
| 51 | 09-Sep-99 | Field Work Directive No. 0026 - Sachs never received revision to P-78. Sachs to insulate and heat trace the waste piping on Level B1. | Sachs | $5,000.00 |
| 52 | 05-Oct-99 | Potential Mold Level 16 and Level 26. Costs included in Record 175. | CMR | |
| 53 | 24-Sep-99 | Gypsum Drywall and Stud Framing to enclose stair 5. Voided due to electrical conduits in the way and steel angles protruding from the beam about 3". | NCS/ICS | $3,000.00 |
| 54 | 11-Oct-99 | Venetian Missouri Terrazzo included extra work on their pay application no. 1 for work that needed to be remediated from Phase II. | VMT | |
| 55 | 11-Oct-99 | Pay Application No. 2 - Phase II costs which were paid by GSA to DKW but should be back charged to MDI. | DKW | $49,300.87 |
| 56 | 08-Oct-99 | DKW noted work on metal doors at B2 remediating deficiency. | DKW | |
| 58 | 05-Oct-99 | Materials purchased to replace materials already installed in Phase II by Sachs which were damaged and needed to be replaced. | Sachs | $2,000.00 |
| 59 | 11-Oct-99 | Field Work Directive No. 0076 - Sachs to install fire alarm strobe in toilet room 25.163. | Sachs | $1,000.00 |
| 61 | 11-Oct-99 | Field Work Directive No. 0078 - Sachs to install the two 250 MCM grounding cables that were stolen from the south side of the building during early phases of the project. | Sachs | $5,000.00 |
| 62 | 11-Oct-99 | Field Work Directive No. 0075 - Sachs to reroute two power conduits from in front of door 21.344. The door is higher than the corridor ceiling and hits the conduit. Issued as coordination effort during Phase II. | Sachs | $500.00 |
| 63 | 08-Oct-99 | Mold remediation Level 26. Costs included in Record 175. | CMR | |
| 64 | 07-Oct-99 | Mold remediation Level 16 Costs included in Record 175. | CMR | |
| 65 | 13-Oct-99 | Pay Application No. 3 - WBH submitted costs for hollow metal door deficiencies under Phase II. Costs included in Record 106. | WBH | |
| 67 | 14-Oct-99 | Fax to Pauly Jail for security door/hardware specifications so they could prepare a bid for corrective work on cell fronts, welds and security doors. | Pauly Jail | $244,100.00 |
| 68 | 05-Oct-99 | Field Work Directive No. 0087 - CMR to level floor concrete for mill work and carpet on Level 15 and 23. Costs included in Record 175. | CMR | |
| 69 | 05-Oct-99 | Field Work Directive No. 0088 - Form and grout hollow metal door frame replacements in masonry block walls at the mechanical area walls. Costs included in Record 175. | CMR | |
| 70 | 05-Oct-99 | Field Work Directive No. 0089 - Install wood blocking for millwork and other wall finishes on Level 26. Costs included in Record 175. | CMR | |

