# In the United States Court of Federal Claims

No. 06-867C
Filed: September 4, 2008

****************************************
AMEC CONSTRUCTION MANAGEMENT, INC., f/k/a MORSE DIESEL INTERNATIONAL, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
****************************************

**ORDER**

Pursuant to the September 4, 2008 telephone status conference, the court enters the following order:

1. The Government will file a Reply to the Plaintiff's September 2, 2008 Memorandum In Opposition To Defendant's Motion For A Protective Order And Cross-Motion To Compel on or before September 26, 2008.

2. The court will convene a telephone status conference on October 2, 2008 at 3:00 p.m. EDT.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**