ATTORNEY WORK PRODUCT
PREPARED IN ANTICIPATION OF LITIGATION

# MDI DEFICIENCIES - COST

Thomas F. Eagleton
United States Courthouse

Sverdrup CRSSC
Date: 1/13/00

| | | | | | |
|---|---|---|---|---|---|
| 71 | 12-Oct-99 | Mold stored drywall Level 16.178. Costs included in Record 175. | CMR | | |
| 72 | 12-Oct-99 | Saturated drywall in 25.189. Costs included in Record 175. | CMR | | |
| 73 | 14-Oct-99 | Field Work Directive No. 0095 - Damage to wood doors through the building due to contractor travel. CMR to block open doors for workers access with the exception of stairwell doors. Costs included in Record 175. | CMR | | |
| 74 | 15-Oct-99 | Field Work Directive No. 0099 - Sachs to reroute fire alarm conduit entering stairwell 1 on level 24 to make room for Fire Assurance sprinkler pipe. | Sachs | | $250.00 |
| 75 | 15-Oct-99 | Field Work Directive No. 0097 - Sachs to relocate 2 way switch rough-in on Level 16 at the U elevator, relocate intercom rough-in on Levels 13 and 17 at the U elevator and abandon extra rough-in box on Levels 10a ND 12 at the U elevator to avoid elevator | Sachs | | $1,500.00 |
| 76 | 14-Oct-99 | Field Work Directive No. 0094 - Corrigan to turn off HVAC or seal off the supply and return air diffusers in immediate area of mold contamination. | Corrigan | | $500.00 |
| 77 | 15-Oct-99 | Field Work Directive No. 0102 - Furnish and install panels for plumbing chase at holding cells on Level 3, 10, 12, 14, and 16. | Corrigan | | $250.00 |
| 78 | 15-Oct-99 | Field Work Directive No. 0101 - Fire Assurance to relocate sprinkler heads and piping out of door pockets on level 18, 21, and 24. | Fire Assurance | | $500.00 |
| 80 | 15-Oct-99 | MDI sent a letter to GSA regarding the Security Keys, T.L. Shields packing list, and Wrought Iron Fence. | MDI | | $0.00 |
| 82 | 20-Oct-99 | Field Work Directive No. 0126: NCS/ICS to patch hole in wall at the fin tube riser at the courtroom at 15.142 and cut in access panel above ceiling | NCS/ICS | | $1,000.00 |
| 83 | 14-Oct-99 | Potential Mold in Room 25.188. Costs included in Record 175. | CMR | | |
| 84 | 13-Oct-99 | Potential Mold in 25.178 and 25.182. Costs included in Record 175. | CMR | | |
| 85 | 14-Oct-99 | Mold on 1 ceiling tile in the Service Elevator Lobby on 10.102. Costs included in Record 175. | CMR | | |
| 86 | 20-Oct-99 | Field Work Directive No. 0122 - Corrigan to replace temporary filter media on all air handling units Level B1 - Level 29 and should include those units previously commissioned by JCI. | Corrigan | | $15,000.00 |
| 87 | 20-Oct-99 | Field Work Directive No. 0123 - Corrigan to modify ductwork n accordance with RFI 3.0072. | Corrigan | | $3,000.00 |
| 88 | 20-Oct-99 | Field Work Directive No. 0124 - Corrigan to relocate air terminal units ATU 283 and ATU 284 and the associated ductwork from present location to L28 toilet rooms 28.121 and 28.123. | Corrigan | | $8,000.00 |
| 89 | 07-Oct-99 | Level 27 Floor Leveling | VMT, Leonard Masonry, Cupples | | $5,000.00 |

ATTORNEY WORK PRODUCT
PREPARED IN ANTICIPATION OF LITIGATION

KC036126

# MDI DEFICIENCIES - COST

Thomas F. Eagleton
United States Courthouse

Sverdrup CRSSC
Date: 1/13/00

| | | | | |
|---|---|---|---|---|
| 90 | 19-Oct-99 | Field Work Directive No. 0093 - Mold remediation procedures and direction to test air samples and replace Hepa Filtered Local Ventilation Unit. Costs included in Record 175. | CMR | |
| 93 | 22-Oct-99 | Field Work Directive No. 0130 - DKW to install maintenance platform per RFI 3.011 | DKW | $1,000.00 |
| 94 | 22-Oct-99 | Field Work Directive No. 0098 - NCS/ICS to revise the acoustical ceilings per RFI 3.0080. | NCS/ICS | $1,000.00 |
| 95 | 26-Oct-99 | Field Work Directive No. 0137 - Corrigan to re-route and re-locate duct work L27 high rise elevator lobby in accordance with RFIs 3.0047 and 3.0109. | Corrigan | $5,000.00 |
| 96 | 28-Oct-99 | Field Work Directive No. 0136 - Corrigan to complete the installation of the site drainage piping (provide materials also). In addition Corrigan to install yard drain. | Corrigan | $8,500.00 |
| 97 | 28-Oct-99 | Phase III Contract: Contract Reviews for Pauly Jail, A.F. Becker, and Murray Enterprises which include Phase II corrective work. Pauly Jail costs are included in Record No. 67. | Pauly Jail, Murray, and A.F. Becker | $60,264.00 |
| 98 | 29-Oct-99 | Field Work Directive No. 0141 - WBH to cut stainless steel door frame 1M.141B to fit opening. | WBH | |
| 99 | 01-Nov-99 | Field Work Directive No. 0140 - NCS/ICS to install ceiling high P-16 partitions in the high rise elevator lobbies between elevator entrances doors. | NCS/ICS | $2,500.00 |
| 100 | 01-Nov-99 | Field Work Directive No. 0148 - DKW to repaint various areas on Level 24 as outlined in P-440. | DKW | $2,000.00 |
| 102 | 17-Nov-99 | Note to file on the current status of mold remediation. Costs included in Record 175. | CMR | |
| 103 | 01-Nov-99 | Field Work Directive No. CM0140 - Install ceiling high P-16 partitions in the high rise elevator lobbies between elevator entrance doors. | NCS/ICS | $2,500.00 |
| 105 | 02-Nov-99 | Transmittal No. 0808 - HOK memo dated 10/26/99 regarding the East Lobby Exterior Columns - Review of the stainless steel. HOK approved the stainless steel panels installed in the east lobby and directed that the west side be installed in the same manner. | DHP | |
| 106 | 04-Nov-99 | Pay Application Recommendation No. 3 for WBH - This pay application contained costs to repair and replace various door frames from damage caused under the Phase II contract. | WBH | $143,082.00 |
| 107 | 03-Nov-99 | Field Work Directive No. CM0138 - NCS/ICS directed to install access panels in various locations to allow access to FTU control boxes located against the wall. | NCS/ICS | $2,000.00 |
| 108 | 03-Nov-99 | Field Work Directive No. CM0151 - NCS/ICS directed to install a P7a wall around 2 round columns and 1 half column in Room 1.162 and Room 1.308. Frame walls square as tight as possible to column. | NCS/ICS | $500.00 |
| 109 | 15-Nov-99 | Field Work Directive No. CM0169 - Furnish and install sump covers for sump pump and sewage ejectors located L-B4. Covers should be compatible with pumps for proper operation. | Corrigan | $1,500.00 |

# MDI DEFICIENCIES - COST

Thomas F. Eagleton
United States Courthouse

Sverdrup CRSSC
Date: 1/13/00

| | | | | |
|---|---|---|---|---|
| 110 | 12-Nov-99 | Field Work Directive No. CM0166 - Furnish labor and material necessary to provide control wiring for various locations via RFI 2704. Additional smoke duct detectors in the split supply air duct and an additional detector in the return air duct will also | Corrigan | $6,500.00 |
| 112 | 07-Jan-00 | Field Work Directive No. CM0249 - Correct door frame opening sizes and re-anchor frames on strike side to allow for proper margins at doors L-2.236, L-11.310B, L-11.346B. | NCS/ICS | $2,500.00 |
| 113 | 24-Dec-99 | Letter dated 12/24/99 From Sachs to CRSS - Copies of summaries for the Phase III work requested for raising the manholes to grade which was requested by Bob Herron, however he never issued a work directive. | Sachs | $1,790.07 |
| 114 | 06-Jan-00 | Field Work Directive No. CM0243 - Supply material and labor to provide electrical rough-in for door hardware at doors 2.116A and 2.149. | Sachs | $5,000.00 |
| 116 | 31-Dec-99 | Field Work Directive No. CM0239 - Replace new unit heater (UH-29) located in the northwest mechanical room level 1M. | Corrigan | $1,000.00 |
| 119 | 20-Dec-99 | Field Work Directive No. CM0159 - Patch concrete floors as necessary for finish floor installation. | NCS/ICS | $10,000.00 |
| 120 | 30-Nov-99 | Field Work Directive No. CM0192 - L-23, North and South electrical rooms - lower access flooring 1/2" to allow door to swing open. L-21 North electrical room - lower access flooring 1/2" to allow door to swing open. L-19 West end of lobby raise access f | Bick Group | $2,000.00 |
| 121 | 01-Dec-99 | Field Work Directive No. CM0194 - Reason: Back Charge - Install temporary doors north and south at Judge's Chambers L-5, 7, 10, 12, 13, 14, 16, 17 and north chambers on L-9 and 15. Costs included in Record 175. | CMR | $5,000.00 |
| 122 | 02-Dec-99 | Field Work Directive No. CM0195 - L-23.108 Install one layer of 16mm drywall to west elevation wall from counter top height to ceiling from corner to corner and finish surface to receive paint. | NCS/ICS | $1,000.00 |
| 123 | 07-Dec-99 | Field Work Directive No. CM0198 - Install security hollow metal door and frame as indicated in RFI No. 3.0087. | Pauly Jail Building Co. Inc. | $750.00 |
| 124 | 15-Dec-99 | Field Work Directive No. CM0175 - Per RFI 3.0144 reverse swing of the doors located at 25.139 and 25.209 by rotating the frame in its openings. Field Work Directive was voided. | WBH | |
| 125 | 08-Dec-99 | Field Work Directive No. CM0199 - Remove sheet metal caps from ductwork at (14) locations L-1 east lobby, install flex duct to (9) locations and install temporary cover to (5) locations inside the walls. | Corrigan | |
| 128 | 08-Dec-99 | Field Work Directive No. CM0202 - Revise gun locker openings from double row to single row. | NCS/ICS | $2,500.00 |
| 130 | 09-Dec-99 | Field Work Directive No. CM0204 and Door List - Patch and repair drywall next to electric strike side of door jambs. Field Work Directive not approved. | NCS/ICS | $0.00 |
| 131 | 13-Dec-99 | Field Work Directive No. CM0211 - Fill voids at base of walls where drywall was held off of floor due to water on L-24, L-23, L-11, L-1M and L-1 to accept vinyl base. | NCS/ICS | $1,000.00 |

ATTORNEY WORK PRODUCT

[illegible]

# MDI DEFICIENCIES - COST

Thomas F. Eagleton
United States Courthouse

Sverdrup CRSSC
Date: 1/13/00

| | | | | |
|---|---|---|---|---|
| 135 | 22-Dec-99 | Field Work Directive No. CM0224 - Patch and tape drywall at fintube openings and corridors that were taped but not finished. | NCS/ICS | $500.00 |
| 138 | 07-Dec-99 | Letter dated 12/7/99 with attached Pay Application No. 4, November 1999 for WBH Industries. Costs included in Record No. 106. | WBH | |
| 140 | 03-Nov-99 | Letter dated 11/3/99 from Herbert Adams, Adam Landscaping to Robert Herron regarding instructing delivery and stockpiling trees and yews on April 20, 1999. | Adams Landscaping | $10,000.00 |
| 142 | 14-Oct-99 | Memo dated 10/14/99 from Walter D. Eads, Corrigan to Mark Simpson, MDI regarding Frozen Unit Heater (UH-29)on Level 1M. | Corrigan | $2,672.00 |
| 146 | 02-Dec-99 | Note To File dated 12/2/99 - Meeting August 14, 1999 NCS/ICS Negotiations. | NCS/ICS | $74,500.00 |
| 147 | 15-Dec-99 | Note To File dated 12/15/99 - Meeting July 24, 1999 Cupples Negotiations. | Cupples | $35,000.00 |
| 149 | 09-Nov-99 | Field Work Directive: CM0156 - Supply all materials and labor required to complete RFI 3.0137 and the attached two sketches. | NCS/ICS | |
| 151 | 03-Nov-99 | Note to File: Mold remediation on Levels 21, 25, 26, and 27. Potential mold on Elevator U Shaft on Levels 3,4, 5, and 6 and Level 26.319. Costs included in Record 175. | CMR | |
| 152 | 05-Nov-99 | Note to File: Mold remediation in Rooms 22.125, 27.169, 27.150, and 4.102. Costs included in Record 175. | CMR | |
| 154 | 18-Nov-99 | Field Work Directive No. CM0170: Provide access to above ceiling areas for the installation and rework of steel supports for toilet partitions and Transmittal No. 1004. | NCS/ICS | $5,000.00 |
| 155 | 23-Nov-99 | Letter From Corrigan to CRSSC dated 11/23/99. Repair costs MDI refused to pay for HVAC, Plumbing, Temperature Control Coil and Frequency Drive Damages. Includes letter sent by MDI to Corrigan outlining that they will not pay Corrigan based on the fact | Corrigan | $10,000.00 |
| 158 | 23-Nov-99 | Letter from WBH to CRSSC dated 11/23/99: Outlines a copy of a unilateral change order issued by MDI to WBH stating the amount of money covering various changes. Includes ship alone costs which are contingency. | WBH | $4,145.00 |
| 160 | 24-Nov-99 | Field Work Directive CM0186: Raise access flooring in Corridors 20.300 and 20.369 to have fini8sh floors level with Elevator Lobby 20.100. Then slope the access panels down to existing elevation of the access floor. | Bick | $2,000.00 |
| 161 | 24-Nov-99 | Field Work Directive No. CM0187: Bush Hammer concrete floor at Elevator Lobby 20.102 in two locations. Starting at corridor 20.300 and 20.144 face of door jambs to be flush with access flooring. Costs included in Record 175. | CMR | |
| 162 | 23-Nov-99 | Field Work Directive No. CM0176: Replace drywall on Levels 27 and 28 that has been removed in mold remediation process. | NCS/ICS | $1,000.00 |
| 163 | 24-Nov-99 | Field Work Directive No. CM0190: Provide all labor, material, equipment and incidentals to complete the work as directive in HOK's response to RFI 3.0090 to reorder a new hollow metal door and frame for B2.322. | WBH | $1,000.00 |

KC036129

# MDI DEFICIENCIES - COST

Thomas F. Eagleton
United States Courthouse

Sverdrup CRSSC
Date: 1/13/00

| | | | | | |
|---|---|---|---|---|---|
| 164 | 24-Nov-99 | Field Work Directive No. CM0188: Provide all labor, material, equipment and incidentals needed to complete the filling and grinding work as indicated in HOK's response to RFI 3.0147. This work includes bush hammering the concrete to ensure floor leveln | CMR | | |
| 165 | 24-Nov-99 | Field Work Directive No. CM0185: Provide all labor, materials, equipment and incidentals necessary to complete the work as described by HOK in response to RFI 3.0096. Includes modification of hollow metal door and frame located at 29.105B. | WBH | | $1,000.00 |
| 166 | 24-Nov-99 | Field Work Directive No. CM0179: Provide all labor, materials, equipment and incidentals necessary to complete the work as described by HOK in RFI 3.0093. Includes modification of the door frame at X1.S.17B. | WBH | | $500.00 |
| 167 | 24-Nov-99 | Field Work Directive No. CM0184: Provide all labor, equipment, materials and incidentals necessary to complete the work as described in RFI 3.0141. Includes replacing the door closer parallel arm with a backstop arm. | WBH | | $500.00 |
| 168 | 24-Nov-99 | Field Work Directive No. CM0183: Provide all labor, materials, incidentals and equipment necessary to complete the work as described in RFI No. 3.0097. Includes modifying the Core wall and ceiling to accommodate the existing frame. | WBH | | $1,000.00 |
| 170 | 24-Nov-99 | Field Work Directive No. CM0182: Provide all material, labor, equipment and incidentals necessary to modify the door opening as required to accommodate the installation and proper operation and rating of the existing door and frames. | WBH | | $1,000.00 |
| 175 | 10-Jan-00 | Total Contract for CMR is Phase II Deficiency | CMR | | $2,400,000.00 |
| 176 | 08-Jan-00 | RFI 3.0174: Per CWC the drapery pocket in the special proceedings courtroom is not built per the detail U/A.9-12. Based on a field review CWC will place plywood across the pocket to lower the soffit to prevent the drapery from rubbing. Please also s | CWC | | $5,000.00 |
| 177 | 08-Jan-00 | Defect and Omission Notice No. 007: CRSSC Issued DO - 007 on 1/3/00 referencing deficiency in the caulking at the bottom of the curtainwall systems on Levels 5 and 28 to Cupples. | Cupples | | $5,000.00 |
| 178 | 30-Aug-99 | Phase III Issue No. 10 - CMR to snap lines to the level of terrazzo in the areas remaining to be poured in Phase III. | CMR, VMT | | $1,000.00 |
| 179 | 30-Aug-99 | Phase III Issue No. 16: Frame 22.333D was found to be missing during the Level 22 to 26 walk through. | Overly Door | | $500.00 |
| 180 | 30-Aug-99 | Phase III Issue No. 18: In the low rise elevator lobby the steel columns were poking through the ceilings of the low rise elevator lobbies. | NCS/ICS | | $5,000.00 |
| 181 | 30-Aug-99 | Phase III Issue No. 27: In L26.307 steel was jutting out into the computer room. | Sachs, NCS/ICS | | $5,000.00 |
| 182 | 30-Aug-99 | Phase III Issue No. 30: The edges of the Level 2 drywall panels in the low rise elevator lobbies were not finished properly prior to being painted. The drywall was not sanded completely. | NCS/ICS | | $2,500.00 |

# MDI DEFICIENCIES - COST

Thomas F. Eagleton
United States Courthouse

Sverdrup CRSSC
Date: 1/13/00

| | | | | |
|---|---|---|---|---|
| 183 | 30-Aug-99 | Phase III Issue No. 40: Level 27 floor slabs were not level. Required additional fill. | Ahal, VMT | $5,000.00 |
| 184 | 30-Aug-99 | Phase III Issue No. 43: Wood doors were removed in order to protect from damage as VMT grinded in areas were doors were already installed. | CWC | $2,000.00 |
| 185 | 30-Aug-99 | Phase III Issue No. 51: On April 13, 1999 CRSS observed access floor box deficiencies which required that boxes already installed be removed and remediated. | Sachs | $5,000.00 |
| 186 | 31-Aug-99 | Phase III Issue No. 63: Material of the En Banc A/V control panel was framed incorrectly and in the wrong place. Identified during Phase II. | Sachs | $5,000.00 |
| 187 | 31-Aug-99 | Phase III Issue No. 69: The East Lobby bushhammered stone delivered to the site during Phase II was deficient and defective. Required additional field remediation to many stone panels and additional coordination and effort to review by HOK. | Leonard Masonry | $20,000.00 |
| 188 | 31-Aug-99 | Phase III Issue 79: The night depository delivered to the site and installed during Phase II is incorrect and will be refabricated per the approved submittal drawings. In addition the door and frame delivered to the site needed to be cut down verticall | Foreman Fabricators, NCS/ICS | $5,500.00 |
| 189 | 01-Sep-99 | Phase III Issue No. 101: The location of the projection screen cut out interfered with the sprinkler system and the duct work. | NCS/ICS, Sachs | $2,000.00 |
| 190 | 01-Sep-99 | Phase III Issue No. 102: Concrete must be chipped away in rooms 18.370 and 18.320 in areas where it is not flush with the access flooring.. Costs included in Record No. 175. | CMR | |
| 191 | 01-Sep-99 | Phase III Issue No. 130: The conduit in the low rise elevator lobbies on Level 1 was relocated due to the elevation of the conduit being too low. | Sachs | $4,000.00 |
| 192 | 02-Sep-99 | Phase III Issue No. 135:. Level 1M extension of the floor mount frames was needed. Costs included in Record 175. | CMR | |
| 193 | 03-Sep-99 | Phase III Issue No. 146: Due to various deficiencies in the work performed by Woodard Contracts, LLC, Golterman remediated various punchlist items for the fabric wrapped panel lists. | Golterman and Sabo | |
| 194 | 03-Sep-99 | Phase III Issue No. 147: During Phase II damage occurred to the north elevation from a windstorm. MDI was issued an insurance check for the damage. This money was not issued to Cupples for replacement materials. | Cupples | $10,000.00 |
| 195 | 03-Sep-99 | Phase III Contract: NCS/ICS was issued P-30 for costs to remediate field deficiencies during Phase II. | NCS/ICS | $40,000.00 |
| 196 | 30-Sep-99 | Phase III Issue No. 163: Level 27 reception area required remediation of various items in the field by DHP, NCS/ICS and Lyons to accommodate the stone faced panels which were installed. Various panels from this area were used in the East Lobby on Level | Leonard Masonry, DHP, NCS/ICS, Lyons | $15,000.00 |
| 197 | 03-Sep-99 | Phase III Issue No. 173: Water leakage on Levels 4 and 5 was observed which was attributed to deficient work by Zahner during Phase II. | Zahner | $5,000.00 |

# MDI DEFICIENCIES - COST

Thomas F. Eagleton
United States Courthouse

Sverdrup CRSSC
Date: 1/13/00

| | | | | |
|---|---|---|---|---|
| 198 | 17-Sep-99 | Phase III Issue No. 217: Many of the stone faced panels delivered to the site were damaged and needed to be cleaned. Many time and schedule delays were incurred. Stone was delivered during Phase II. | Leonard Masonry | $15,000.00 |
| 199 | 17-Sep-99 | Phase III Issue No. 219: The floor at the library waiting area was not level and needed to be remediated. Costs for remedation included in Record No. 175. | Ahal, CMR | |
| 200 | 17-Sep-99 | Phase III Issue No. 223: Doggett Natural Resources was brought in to remediate stressed trees due to improper delivery and storage of landscaping during Phase II. | Adams Landscaping | $58,407.00 |
| 201 | 20-Sep-99 | Phase III Issue No. 229: The telephone booth in the west lobby was constructed in the wrong location and needed to be moved 30 mm. | NCS/ICS | $2,500.00 |
| 202 | 20-Sep-99 | Phase III Issue No. 235: The wheel chair lift on Level 3 delivered during Phase II, was too big for the opening. Remediation in the field by contractor installing lift. | | $3,000.00 |
| 203 | 20-Sep-99 | Phase III Issue No. 245: The south stairwell access flooring on Levels 24, 21, 20, 19 and 18 were raised to meet the concrete floor. | Bick Group | $5,000.00 |
| 204 | 27-Sep-99 | Phase III Issue No. 261: The throat sizes for doors L1M.138A and L1M.145 do not accommodate the stone and needed to be remediated in the field. Costs associated with this remediation are included in Record No. 175. | CMR | |
| 205 | 30-Sep-99 | Phase III Issue No. 269: Doors located at 18.303 and 18.311 were unable to be opened completely due to a conflict with the sprinkler lines and were remediated in the field. Costs are included in Record No. 106. | WBH | |
| 206 | 30-Sep-99 | Phase III Issue No. 271: The sprinkler line and light fixture at door 5.162 conflicted with the door opening properly. Costs are included in Record No. 106. | WBH | |
| 207 | 30-Sep-99 | Phase III Issue No. 272: Conflicts between doors installed by Beaubois and the carpet were noticed. CMR to bushammer the concrete to ensure that the doors would open once carpet was installed. Costs included in Record No. 175. | CMR | |
| 208 | 30-Sep-99 | Phase III Issue No. 274: Mold was noticed in Rm. 20.342. Costs to remediate included in Record No. 175. | CMR | |
| 209 | 13-Oct-99 | Phase III Issue No. 305: The card readers and pipe bollards at the security barriers were installed in the wrong location and Sachs had to rewire conduit to the new location. | Sachs | $3,000.00 |
| 210 | 01-Nov-99 | Phase III Issue No. 318: The location of the thermostats and docket monitors on Level 28 conflicted. | Corrigan, Sachs | $1,000.00 |
| 211 | 01-Nov-99 | Phase III Issue No. 319: The grills in the public waiting area could not be curved and must be reordered. In addition new medallions were needed. | Lyons, DHP | $40,000.00 |
| 212 | 08-Nov-99 | Phase III Issue No. 328: Scratches to the curtainwalls have been observed. | Cupples | $25,000.00 |

# MDI DEFICIENCIES - COST

Thomas F. Eagleton
United States Courthouse

Sverdrup CRSSC
Date: 1/13/00

| | | | | |
|---|---|---|---|---|
| 213 | 10-Nov-99 | Phase III Issue No. 330: The balance doors and thresholds were not installed per ADA requirements and were field remediated. | WBH, Cupples | $500.00 |
| 214 | 10-Jan-99 | Punchlist: Punchlist items at 2% of the total cost paid to date. | Various | $2,814,860.37 |

$6,555,644.31

# CIP Escalation Request

**January 2000**

| | | | | |
|---|---|---|---|---|
| **Region:** | 6 | | **Submitted by:** | C.H. Rosser, ARA |
| **Project Name:** | Thomas F. Eagleton U.S. Courthouse<br>St. Louis, MO | | | |
| **Project Description:** | New Construction Courthouse | 1,037,632 tsf<br>890,495 gsf<br>597,354 osf | | |

| **Prospectus:** | Authorization: | | Appropriation: | |
|---|---|---|---|---|
| | Site | 15,000,000 | | |
| | Design | 15,000,000 | FY 1992, P.L. 102-141 | 30,000,000 |
| | Const (ECC) | 194,258,000 | FY 1994, P.L. 103-123 | 24,000,000 |
| | M&I | 6,605,000 | FY 1995, P.L. 103-329 | 171,863,000 |
| | ETPC | 230,863,000* | Total | 225,863,000 |

* House authorized 230,324,000 based on 11b Report.

| | | | | |
|---|---|---|---|---|
| **Previous Escalation:** | | 0.9% | FY 98 | 2,000,000 |
| | | 3.5% | FY 99 | 8,000,000 |
| | | 4.6% | FY 99 | 10,500,000 |
| **Proposed Escalation:** | | 1.0% | FY 00 | 2,086,300 |
| | Adjusted Appropriation | 10.0% | | 22,586,300 |

| **Economic Impact by Escalation:** | | Before Escalation | After Escalation |
|---|---|---|---|
| | FFO | 0 | 13,902,828 |
| | ROI | 0.00% | 5.60% |

| **Identify the Change in Project Cost:** | | BA | Current Cost: | Escalated Cost: |
|---|---|---|---|---|
| | Site | 51 | 15,000,000 | 0 |
| | Design | 51 | 15,000,000 | 0 |
| | Const (ECC) | 51 | 200,258,000 | 2,086,300 |
| | M&I | 51 | 16,105,000 | 0 |
| | Total | | 246,363,000 | 2,086,300 |

**Escalation Justification:** In June of 1999, the Heartland Region terminated the general contractor for default. Expected reprocurement costs to complete the building have increased since termination due to unforeseen costs for corrective and omitted work by the terminated contractor. Approximately $6,700,000 of project funds have been expended to date for this work.

**Escalation for:** Unanticipated costs to complete corrective work and purchase omitted work caused by the terminated contractor.

**Source of Funding:** Sources to be determined by PH.

**Impact if Funds not Provided:** Without the escalation, the region will have insufficient funds to complete the construction. Without additional funding, construction stops, which in turn delays the additional revenue of $5,700,000 to the FBF this fiscal year. This building will generate $17,100,000 annually.

| **Impact on Project Cost:** | | | |
|---|---|---|---|
| | Original: | $ 194,258,000/1,037,632= | $187/gsf |
| | Current: | $ 202,344,300/1,037,632= | $195/gsf |

**Impact on Schedule:** Funding at this time will allow the building to be completed. Delay in receipt of funds will stop the project, causing an undetermined delay in rent revenue to the Federal Buildings Fund.

**National Office PT Recommendation to CIP:** **Recommend for Approval:** _____ **Recommend for Rejection:** _____

[*Data verified by Project Manager Linda Phillips 01/27/00*]